**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

WEEKS MARINE, INC.

                              Plaintiff,

                                                    07   **CIVIL** 6811        (AKH  )

              -against-

BRIDGESTONE CORPORATION, et al.
                              Defendant.
-----------------------------------------------------------------x

# NOTICE  OF  CHANGE  OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:         ROBERT G. EISLER

☐    *Attorney*

    ☒    I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
        RE 1398

    ☐    I am a Pro Hac Vice attorney

    ☐    I am a Government Agency attorney

☒    *Law Firm/Government Agency Association*

    From:   Lieff, Cabraser, Heimann & Bernstein, LLP

    To:        Cohen, Milstein, Hausfeld & Toll P.L.L.C.

    ☒    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐    I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____
    _____.

☒    *Address:*        150 East 52nd Street, 30th Floor, New York, NY 10022

☒    *Telephone Number:*    212-838-7797

☒    *Fax Number:*        212-838-7745

☒    *E-Mail Address:*    reisler@cmht.com

Dated:  8|17|07