# AFFIDAVIT OF SERVICE

State of                    County of                    United States District Court Court

Case Number: 07-CIV-6811                                  *Southern District of New York*

**Plaintiff:**
**Weeks Marine, Inc., individually and on behalf of a class of all those similarly situated**

vs.

**Defendant:**
**Bridgestone Corporation, et al**

For:
Robert Eisler
Cohen, Milstein, Hausfeld & Toll, PLLC
150 East 52nd Street, 30th Floor
New York, NY 10022

Received by K. Griff Investigations Inc. on the 6th day of August, 2007 at 4:05 pm to be served on **David Brammar, 4 Wynden Oaks Drive, Houston, TX 77056.**

I, MICHAEL GRIFFIN, being duly sworn, depose and say that on the **7th day of August, 2007** at **4:00 pm**, I:

served a **SUITABLE AGE PERSON** by delivering and leaving a true copy of the **Summons and Complaint** with (wife) **Mrs. David Wood** at **4 Wynden Oaks Drive, Houston, TX 77056**, the said premises being the respondent's place of **Abode** within the State of Texas. Deponent completed service by mailing a true copy of the **Summons and Complaint** in a postpaid envelope addressed to: **4 Wynden Oaks Drive, Houston, TX 77056** by First Class Mail on **8/6/2007** and placed in an official depository of the U.S.P.S. in the State of Texas.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

*Sex: Female   Skin: White   Hair: Light Grey   Age: 55-60*
*Hgt: 5'7"   Wgt: 115 lbs*

MICHAEL GRIFFIN  SCH 538
Process Server

Subscribed and Sworn to before me on the 9th day of August, 2007 by the affiant who is personally known to me.

NOTARY PUBLIC

K. Griff Investigations Inc.
1925 Lexington
Houston, TX 77098
(713) 526-7711

Our Job Serial Number: 2007000285

SAMUEL K. WATERS
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
MARCH 19, 2011

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.1c