# Affidavit of Process Server

United States District Court, Southern District of New York

Bridgestone Marine Inc. individually and on behalf of a class of all those similarly situated vs. Bridgestone Corporation, et al.;

| PLAINTIFF/PETITIONER | DEFENDANT/RESPONDENT | CASE NUMBER |

I, Roger Clemens, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served Bridgestone Industrial Products America, Inc.
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) Summons & Complaint

by leaving with James Wheeler   Managing Agent   At
            NAME                 RELATIONSHIP

☐ Residence _____
                ADDRESS                CITY / STATE

☒ Business 402 BNA Drive Suite 212, Nashville, TN 37217
             ADDRESS                CITY / STATE

On August 6, 2007 AT 9:45 A.M.
       DATE              TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
                                                                                  DATE
from _____
       CITY     STATE     ZIP

**Manner of Service:**
☒ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address  ☐ Moved, Left no Forwarding  ☐ Service Cancelled by Litigant  ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist  ☐ Other _____

**Service Attempts:** Service was attempted on: (1)_____ (2)_____
                                                    DATE    TIME         DATE    TIME
(3)_____ (4)_____ (5)_____
     DATE    TIME         DATE    TIME         DATE    TIME

**Description:** Age 35  Sex M  Race W  Height 5'9"  Weight 165  Hair BR  Beard N  Glasses N

_Roger Clemens_
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this 6th day of August, 2007

_Donna J. Clemons_
SIGNATURE OF NOTARY PUBLIC

NOTARY PUBLIC for the state of Tennessee
Comm. Exp. 11/24/07

NAPPS

FORM 2   NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS