AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

WEEKS MARINE, INC., indiviually and on behalf of a class of all those similarly situated,

V.

BRIDGESTONE CORPORTION, et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 CV 6811

TO: (Name and address of Defendant)

(See Attachment)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert G. Eisler, Esq.
Cohen, Milstein, Hausfeld & Toll, PLLC
150 East 52nd Street
30th Floor
New York, NY 10022

an answer to the complaint which is served on you with this summons, within ___20 (Twenty)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                      DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE | 08 - 08 - 2007 @ 8:05 pm |
| NAME OF SERVER (PRINT) LOUISE DOVER | TITLE | Registered Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: MISAO HIOKI
333 First Street # C-311 Seal Beach Ca 90740
ASIAN MALE, 50's, 5'6, 160 lbs, Blk hair, Brn eyes

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 08-14-2007

Signature of Server

65 PINE AVE # 804
Long Beach, CA 90802
Address of Server

State of California
County of Los Angeles

HOPE PECK
Commission # 1494087
Notary Public - California
Los Angeles County
My Comm. Expires Jun 8, 2008

x August 14, 2007
x
Hope Peck notary public

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.