AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

**APPEARANCE**

Case Number:  07 CIV 6811

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant, Bridgestone Industrial Products America, Inc.

I certify that I am admitted to practice in this court.

| 8/23/2007 | | |
| --- | --- | --- |
| Date | Signature | |
| | Jeffrey A. Kimmel | 0584 |
| | Print Name | Bar Number |
| | 140 East 45th Street, 19th Floor | |
| | Address | |
| New York | New York | 10017 |
| City | State | Zip Code |
| (212) 655-3578 | (212) 655-3535 | |
| Phone Number | Fax Number | |

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

WEEKS MARINE, INC., individually
and on behalf of a class of all those
similarly situated,

                Plaintiff,

        - against -

BRIDGESTONE CORPORATION;
BRIDGESTONE INDUSTRIAL
PRODUCTS AMERICA, INC.;
TRELLEBORG INDUSTRIE S.A.;
DUNLOP OIL & MARINE LTD.;
PARKER ITR S.L.R.; MANULI
RUBBER INDUSTRIES S.P.A.;
MANULI OIL & MARINE (U.S.A.)
INC.; YOKOHAMA RUBBER CO.,
LTD.; PW CONSULTING (OIL AND
MARINE) LTD.; PETER WHITTLE;
DAVID BRAMMAR; BRYAN
ALLISON; JACQUES COGNARD;
CHRISTIAN CALECA; MISAO HIOKI;
FRANCESCO SCAGLIA; and VANNI
SCODEGGIO,

                Defendants.

-------------------------------------------------------x

07 CIV 6811

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing Notice of Appearance was served by delivering a true copy thereof via mail and also enclosed in a sealed wrapper to the exclusive care, custody, and control of the United States Postal Service, on August 23, 2007, addressed to the parties as follows:

    Robert G. Eisler
    Seth R. Gassman
    COHEN, MILSTEIN, HAUSFIELD & TOLL, PLLC
    150 East 52nd Street, 30th Floor
    New York, NY 10022

    Michael D. Hausfield
    COHEN, MILSTEIN, HAUSFIELD & TOLL, PLLC
    1100 New York Avenue, N.W.
    Suite 500, West Tower
    Washington, D.C. 20005

Steven O. Sidener
Joseph M. Barton
GOLD BENNETT CERA & SIDENER LLP
595 Market Street, Suite 2300
San Francisco, CA 94105


*Attorneys for Plaintiff Weeks Marine, Inc.*


Dated: August 23, 2007

Jeffrey A. Kimmel
Meister Seelig & Fein, LLP
140 East 45th Street, 19th Floor
New York, NY  10017
(212) 655-3578
*Attorneys for Defendant*
*Bridgestone Industrial Products America, Inc.*