Mitchell Schuster (MS 6653)
Jeffrey A. Kimmel (JK 0584)
**MEISTER SEELIG & FEIN LLP**
2 Grand Central Tower
140 East 45th Street
19th Floor
New York, NY 10017
(212) 655-3500
*Attorneys for Defendant, Bridgestone Industrial Products America, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

WEEKS MARINE, INC., individually          :
and on behalf of a class of all those
similarly situated,                        :

                  Plaintiff,          :          07 CIV 6811

        - against -                      :

BRIDGESTONE CORPORATION;              :
BRIDGESTONE INDUSTRIAL
PRODUCTS AMERICA, INC.;                :          **RULE 7.1 DISCLOSURE
TRELLEBORG INDUSTRIE S.A.;                          STATEMENT OF DEFENDANT
DUNLOP OIL & MARINE LTD.;              :          BRIDGESTONE INDUSTRIAL
PARKER ITR S.L.R.; MANULI                           PRODUCTS AMERICA, INC.**
RUBBER INDUSTRIES S.P.A.;              :
MANULI OIL & MARINE (U.S.A.)
INC.; YOKOHAMA RUBBER CO.,             :
LTD.; PW CONSULTING (OIL AND
MARINE) LTD.; PETER WHITTLE;           :
DAVID BRAMMAR; BRYAN
ALLISON; JACQUES COGNARD;              :
CHRISTIAN CALECA; MISAO HIOKI;
FRANCESCO SCAGLIA; and VANNI           :
SCODEGGIO,

              Defendants.          :

------------------------------------------------------x

    Defendant, BRIDGESTONE INDUSTRIAL PRODUCTS AMERICA, INC., by and

through its undersigned counsel, and in accordance with Rule 7.1 of the Federal Rules of Civil

Procedure, states that BRIDGESTONE INDUSTRIAL PRODUCTS AMERICA, INC. is a

wholly owned subsidiary of Bridgestone Corporation, Japan, and that no other publicly held

corporation owns 10% or more of BRIDGESTONE INDUSTRIAL PRODUCTS AMERICA,

INC.'s stock.

Dated: New York, New York
      August 23, 2007

Respectfully submitted,

**MEISTER SEELIG & FEIN LLP**

By:                                         
         Mitchell Schuster (MS 6653)
         Jeffrey A. Kimmel (JK 0584)
2 Grand Central Tower
140 East 45th Street
19th Floor
New York, NY 10017
(212) 655-3500

*Attorneys for Defendant*
*Bridgestone Industrial Products America, Inc.*

TO:    Robert G. Eisler
        Seth R. Gassman
        COHEN, MILSTEIN, HAUSFIELD & TOLL, PLLC
        150 East 52nd Street, 30th Floor
        New York, NY 10022

        Michael D. Hausfield
        COHEN, MILSTEIN, HAUSFIELD & TOLL, PLLC
        1100 New York Avenue, N.W.
        Suite 500, West Tower
        Washington, D.C. 20005

        Steven O. Sidener
        Joseph M. Barton
        GOLD BENNETT CERA & SIDENER LLP
        595 Market Street, Suite 2300
        San Francisco, CA 94105

        *Attorneys for Plaintiff Weeks Marine, Inc.*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

WEEKS MARINE, INC., individually
and on behalf of a class of all those
similarly situated,

                      Plaintiff,

                - against -

BRIDGESTONE CORPORATION;
BRIDGESTONE INDUSTRIAL
PRODUCTS AMERICA, INC.;
TRELLEBORG INDUSTRIE S.A.;
DUNLOP OIL & MARINE LTD.;
PARKER ITR S.L.R.; MANULI
RUBBER INDUSTRIES S.P.A.;
MANULI OIL & MARINE (U.S.A.)
INC.; YOKOHAMA RUBBER CO.,
LTD.; PW CONSULTING (OIL AND
MARINE) LTD.; PETER WHITTLE;
DAVID BRAMMAR; BRYAN
ALLISON; JACQUES COGNARD;
CHRISTIAN CALECA; MISAO HIOKI;
FRANCESCO SCAGLIA; and VANNI
SCODEGGIO,

                  Defendants.

------------------------------------------------------x

07 CIV 6811

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that the foregoing Rule 7.1 Disclosure Statement of Defendant Bridgestone Industrial Products America, Inc. was served by delivering a true copy thereof via mail and also enclosed in a sealed wrapper to the exclusive care, custody, and control of the United States Postal Service, on August 23, 2007, addressed to the parties as follows:

    Robert G. Eisler
    Seth R. Gassman
    COHEN, MILSTEIN, HAUSFIELD & TOLL, PLLC
    150 East 52nd Street, 30th Floor
    New York, NY 10022

    Michael D. Hausfield
    COHEN, MILSTEIN, HAUSFIELD & TOLL, PLLC
    1100 New York Avenue, N.W.
    Suite 500, West Tower

Washington, D.C. 20005

Steven O. Sidener
Joseph M. Barton
GOLD BENNETT CERA & SIDENER LLP
595 Market Street, Suite 2300
San Francisco, CA 94105


*Attorneys for Plaintiff Weeks Marine, Inc.*


Dated: August 23, 2007

_____
Jeffrey A. Kimmel
Meister Seelig & Fein, LLP
140 East 45th Street, 19th Floor
New York, NY  10017
(212) 655-3578
*Attorneys for Defendant*
*Bridgestone Industrial Products America, Inc.*