Mitchell Schuster (MS 6653)
Jeffrey A. Kimmel (JK 0584)
**MEISTER SEELIG & FEIN LLP**
2 Grand Central Tower
140 East 45th Street
19th Floor
New York, NY 10017
(212) 655-3500
*Attorneys for Defendant, Bridgestone Industrial Products America, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
WEEKS MARINE, INC., individually       :
and on behalf of a class of all those
similarly situated,                    :

              Plaintiff,    :      07 CIV 6811

       - against -               :      **NOTICE OF MOTION**
                                  **FOR ADMISSION**
BRIDGESTONE CORPORATION;               :      ***PRO HAC VICE***
BRIDGESTONE INDUSTRIAL                        **OF HAL D. HARDIN, ESQ.**
PRODUCTS AMERICA, INC.;                :
TRELLEBORG INDUSTRIE S.A.;
DUNLOP OIL & MARINE LTD.;              :
PARKER ITR S.L.R.; MANULI
RUBBER INDUSTRIES S.P.A.;              :
MANULI OIL & MARINE (U.S.A.)
INC.; YOKOHAMA RUBBER CO.,             :
LTD.; PW CONSULTING (OIL AND           :
MARINE) LTD.; PETER WHITTLE;
DAVID BRAMMAR; BRYAN                   :
ALLISON; JACQUES COGNARD;
CHRISTIAN CALECA; MISAO HIOKI;         :
FRANCESCO SCAGLIA; and VANNI
SCODEGGIO,                             :

              Defendants.  :
------------------------------------------------------x

       PLEASE TAKE NOTICE that upon the annexed Affidavit of Jeffrey A. Kimmel, Esq., sworn to August 23, 2007, together with the exhibit submitted therewith, the undersigned will move this Court before the Honorable Alvin K. Hellerstein, United States District Judge, at the

*3494-002 Doc# 2*

United States District Court for the Southern District of New York, 500 Pearl Street, Room 1050, New York, New York, for an order, pursuant to Rule 1.3(c) of the Local Rules for the United States District Courts for the Southern and Eastern Districts of New York, admitting Hal D. Hardin, Esq. to the bar of this Court *pro hac vice* in order to argue or try the above-captioned case on behalf of Defendant Bridgestone Industrial Products America, Inc.

Dated:   New York, New York
         August 23, 2007

                                                 Respectfully submitted,

                                                 **MEISTER SEELIG & FEIN LLP**

                                                 By: _____
                                                      Mitchell Schuster (MS 6653)
                                                        Jeffrey A. Kimmel (JK 0584)
                                                 2 Grand Central Tower
                                                 140 East 45th Street
                                                 19th Floor
                                                 New York, NY  10017
                                                 (212) 655-3500

                                                 *Attorneys for Defendant*
                                                 *Bridgestone Industrial Products America, Inc.*

TO:   Robert G. Eisler
      Seth R. Gassman
      COHEN, MILSTEIN, HAUSFIELD & TOLL, PLLC
      150 East 52nd Street, 30th Floor
      New York, NY 10022
      (212) 838-7797

      Michael D. Hausfield
      COHEN, MILSTEIN, HAUSFIELD & TOLL, PLLC
      1100 New York Avenue, N.W.
      Suite 500, West Tower
      Washington, D.C. 20005
      (202) 408-4600

Steven O. Sidener
Joseph M. Barton
GOLD BENNETT CERA & SIDENER LLP
595 Market Street, Suite 2300
San Francisco, CA 94105
(415) 777-2230

*Attorneys for Plaintiff Weeks Marine, Inc.*

Mitchell Schuster (MS 6653)
Jeffrey A. Kimmel (JK-0584)
**MEISTER SEELIG & FEIN LLP**
2 Grand Central Tower
140 East 45th Street
19th Floor
New York, NY  10017
(212) 655-3500
*Attorneys for Defendant, Bridgestone Industrial Products America, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x

| | |
|---|---|
| WEEKS MARINE, INC., individually and on behalf of a class of all those similarly situated, :<br><br>       Plaintiff,  :<br><br>   - against -  :<br><br>BRIDGESTONE CORPORATION; BRIDGESTONE INDUSTRIAL PRODUCTS AMERICA, INC.; TRELLEBORG INDUSTRIE S.A.; DUNLOP OIL & MARINE LTD.; PARKER ITR S.L.R.; MANULI RUBBER INDUSTRIES S.P.A.; MANULI OIL & MARINE (U.S.A.) INC.; YOKOHAMA RUBBER CO., LTD.; PW CONSULTING (OIL AND MARINE) LTD.; PETER WHITTLE; DAVID BRAMMAR; BRYAN ALLISON; JACQUES COGNARD; CHRISTIAN CALECA; MISAO HIOKI; FRANCESCO SCAGLIA; and VANNI SCODEGGIO,<br><br>       Defendants.  : | 07 CIV 6811<br><br>**AFFIDAVIT OF JEFFREY A. KIMMEL, ESQ. IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE* OF HAL D. HARDIN, ESQ.** |

-----------------------------------------------------x

STATE OF NEW YORK )
                  : ss.
COUNTY OF NEW YORK )

JEFFREY A. KIMMEL, being first duly sworn, deposes and says:

1. I am a partner in the firm of Meister Seelig & Fein LLP. I respectfully submit this Affidavit in support of the instant motion, pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, for an order granting Hal D. Hardin, Esq. admission to the bar of the United States District Court for the Southern District of New York *pro hac vice* in order to argue and try the above-captioned case.

2. I am a member in good standing of the bar of this Court.

3. Mr. Hardin is a solo practitioner in Nashville, Tennessee. He was admitted to the bar of the United States District Court for the Middle District of Tennessee in September 30, 1969, and is a member in good standing of the bar of the United States District Court for the Middle District of Tennessee. An original certificate of good standing issued by the United States District Court for the Middle District of Tennessee is annexed hereto as **Exhibit A**.[1]

4. There are no pending disciplinary proceedings against Mr. Hardin in any State or Federal court.

5. I believe that Mr. Hardin is of the highest character, reputation and competence. It is respectfully submitted that Hal D. Hardin, Esq. is well qualified for admission *pro hac vice*.

---

[1] Mr. Hardin is also a member of the bars of the states of Kentucky, Texas and Washington D.C. Mr. Hardin has requested copies of certificates of good standing from these bars of these states and such certificates will be provided to the Court immediately upon receipt.

3494-002 Doc# 2

WHEREFORE, it is respectfully requested that the Court grant the motion for admission *pro hac vice*.

<div style="text-align: right">

Subscribed and affirmed to under the
penalties of perjury on August 23, 2007

_____
Jeffrey A. Kimmel, Esq

2 Grand Central Tower
140 East 45th Street
19th Floor
New York, NY 10017
(212) 655-3500
*Attorneys for Defendant*
*Bridgestone Industrial Products America, Inc.*

</div>

*3494-002 Doc# 2*

## CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**

} ss.

**MIDDLE DISTRICT OF TENNESSEE**

I, **KEITH THROCKMORTON**, Clerk of the United States District Court for the Middle District of Tennessee,

DO HEREBY CERTIFY that **HAL D. HARDIN** was duly admitted to practice in said Court on **September 30, 1969**, and is in good standing as a member of the bar of said Court.

Dated at Nashville, Tennessee on August 7, 2007



KEITH THROCKMORTON, CLERK

By 
Deputy Clerk

Mitchell Schuster (MS 6653)
Jeffrey A. Kimmel (JK-0584)
**MEISTER SEELIG & FEIN LLP**
2 Grand Central Tower
140 East 45th Street
19th Floor
New York, NY  10017
(212) 655-3500
*Attorneys for Defendant, Bridgestone Industrial Products America, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x

| | | |
|---|---|---|
| WEEKS MARINE, INC., individually and on behalf of a class of all those similarly situated, | : | |
| | : | |
| Plaintiff, | : | 07 CIV 6811 |
| | : | |
| - against - | : | |
| | : | |
| BRIDGESTONE CORPORATION; BRIDGESTONE INDUSTRIAL PRODUCTS AMERICA, INC.; TRELLEBORG INDUSTRIE S.A.; DUNLOP OIL & MARINE LTD.; PARKER ITR S.L.R.; MANULI RUBBER INDUSTRIES S.P.A.; MANULI OIL & MARINE (U.S.A.) INC.; YOKOHAMA RUBBER CO., LTD.; PW CONSULTING (OIL AND MARINE) LTD.; PETER WHITTLE; DAVID BRAMMAR; BRYAN ALLISON; JACQUES COGNARD; CHRISTIAN CALECA; MISAO HIOKI; FRANCESCO SCAGLIA; and VANNI SCODEGGIO, | : | |
| Defendants. | : | |

-----------------------------------------------------x

### ORDER ADMITTING COUNSEL *PRO HAC VICE*

This matter having been brought before the Court by motion of Jeffrey A. Kimmel, Esq., attorney for the defendant Bridgestone Industrial Products America, Inc. and the Affidavit of Jeffrey A. Kimmel Esq. in Support, pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, for the admission *pro hac vice* of Hal D. Hardin, Esq. in the above-captioned matter, it is on this ___ day of _____ hereby

ORDERED that the motion is GRANTED, and

IT IS FURTHER ORDERED THAT Hal D. Hardin, Esq. shall be admitted *pro hac vice* as counsel for Bridgestone Industrial Products America, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.


Dated:
    New York, New York

                                                                   SO ORDERED:

                                                                   _____
                                                                   United States District Judge

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x
WEEKS MARINE, INC., individually                :
and on behalf of a class of all those
similarly situated,                                           :

                         Plaintiff,           :    07 CIV 6811

              - against -                          :

BRIDGESTONE CORPORATION;              :    **CERTIFICATE OF SERVICE**
BRIDGESTONE INDUSTRIAL
PRODUCTS AMERICA, INC.;                    :
TRELLEBORG INDUSTRIE S.A.;
DUNLOP OIL & MARINE LTD.;                 :
PARKER ITR S.L.R.; MANULI
RUBBER INDUSTRIES S.P.A.;                  :
MANULI OIL & MARINE (U.S.A.)
INC.; YOKOHAMA RUBBER CO.,             :
LTD.; PW CONSULTING (OIL AND
MARINE) LTD.; PETER WHITTLE;          :
DAVID BRAMMAR; BRYAN
ALLISON; JACQUES COGNARD;            :
CHRISTIAN CALECA; MISAO HIOKI;
FRANCESCO SCAGLIA; and VANNI       :
SCODEGGIO,
                        Defendants.      :
-------------------------------------------------------x

     I HEREBY CERTIFY that the foregoing Notice of Motion for Admission *Pro Hac Vice* of Hal D. Hardin, Esq., Affidavit of Jeffrey A. Kimmel, Esq. in Support and Order Admitting Counsel *Pro Hac Vice* was served by delivering a true copy thereof via mail and also enclosed in a sealed wrapper to the exclusive care, custody, and control of the United States Postal Service, on August 23, 2007, addressed to the parties as follows:

    Robert G. Eisler
    Seth R. Gassman
    COHEN, MILSTEIN, HAUSFIELD & TOLL, PLLC
    150 East 52nd Street, 30th Floor
    New York, NY 10022

    Michael D. Hausfield
    COHEN, MILSTEIN, HAUSFIELD & TOLL, PLLC
    1100 New York Avenue, N.W.

3494-002 Doc# 9

Case 1:07-cv-06811-AKH    Document 12    Filed 08/24/2007    Page 11 of 11

Suite 500, West Tower
Washington, D.C. 20005

Steven O. Sidener
Joseph M. Barton
GOLD BENNETT CERA & SIDENER LLP
595 Market Street, Suite 2300
San Francisco, CA 94105

*Attorneys for Plaintiff Weeks Marine, Inc.*

Dated: August 23, 2007

/s/

Jeffrey A. Kimmel (JK-5384)
Meister Seelig & Fein, LLP
140 East 45th Street, 19th Floor
New York, NY 10017
(212) 655-3578
*Attorneys for Defendant Bridgestone Industrial Products America, Inc.*

3494-002 Doc# 9