

## MEISTER SEELIG & FEIN LLP

2 Grand Central Tower
140 East 45th Street. 19th Floor
New York, NY 10017
Telephone (212) 655-3500
Facsimile (212) 655-3535



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/28/07

Jeffrey A. Kimmel
*Partner*
Direct (212) 655-3578
Fax (646) 539-3678
jeffrey.kimmel@meisterseelig.com

August 22, 2007

**BY FACSIMILE**
Hon. Alvin K. Hellerstein
United States District Judge
United States District Court for
the Southern District of New York
500 Pearl Street, Room 1050
New York, NY 10007

Time to respond
is enlarged to
September 28, 2007.

**LAURA TAYLOR SWAIN U.S.D.J.**
PART I

Re:   Weeks Marine, Inc., individually and on behalf of a class v. Bridgestone
      Corporation, Bridgestone Industrial Products America, Inc.
      **Case No. 07 Civ 6811**

Dear Judge Hellerstein:

This firm has been retained as local counsel to represent defendant Bridgestone Industrial Products America, Inc. ("BIPA") in the above referenced matter. Primary counsel for BIPA is the law offices of Hal Hardin, located in Nashville, Tennessee.[1] We write this letter to request a thirty (30) day extension of time to answer or otherwise move against the Complaint in the above referenced matter.

The Summons and Complaint in this matter were served on BIPA on August 6, 2007, and BIPA's time to respond currently expires on Monday, August 27, 2007. We seek an extension of time to respond to the Complaint to September 28, 2007. The Complaint purports to seek class action status, is 23 pages long and contains 80 numbered paragraphs. Moreover, this firm was retained only last week and only received the Summons and Complaint in this action this past Monday, August 20, 2007.

On August 21, 2007, Mr. Hardin sent a letter to Robert Eisler, Esq. of Cohen, Milstein, Hausfeld & Toll, attorneys for the plaintiff, to request an extension of time to respond to the Complaint. The letter followed a phone message left for Mr. Eisler last week. Mr.

---

[1] We intend to file a notice of appearance and serve motions to admit Mr. Hardin and his colleague Harold R. Donnelly, Esq. *pro hac vice* within the next few days.

NEW JERSEY: 2G Auer Court, Williamsburg Commons, East Brunswick, NJ 08816  Tele.(732)432-0073
CALIFORNIA: Chassman & Seelig LLP: 350 South Figueroa Street, Suite 420; Los Angeles, CA 90071 Tele.(213)626-6700


MEISTER SEELIG & FEIN LLP

Hon. Alvin K. Hellerstein.
United States District Judge
Page 2
8/22/2007

Hardin spoke with Mr. Eisler earlier today in connection with the request. Mr. Eisler denied the request, refusing to grant any extension.

There will be absolutely no prejudice to the plaintiff should this extension be granted. In fact, it is our understanding that, to date, only four of the seventeen defendants identified in the caption in this action have been served with the Summons and Complaint. This is the first extension requested in this action.

Thank you for your consideration of this matter.

Respectfully Submitted,

Jeffrey A. Kimmel

JAK/ljt

cc:  Robert Eisler, Esq. (by fax)
     Steven O. Sidener, Esq. (by fax)
     Hal Hardin, Esq. (by fax)

3494-002 Doc# 5