AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 8/9/07 @ 1:53 p.m. |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Donnie Moreland | Process Server |

*Check one box below to indicate appropriate method of service*

**G** Served personally upon the defendant. Place where served: _____

**G** Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

**G** Returned unexecuted: _____

**G** Other (specify): Delivered to Vanni Scodeggio by delivering to Stephanie (HF, 5'6", 150, black hair, 30 years old) Managing Agent at Parker Hannifin, his place of employment, at 12840 Sugar Ridge Blvd, Stafford, TX 77477. Mailed a copy on 8/9/07 via first class mail. Skin: Brown

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    8/9/07
          Date

*Signature of Server* Donnie Moreland SCH1655

3801 Kirby Dr., Suite 313
Houston, TX 77098
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.