# AFFIDAVIT OF SERVICE

State of New York      Southern District of NY      U.S. District Court

Index Number: 7 CIV 6811 JUDGE HELLERSTEIN
Date Filed: _____

Plaintiff:
**WEEKS MARINE, INC., ET AL**

vs.

Defendant:
**BRIDGESTONE CORPORATION, ET AL**

For:
Robert G. Eisler, Esq.
Cohen, Milstein, Hausfeld & Toll, PLLC

New York, NY 10022

I, Robin Lucas-Peters, being duly sworn, depose and say that on the **17th day of August, 2007** at **3:00 pm**, I:

Served upon Francesco Scaglia

**INDIVIDUAL/PERSONAL**: served by delivering a true copy of the **Summons and Complaint** at the address of: 4301 N. Pine Island Rd., #3-301, Sunrise, FL with the date and hour of service endorsed thereon by me, and informed said person of the contents therein, pursuant to F.S. 48.031(1).

**Military Status**: Based upon inquiry of party served, defendant is not in the military service of the United States.

**Additional Information pertaining to this Service:**
Served at:
Building 3, #301 which is actual address of 4301 N. Pine Island Rd., Sunrise

**Description** of Person Served: Age: 35, Sex: M, Race/Skin Color: White, Height: 5'8", Weight: 140, Hair: Blond, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server, in good standing, in the judicial circuit in which the process was served.

_____
**Robin Lucas-Peters**
688

Subscribed and Sworn to before me on the 20th day of August, 2007 by the affiant who is personally known to me.

_____
NOTARY PUBLIC
SANDRA L. CASSALIA
MY COMMISSION # DD 296194
EXPIRES: May 8, 2010

ABC Process Service Bureau, Inc.
225 Broadway
Suite 2410
New York, NY 10007
(212) 732-6490
Our Job Serial Number: 2007026613

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8-17-07
　　　　　　　Date

Signature of Server: *Bob Lucas Peters*

Address of Server: 8470 State Rd 84, Ft. Ldle, FL 33324

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.