# KING & SPALDING

King & Spalding LLP
1700 Pennsylvania Avenue, N.W.
Washington, DC 20006-4706
www.kslaw.com

Kevin Sullivan
Direct Dial: (202) 626-2624
Direct Fax: (202) 626-3737
krsullivan@kslaw.com

August 24, 2007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/30/07

Time to respond is enlarged to September 28, 2007.

_____ 8/30/07
Part I Judge
**LAURA TAYLOR SWAIN U.S.D.J.**

**VIA FACSIMILE**

Honorable Alvin K. Hellerstein
Southern District of New York
Room 1050
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:  *Weeks Marine, Inc. v. Bridgestone, et. al.* (CASE NO. 07-CV-06811-AKH)

Dear Judge Hellerstein:

We represent Vanni Scodeggio, one of the defendants in the above referenced matter presently before this Court. We, along with counsel for Misao Hioki, another defendant in this case, write to respectfully request a 30 day extension of time in which to answer or otherwise respond to the Complaint filed in this action. Prior to this instance, neither Mr. Scodeggio nor Mr. Hioki has made any request for extension of time before this Court.

Plaintiffs filed the Complaint in this action on July 27, 2007. Mr. Scodeggio was served with a summons and the Complaint on or about August 9, 2007. Presently, Mr. Scodeggio's answer or other response to the Complaint is due August 29, 2007. Mr. Hioki was served with a summons on August 8, 2007. Mr. Hioki's answer or other response to the Complaint is due August 28, 2007. Mr. Scodeggio respectfully requests an additional 30 days to answer or otherwise plead in this action. If Mr. Scodeggio's request is granted, his answer or response would be due on September 28, 2007. Mr. Hioki asks for an additional 30 days to answer or otherwise respond as well. If granted, Mr. Hioki's answer or response would be due on September 27, 2007.

Counsel for Mr. Scodeggio has conferred by telephone with counsel for Plaintiff, Robert G. Eisler, of Cohen, Milstein, Hausfeld & Toll, PLLC, in New York, New York, regarding Mr. Scodeggio's request for an extension of time to answer or otherwise respond to the Complaint. Plaintiff's counsel was unwilling to consent to this request. Mr. Eisler refused to

Honorable Alvin K. Hellerstein
August 24, 2007
Page 2

elaborate and provided no rationale for his position. Likewise, counsel for Mr. Hioki conferred by telephone with counsel for Plaintiff, Seth Gassman of Cohen, Milstein, Hausfeld & Toll, PLLC, in New York, New York, regarding Mr. Hioki's request for an extension of time to answer or otherwise respond to the Complaint. Mr. Gassman was unwilling to consent to Mr. Hioki's request. Mr. Gassman refused to elaborate or provide rationale for his refusal to consent to an extension.

Defendants Scodeggio and Hioki are not requesting the extension to delay. Rather, the extension would allow for appropriate time to confer with the client and evaluate appropriate defenses and/or motions. Moreover, because there are related and to some extent overlapping complaints that have been filed in other federal districts, a short term delay would allow for the appropriate organization of multiple cases. Plaintiff Weeks has filed a motion for MDL certification before the Judicial Panel on Multidistrict Litigation which is pending. Additionally, the plaintiff in at least one complaint apparently similar to this Complaint has asked the court, pursuant to Federal Rule of Civil Procedure 42(a), to consolidate it with several similar actions that have been filed in the United States District Court for the Southern District of Florida, including *Shipyard Supply LLC v. Bridgestone Corp.*, CIV-07-21282, *Expro Gulf Ltd. v. Bridgestone Corp.*, CIV-07-21464, and *Shipyard Supply LLC v. Allison*, CIV-07-21592 (hereafter "the Shipyard Complaints"). Defendants Scodeggio and Hioki will support Plaintiff's motion for MDL certification. Because this Complaint and the other similar complaints have largely overlapping claims, the likelihood of MDL treatment is significant, and the likelihood of a transfer either from this Court or to this Court is also significant.

Defendants Scodeggio and Hioki, therefore, respectfully request that you grant their requests for an additional 30 days in which to answer or otherwise respond to the Complaint in this action.

Sincerely,

Kevin Sullivan

cc:    See attached Service List

## SERVICE LIST

**Plaintiff**

**Weeks Marine, Inc.**
*on behalf of itself and all others similarly situated* represented by

**Robert G. Eisler**
**Seth R. Gassman**
Cohen, Milstein, Hausfeld & Toll, PLLC
150 East 52nd Street, 13th Floor
New York, NY 10012
212-838-7797
Fax: 212-838-7745
Email: reisler@cmht.com
        sgassman@cmht.com

**Michael D. Hausfeld**
Cohen, Milstein, Hausfeld & Toll, PLLC
1100 New York Avenue, NW
Suite 500, West Tower
Washington, DC 20005
202-408-4600
Fax: 202-408-4699

**Steven O. Sidener**
**Joseph M. Barton**
Gold Bennett Cera & Sidener LLP
595 Market Street, Suite 2300
San Francisco, CA 94105
415-777-2230
Fax: 415-777-5189

*Counsel for Plaintiff Weeks Marine, Inc.*

**Defendants**

**Bridgestone Corporation**
10-1 Kyobashi 1-Chome
Chuo-Ku
Tokyo, 104-8340, Japan

**Jeffrey A. Kimmel**
Meister Seelig & Fein, LLP
2 Grand Central Tower
140 East 45th Street, 19th Floor
New York, NY 10017
212-655-3578
Fax: 212-655-3535
Email: jkimmel@meisterseelig.com

*Counsel for Bridgestone Industrial Products America, Inc.*

**Roxann E. Henry**
Howrey
1299 Pennsylvania Avenue, NW
Washington, DC 20004
202-383-6503
Fax: 202-383-6610
Email: HenryR@howrey.com

*Counsel for Trelleborg Industrie S.A.*

**Bruce R. Holcomb**
Dickstein Shapiro
1825 Eye Street, NW
Washington, DC 20006
202-420-2242
Fax: 202-420-2201
Email: holcombb@dicksteinshapiro.com

*Counsel for Dunlop Oil & Marine, Ltd.*

**John M. Majoras**
Jones Day
51 Louisiana Avenue, NW
Washington, DC 20001
202-879-7652
Fax: 202-626-1700
Email: jmmajoras@jonesday.com

*Counsel for Parker ITR S.r.L*

Alan G. Greer
Richman Greer, P.A.
Miami Center, 10th Floor
201 South Biscayne Boulevard, Suite 1000
Miami, FL 33131
305-373-4010
Fax: 305-373-4099
Email: agreer@richmangreer.com

*Counsel for Manuli Oil & Marine (U.S.A.) Inc. and Manuli Rubber Co., Ltd.*

Robert M. Osgood
Sullivan & Cromwell, LLP
125 Broad Street
New York, NY 10004
212-558-4000
Fax: 212-558-3588
Email: osgoodr@sullcrom.com

*Counsel for Manuli Rubber Industries, SPA*

Jennifer M. Driscoll
Morgan Lewis
1111 Pennsylvania Avenue, NW
Washington, DC 20004
202-739-5356
Fax: 202-739-3001
Email: jdriscoll@morganlewis.com

*Counsel for Christian Caleca*

Christopher T. Casamassima
Kirkland & Ellis
777 South Figueroa Street
Los Angeles, CA 90017
213-680-8353
Fax: 213-680-8500
Email: ccasamassima@kirkland.com

James H. Mutchnik, P.C.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

312-861-2350
Fax: 312-861-2200
Email: jmutchnik@kirkland.com

*Counsel for Misao Hioki*

PW (Oil and Marine) Ltd.
107 Cleethorpe Road
Grimsby
Northeast Lincolnshire
DN31 3ER

Peter Whittle PW (Oil and Marine) Ltd.
107 Cleethorpe Road
Grimsby
Northeast Lincolnshire
DN31 3ER

David Brammar
4 Wynden Oaks Drive
Houston, TX 77056

Bryan Allison
34 Wynden Oaks Drive
Houston, TX 77056

Jacques Cognard
Windsor Communities at Shirlington Village
3000 South Randolph Street, Apt. #468
Arlington, VA 22206

Francesco Scaglia
401 North Pine Island Road #3-301
Sunrise, FL 33351