AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__SOUTHERN__         DISTRICT OF         __NEW YORK__

Weeks Marine, Inc., individually and on

v.

Bridgestone Corp., et al.

**APPEARANCE**

Case Number: 07-cv-06811 (AKH)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant, Misao Hioki

I certify that I am admitted to practice in this court.

September 5, 2007
Date

s/David I. Horowitz
Signature

David I. Horowitz        DH 0921
Print Name               Bar Number

777 South Figueroa Street
Address

Los Angeles    CA    90017-5800
City           State  Zip Code

(213) 680-8400           (213) 680-8500
Phone Number             Fax Number