UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WEEKS MARINE, INC., on behalf of itself and all others similarly situated,

    Plaintiff,

v.

BRIDGESTONE CORPORATION, BRIDGESTONE INDUSTRIAL PRODUCTS AMERICA, INC., TRELLEBORG INDUSTRIE S.A., DUNLOP OIL & MARINE LTD., PARKER ITR S.L.R., MANULI RUBBER INDUSTRIES S.P.A.; MANULI OIL & MARINE (U.S.A.) INC., YOKOHAMA RUBBER CO., LTD., PW CONSULTING INTERNATIONAL LTD., PETER WHITTLE, DAVID BRAMMAR, BRYAN ALLISON, JACQUES COGNARD, CHRISTIAN CALECA, MISAO HIOKI; FRANCESCO SCAGLIA and VANNI SCODEGGIO,

    Defendants.

Case No.:   07-CV-06811-AKH

ECF Case

**CERTIFICATE OF SERVICE**

---

  I HEREBY CERTIFY that the foregoing <u>Appearance for David I. Horowitz</u> was filed today on the ECF system. A paper copy was served by delivering a true copy thereof via first class mail on September 6, 2007, addressed to the following parties:

  Hal D. Hardin
  Harold R. Donnelly
  MEISTER SEELIG & FEIN, LLP
  140 East 45th Street, 19th Floor
  New York, NY 10017

Dated: September 6, 2007

                _____
                Cara S. Malcolm