Mitchell Schuster (MS 6653)
Jeffrey A. Kimmel (JK 0584)
**MEISTER SEELIG & FEIN LLP**
2 Grand Central Tower
140 East 45th Street
19th Floor
New York, NY 10017
(212) 655-3500
*Attorneys for Defendant, Bridgestone Industrial Products America, Inc.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/6/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x

WEEKS MARINE, INC., individually
and on behalf of a class of all those
similarly situated,

               Plaintiff,

           - against -

BRIDGESTONE CORPORATION;
BRIDGESTONE INDUSTRIAL
PRODUCTS AMERICA, INC.;
TRELLEBORG INDUSTRIE S.A.;
DUNLOP OIL & MARINE LTD.;
PARKER ITR S.L.R.; MANULI
RUBBER INDUSTRIES S.P.A.;
MANULI OIL & MARINE (U.S.A.)
INC.; YOKOHAMA RUBBER CO.,
LTD.; PW CONSULTING (OIL AND
MARINE) LTD.; PETER WHITTLE;
DAVID BRAMMAR; BRYAN
ALLISON; JACQUES COGNARD;
CHRISTIAN CALECA; MISAO HIOKI;
FRANCESCO SCAGLIA; and VANNI
SCODEGGIO,

             Defendants.

07 CIV 6811

-----------------------------------------------------x

## ORDER ADMITTING COUNSEL *PRO HAC VICE*

This matter having been brought before the Court by motion of Jeffrey A. Kimmel, Esq. attorney for the defendant Bridgestone Industrial Products America, Inc., and the Affidavit of Jeffrey A. Kimmel Esq. in Support, pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, for the admission *pro hac vice* of Harold R. Donnelly, Esq. in the above-captioned matter, it is on this ___ day of ___ **2007** hereby

ORDERED that the motion is GRANTED, and

IT IS FURTHER ORDERED THAT Harold R. Donnelly, Esq. shall be admitted *pro hac vice* as counsel for Bridgestone Industrial Products America, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated:
          New York, New York

                              SO ORDERED:

                              _____
                              United States District Judge