## ORIGINAL

David I. Horowitz (DH 0921)
KIRKLAND & ELLIS LLP
777 South Figueroa Street
Los Angeles, CA 90017-5800
Telephone:    (213) 680-8400
Facsimile:    (213) 680-8500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WEEKS MARINE, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BRIDGESTONE CORPORATION, BRIDGESTONE INDUSTRIAL PRODUCTS AMERICA, INC., TRELLEBORG INDUSTRIE S.A., DUNLOP OIL & MARINE LTD., PARKER ITR S.L.R., MANULI RUBBER INDUSTRIES S.P.A.; MANULI OIL & MARINE (U.S.A.) INC., YOKOHAMA RUBBER CO., LTD., PW CONSULTING INTERNATIONAL LTD., PETER WHITTLE, DAVID BRAMMAR, BRYAN ALLISON, JACQUES COGNARD, CHRISTIAN CALECA, MISAO HIOKI; FRANCESCO SCAGLIA and VANNI SCODEGGIO,<br><br>Defendants. | Case No.:     07-CV-06811-AKH<br><br>ECF Case<br><br>**NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for

the Southern and Eastern Districts of New York, I, David I. Horowitz, a member in good

standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice*

of:

Applicant's Name:    James H. Mutchnik, P.C.
Firm Name:           Kirkland & Ellis LLP
Address:             200 E. Randoph Drive
City/State/Zip:      Chicago, IL 60601-6636
Phone Number:        (312) 861-2000
Fax Number:          (312) 861-2200

Applicant's Name:    Christopher T. Casamassima
Firm Name:           Kirkland & Ellis LLP
Address:             777 South Figueroa Street
City/State/Zip:      Los Angeles, CA 90017-5800
Phone Number:        (213) 680-8400
Fax Number:          (213) 680-8500

James H. Mutchnik, P.C., is a member in good standing of the Bar of the State of Illinois. Christopher T. Casamassima is a member in good standing of the Bar of the State of California.

There are no pending disciplinary proceedings against James H. Mutchnik, P.C., or Christopher T. Casamassima in any State or Federal court.

Dated: September **4**, 2007
Los Angeles, California

David I. Horowitz (DH 0991)

KIRKLAND & ELLIS LLP
777 South Figueroa Street
Los Angeles, CA 90017-5800
Telephone:    (213) 680-8400
Facsimile:    (213) 680-8500

*Attorneys for Defendant Misao Hioki*

ORIGINAL

David I. Horowitz (DH 0921)
KIRKLAND & ELLIS LLP
777 South Figueroa Street
Los Angeles, CA 90017-5800
Telephone:   (213) 680-8400
FACSIMILE:  (213) 680-8500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WEEKS MARINE, INC., on behalf of itself and all others similarly situated, | Case No.:      07-CV-06811-AKH |
| Plaintiff, | ECF Case |
| v. | **AFFIDAVIT OF DAVID I. HOROWITZ IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |
| BRIDGESTONE CORPORATION, BRIDGESTONE INDUSTRIAL PRODUCTS AMERICA, INC., TRELLEBORG INDUSTRIE S.A., DUNLOP OIL & MARINE LTD., PARKER ITR S.L.R., MANULI RUBBER INDUSTRIES S.P.A.; MANULI OIL & MARINE (U.S.A.) INC., YOKOHAMA RUBBER CO., LTD., PW CONSULTING INTERNATIONAL LTD., PETER WHITTLE, DAVID BRAMMAR, BRYAN ALLISON, JACQUES COGNARD, CHRISTIAN CALECA, MISAO HIOKI; FRANCESCO SCAGLIA and VANNI SCODEGGIO, | |
| Defendants. | |

DAVID I. HOROWITZ, being duly sworn, hereby deposes and states:

1.      I am a practicing attorney duly admitted to the Bar of the State of New York and admitted to practice before this Court.  I am an associate at the firm of Kirkland & Ellis LLP, attorneys for the Defendant Misao Hioki.  I submit this affidavit in support of Defendant's motion pursuant to Rule 1.3(c) of this Court's Local Rules for an order permitting James H. Mutchnik, P.C., and Christopher T. Casamassima to appear as counsel *pro hac vice* on behalf of Defendant Hioki for the purposes of this action.

2.      Mr. Mutchnik is a partner at the firm of Kirkland & Ellis LLP in Chicago, Illinois. He is a practicing attorney and a member in good standing of the Bar of the State of Illinois

(admitted 11/89, Bar No. 66201681). In addition, he is admitted to practice in the United States District Court for the Northern District of Illinois (admitted 2/6/04). Mr. Mutchnik's affidavit in support of this motion, including a copy of a certificate of good standing certifying his status as a member of the Illinois State Bar, is attached as Exhibit A.

3.    Mr. Casamassima is a partner at the firm of Kirkland & Ellis LLP in Los Angeles, California. He is a practicing attorney and a member in good standing of the Bar of the State of California (admitted 11/00, Bar No. 211280). In addition, he is admitted to practice in the United States District Courts for the Northern District of California, the Central District of California, the Eastern District of California and the Southern District of California, as well as the Ninth Circuit Court of Appeals. Mr. Casamassima's affidavit in support of this motion, including a copy of a certificate of good standing certifying his status as a member of the California State Bar, is attached as Exhibit B.

4.    There are no pending disciplinary proceedings against either Mr. Mutchnik or Mr. Casamassima in any State or Federal Court.

5.    I respectfully submit a proposed order granting the admission of James H. Mutchnik, P.C., and Christopher T. Casamassima, *pro hac vice*, attached hereto as Exhibit C.

WHEREFORE it is respectfully requested that the motion to admit James H. Mutchnik, P.C., and Christopher T. Casamassima, *pro hac vice*, to represent Defendant Hioki in the above captioned matter, be granted.

Dated: September __4__, 2007
    Los Angeles, California

Respectfully submitted,

David I. Horowitz (DH 0921)

Subscribed and sworn to before me
the __4th__ day of September, 2007

NOTARY PUBLIC

My Commission: __16275/5  exp 12/6/09__

MARK D. WILSON
Commission # 1627515
Notary Public - California
Los Angeles County
My Comm. Expires Dec 6, 2009

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WEEKS MARINE, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BRIDGESTONE CORPORATION, *et al.*,<br><br>Defendants. | Case No.:     07-CV-06811-(AKH)<br>ECF Case<br><br>**CERTIFICATE OF SERVICE** |

I, Joseph Cali, the undersigned, certify under penalty of perjury, that on September 6, 2007, I caused a true and correct copy of defendant Misao Hioki's Notice of Motion for Admission *Pro Hac Vice* of James H. Mutchnik, P.C. and Christopher T. Casamassima, Affidavit of David I. Horowitz in Support and Order Admitting Counsel *Pro Hac Vice* was served via first class mail upon the following parties:

> Robert G. Eisler
> Seth R. Gassman
> COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
> 150 East 52nd Street, 13th Floor
> New York, NY 10022
> Attorney for Weeks Marine, Inc.

> Jeffery A. Kimmel
> Hal D. Hardin
> Harold R. Donnelly
> MEISTER SEELIG & FEIN, LLP
> 140 East 45th Street, 19th Floor
> New York, NY 10017
> Attorneys for Defendant Bridgestone Industrial Products America, Inc.

Dated: September 6, 2007

_____
Joseph Cali

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WEEKS MARINE, INC., on behalf of itself
and all others similarly situated,

            Plaintiff,

   v.

BRIDGESTONE CORPORATION, *et al.*,

            Defendants.

Case No.:    07-CV-06811-(AKH)
ECF Case

**CERTIFICATE OF SERVICE**

---

     I, Joseph Cali, the undersigned, certify under penalty of perjury, that on September 6, 2007, I caused a true and correct copy of defendant Misao Hioki's Notice of Motion for Admission *Pro Hac Vice* of James H. Mutchnik, P.C. and Christopher T. Casamassima, Affidavit of David I. Horowitz in Support and Order Admitting Counsel *Pro Hac Vice to be* served via pre-paid first class mail upon the following parties:

        Robert G. Eisler
        Seth R. Gassman
        COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
        150 East 52nd Street, 13th Floor
        New York, NY 10022
        Attorneys for Weeks Marine, Inc.

        Jeffery A. Kimmel
        Hal D. Hardin
        Harold R. Donnelly
        MEISTER SEELIG & FEIN, LLP
        140 East 45th Street, 19th Floor
        New York, NY 10017
        Attorneys for Defendant Bridgestone Industrial Products America, Inc.

Dated: September 6, 2007

                             Joseph Cali

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| WEEKS MARINE, INC., on behalf of itself and all others similarly situated, | Case No.:     07-CV-06811-AKH |
| Plaintiff, | ECF Case |
| v. | **AFFIDAVIT OF JAMES H. MUTCHNIK, P.C., IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |
| BRIDGESTONE CORPORATION, BRIDGESTONE INDUSTRIAL PRODUCTS AMERICA, INC., TRELLEBORG INDUSTRIE S.A., DUNLOP OIL & MARINE LTD., PARKER ITR S.L.R., MANULI RUBBER INDUSTRIES S.P.A.; MANULI OIL & MARINE (U.S.A.) INC., YOKOHAMA RUBBER CO., LTD., PW CONSULTING INTERNATIONAL LTD., PETER WHITTLE, DAVID BRAMMAR, BRYAN ALLISON, JACQUES COGNARD, CHRISTIAN CALECA, MISAO HIOKI; FRANCESCO SCAGLIA and VANNI SCODEGGIO, | |
| Defendants. | |

I, JAMES H. MUTCHNIK, P.C., file this Affidavit in Support of Motion to Admit

Counsel *Pro Hac Vice*, and hereby state as follows:

1.     I am admitted to practice in, and am a member in good standing of the Bar of the

State of Illinois.  I am also admitted to practice law in the United States District Court for the

Northern District of Illinois.  A certificate of good standing certifying my status as a member of

the Illinois State Bar is attached to this affidavit.  If certificates are needed for other courts, I will

provide them.

2.     There are no pending disciplinary proceedings against me in any State or Federal

Court.

3.     My office address, telephone number and telecopier number are included below

my signature.

4.    I am a partner with Kirkland & Ellis LLP.  Kirkland & Ellis LLP has been

retained to represent Defendant Misao Hioki.

5.    I respectfully request permission to appear in this Court for this cause only.

James H. Mutchnik, P.C.
IL Bar No. 66201681
Kirkland & Ellis LLP
200 E. Randoph Drive
Chicago, IL 60601-6636
Phone Number: (312) 861-2000
Fax Number: (312) 861-2200


Subscribed and sworn before me
by James H. Mutchnik, P.C., on
this $5^{nt}$ day of September, 2007.

Notary Public

My Commission:    MAY 17, 2010


"OFFICIAL SEAL"
Marie L. Curry
Notary Public, State of Illinois
My Commission Expires May 17, 2010

2

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

James Howard Mutchnik

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 14, 1989 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Tuesday, August 28, 2007.

*Juleann Hornyak*

Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WEEKS MARINE, INC., on behalf of itself and all others similarly situated, | Case No.:    07-CV-06811-AKH |
| Plaintiff, | ECF Case |
| v. | **AFFIDAVIT OF CHRISTOPHER T. CASAMASSIMA IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |
| BRIDGESTONE CORPORATION, BRIDGESTONE INDUSTRIAL PRODUCTS AMERICA, INC., TRELLEBORG INDUSTRIE S.A., DUNLOP OIL & MARINE LTD., PARKER ITR S.L.R., MANULI RUBBER INDUSTRIES S.P.A.; MANULI OIL & MARINE (U.S.A.) INC., YOKOHAMA RUBBER CO., LTD., PW CONSULTING INTERNATIONAL LTD.; PETER WHITTLE, DAVID BRAMMAR, BRYAN ALLISON, JACQUES COGNARD, CHRISTIAN CALECA, MISAO HIOKI; FRANCESCO SCAGLIA and VANNI SCODEGGIO, | |
| Defendants. | |

I, CHRISTOPHER T. CASAMASSIMA, file this Affidavit in Support of Motion to

Admit Counsel *Pro Hac Vice*, and hereby state as follows:

1.    I am an active member in good standing of the Bar of the State of California and

currently eligible to practice law in the following courts: California state courts, the United

States District Courts for the Northern District of California, the Central District of California,

the Eastern District of California and the Southern District of California, and the Ninth Circuit

Court of Appeals.  A certificate of good standing certifying my status as a member of the

California State Bar is attached to this affidavit.  If certificates are needed for other courts, I will

provide them.

2.    There are no pending disciplinary proceedings against me in any State or Federal

Court.

3.    My office address, telephone number and telecopier number are included below my signature.

4.    I am a partner with Kirkland & Ellis LLP.  Kirkland & Ellis LLP has been retained to represent Defendant Misao Hioki.

5.    I respectfully request permission to appear in this Court for this cause only.

Christopher T. Casamassima
CA State Bar No. 211280
Kirkland & Ellis LLP
777 South Figueroa Street
Los Angeles, CA 90017-5800
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Subscribed and sworn before me
by Christopher T. Casamassima on
this _____ day of September, 2007.

_____
Notary Public

My Commission: _____

MARK D. WILSON
Commission # 1627515
Notary Public - California
Los Angeles County
My Comm. Expires Dec 6, 2009

2



**THE
STATE BAR
OF CALIFORNIA**

180 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-1639
TELEPHONE (415) 538-2000

August 29, 2007

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, CHRISTOPHER THOMAS CASAMASSIMA, #211280 was admitted to the practice of law in this state by the Supreme Court of California on December 7, 2000; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| WEEKS MARINE, INC., on behalf of itself and all others similarly situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>BRIDGESTONE CORPORATION, BRIDGESTONE INDUSTRIAL PRODUCTS AMERICA, INC., TRELLEBORG INDUSTRIE S.A., DUNLOP OIL & MARINE LTD., PARKER ITR S.L.R., MANULI RUBBER INDUSTRIES S.P.A.; MANULI OIL & MARINE (U.S.A.) INC., YOKOHAMA RUBBER CO., LTD., PW CONSULTING INTERNATIONAL LTD., PETER WHITTLE, DAVID BRAMMAR, BRYAN ALLISON, JACQUES COGNARD, CHRISTIAN CALECA, MISAO HIOKI; FRANCESCO SCAGLIA and VANNI SCODEGGIO,<br><br>                    Defendants. | Case No.:      07-CV-06811-AKH<br><br>ECF Case<br><br>**ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION** |

Upon the motion of David I. Horowitz, attorney for Defendant Misao Hioki, and said sponsor attorney's affidavit of support;

**IT IS HEREBY ORDERED** that

|  |  |
|---|---|
| Applicant's Name: | James H. Mutchnik, P.C. |
| Firm Name: | Kirkland & Ellis LLP |
| Address: | 200 E. Randoph Drive |
| City/State/Zip: | Chicago, IL 60601-6636 |
| Phone Number: | (312) 861-2000 |
| Fax Number: | (312) 861-2200 |
| | |
| Applicant's Name: | Christopher T. Casamassima |
| Firm Name: | Kirkland & Ellis LLP |
| Address: | 777 South Figueroa Street |
| City/State/Zip: | Los Angeles, CA 90017-5800 |
| Phone Number: | (213) 680-8400 |
| Fax Number: | (213) 680-8500 |

are admitted to practice *pro hac vice* as counsel for Defendant Misao Hioki in the above captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at www.nysd.uscourts.gov.  Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: September ___, 2007
       New York, New York


                              _____
                              United States District Judge