UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



WEEKS MARINE, INC., on behalf of itself
and all others similarly situated,

              Plaintiff,

v.

BRIDGESTONE CORPORATION,
BRIDGESTONE INDUSTRIAL PRODUCTS
AMERICA, INC., TRELLEBORG
INDUSTRIE S.A., DUNLOP OIL &
MARINE LTD., PARKER ITR S.L.R.,
MANULI RUBBER INDUSTRIES S.P.A.;
MANULI OIL & MARINE (U.S.A.) INC.,
YOKOHAMA RUBBER CO., LTD., PW
CONSULTING INTERNATIONAL LTD.,
PETER WHITTLE, DAVID BRAMMAR,
BRYAN ALLISON, JACQUES COGNARD,
CHRISTIAN CALECA, MISAO HIOKI;
FRANCESCO SCAGLIA and VANNI
SCODEGGIO,

              Defendants.

Case No.:  07-CV-06811-AKH

ECF Case

**ORDER FOR ADMISSION *PRO HAC
VICE* ON WRITTEN MOTION**

Upon the motion of David I. Horowitz, attorney for Defendant Misao Hioki, and said

sponsor attorney's affidavit of support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | James H. Mutchnik, P.C. |
| Firm Name: | Kirkland & Ellis LLP |
| Address: | 200 E. Randoph Drive |
| City/State/Zip: | Chicago, IL 60601-6636 |
| Phone Number: | (312) 861-2000 |
| Fax Number: | (312) 861-2200 |

| | |
|---|---|
| Applicant's Name: | Christopher T. Casamassima |
| Firm Name: | Kirkland & Ellis LLP |
| Address: | 777 South Figueroa Street |
| City/State/Zip: | Los Angeles, CA 90017-5800 |
| Phone Number: | (213) 680-8400 |
| Fax Number: | (213) 680-8500 |

are admitted to practice *pro hac vice* as counsel for Defendant Misao Hioki in the above

captioned case in the United States District Court for the Southern District of New York. All

attorneys appearing before this Court are subject to the Local Rules of this Court, including the

Rules governing discipline of attorneys.

If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at www.nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: September __11__, 2007
New York, New York

_____
United States District Judge