SFP: 2007-6743
Ref:

CERTIFICATE - ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention
L'autorite soussignee a l'honneur d'attester conformenent a l'article 6 de ladite Convention.

1) that the document has been served the (date) **28 August 2007**
que le demande a ete executee       le (date)

-at (place, street, number)        PW CONSULTING (OIL AND MARINE) LIMITED
-a (localite, rue, numero)         107 CLEETHORPE ROAD
                                    GRIMSBY
                                    NORTHEAST
                                    LINCOLNSHIRE
                                    DN31 3ER

- in one of the following methods authorised by article 5:
-dans une des formes suivantes prevues a l'article 5:
a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the convention
selon les formes legales (article 5, alinea premier, lettre a)

b) in accordance with the following particular method
selon la forme particuliere suivante

c) by delivery to the addressee, who accepted it voluntarily
par remise simple
The documents referred to in the request have been delivered to: **LAURA TAYLOR**

Les documents mentionnes dans la demande ont ete remis a: **ADMIN OFFICER**
- (identity and description of person)
- (identite et qualite de la personne)

- relationship to the addressee (family, business or other)   **Authorised to accept Service on behalf of**
- liens de parente de subordination ou autres avec            **Company**
le desinataire de l'acts

~~2) that the document has not been served, by reason of the following facts:~~
~~que la demande n'a pas ete executee, en raison des faits suivants:~~

in conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay the expenses details in the attached statement.
Conformement a l'article 12, alinea 2 de ladite Convention, le requerant est prie de payer ou de rembourser les frais dont le detail figure au memoire ci-joint

Annexes
Documents returned
Pieces renvoyees                                Done at London
                                                fait a

in appropriate cases, documents                 the 31 August, 2007      31 AUG 2007
establishing the service:                       le
le cas echeant, les documents
justicatifs de l'execution:                     Signature and/or stamp:
                                                Signature et/ou cachet: