SFP: 2007-6744
Ref:

## CERTIFICATE - ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention
L'autorite soussignee a l'honneur d'attester conformenent a l'article 6 de ladite Convention.

1) that the document has been served the (date) **29 August 2007**
que le demande a ete executee        le (date)

-at (place, street, number)    DUNLOP OIL & MARINE, LTD.
-a (localite, rue, numero)     MOODY LANE
                                PYEWIPE
                                GRIMSBY
                                DN31 2SY

- in one of the following methods authorised by article 5:
-dans une des formes suivantes prevues a l'article 5:
a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the convention
selon les formes legales (article 5, alinea premier, lettre a)

b) in accordance with the following particular method
selon la forme particuliere suivante

c) by delivery to the addressee, who accepted it voluntarily
par remise simple
The documents referred to in the request have been delivered to: **RAY STEWARD**

Les documents mentionnes dans la demande ont ete remis a: **RECEPTIONIST**
- (identity and description of person)
- (identite et qualite de la personne)

- relationship to the addressee (family, business or other)   **Authorised to accept Service on behalf of**
- liens de parente de subordination ou autres avec            **Company**
le desinataire de l'acts

2) that the document has not been served, by reason of the following facts:
que la demande n'a pas ete executee, en raison des faits suivants:

in conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay the expenses details in the attached statement.
Conformement a l'article 12, alinea 2 de ladite Convention, le requerant est prie de payer ou de rembourser les frais dont le detail figure au memoire ci-joint

Annexes
Documents returned
Pieces renvoyees                                Done at London
                                                 fait a

in appropriate cases, documents                 the 3 September, 2007   -3 SEP 2007
establishing the service:                       le
le cas echeant, les documents                                           QBD
justicatifs de l'execution:                     Signature and/or stamp
                                                Signature et/ou cachet: