UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WEEKS MARINE INC., individually and on behalf of a class of all those similarly situated,

                Plaintiff,

vs.

BRIDGESTONE CORPORATION; BRIDGESTONE INDUSTRIAL PRODUCTS AMERICA, INC.; TRELLEBORG INDUSTRIE S.A., DUNLOP OIL & MARINE LTD.; PARKER ITR SRL; MANULI RUBBER INDUSTRIES S.P.A.; MANULI OIL & MARINE (U.S.A.) INC.; YOKOHAMA RUBBER CO., LTD.; PW CONSULTING (OIL AND MARINE) LTD.; PETER WHITTLE; DAVID BRAMMAR; BRYAN ALLISON; JACQUES COGNARD; CHRISTIAN CALECA; MISAO HIOKI; FRANCESCO SCAGLIA; and VANNI SCODEGGIEO,

                Defendants.

Civil Action No. 07-CIV-6811

---

## DUNLOP OIL & MARINE LTD.'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Dunlop Oil & Marine Ltd. ("Dunlop") certifies as follows.

1. Dunlop is a limited liability company formed under the laws of the United Kingdom. Dunlop's parent corporation is Continental AG, a publicly held company formed under the laws of Germany.

2. Continental AG owns more than 10% of Dunlop's stock.

Dated:  September 18, 2007

Respectfully submitted,

/s/

R. Bruce Holcomb
James R. Martin
Ann-Marie Luciano
DICKSTEIN SHAPIRO LLP
1825 I Street, NW
Washington, DC  20006
P:  202-420-2200

*Attorneys for Defendant Dunlop Oil & Marine Ltd.*