AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

## APPEARANCE

Case Number: 07 CIV 06811 (AKH)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant, Bridgestone Industrial Products America, Inc.

I certify that I am admitted to practice in this court.

| 9/19/2007 | s/Hal Hardin |
|---|---|
| Date | Signature |
| | Hal Hardin — TN 003101 |
| | Print Name — Bar Number |
| | 218 Third Avenue North, Suite 200 |
| | Address |
| | Nashville — TN — 37201 |
| | City — State — Zip Code |
| | (615) 369-3377 — (615) 369-3344 |
| | Phone Number — Fax Number |

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

| | | |
|---|---|---|
| WEEKS MARINE, INC., INDIVIDUALLY and on behalf of a class of all those similarly situated, | : : | |
| Plaintiff, | : | 07 CIV 06811 AKH |
| -against- | : | |
| BRIDGESTONE CORPORATION; BRIDGESTONE INDUSTRIAL PRODUCTS AMERICA, INC.; TRELLEBROG INDUSTRIE S.A.; DUNLOP OIL & MARINE LTD.; PARKER ITR S.L.R.; MANULI RUBBER INDUSTRIES S.P.A.; MANULI OIL & MARINE (U.S.A.) INC.; YOKOHAMA RUBBER CO., LTD.; PW CONSULTING (OIL AND MARINE) LTD.; PETER WHITTLE; DAVID BRAMMAR; BRYAN ALLISON; JACQUES COGNARD; CHRISTIAN CALECA; MISAO HIOKI; FRANCEESCO SCAGLIA; and VANNI SCODEGGIO, | : : : : : : : | **CERTIFICATE OF SERVICE** |
| Defendants. | : | |

-----------------------------------------------------------x

I HEREBY CERTIFY that the foregoing Notice of Appearance was filed today on the ECF system. A paper copy was served by delivering a true copy via first class mail on September 19, 2007, to the following parties:

    Robert G. Eisler
    Seth R. Gassman
    COHEN, MILSTEIN, HAUSFIELD & TOLL, PLLC
    150 East 52nd Street, 30th Floor
    New York, NY  10022

Michael D. Hausfield
COHEN, MILSTEIN, HAUSFIELD & TOLL, PLLC
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005

Steven O. Sidener
Joseph M. Barton
GOLD BENNETT CERA & SIDENER LLP
595 Market Street, Suite 2300
San Francisco, CA 94105
*Attorneys for Plaintiff Weeks Marine, Inc.*

David Horowitz
777 South Figueroa Street
Los Angeles, CA 90017-5800
*Attorney for Defendant Misao Hioki*

Jeffrey A. Kimmel
MEISTER SEELIG & FEIN, LLP
140 East 45th Street, 19th Floor
New York, NY 10017
*Attorney for Defendant Bridgestone Industrial Products America, Inc.,*


Dated: September 19, 2007

                                                                                                                                                                                                                                                                                                                                                                              __s/ Hal Hardin_____
                                                                     Hal Hardin
                                                                     211 Union Street, Suite 200
                                                                     Nashville, TN 37201
                                                                     (615) 369-3377
                                                                     *Attorney for Defendant*
                                                                     *Bridgestone Industrial Products America, Inc.*