ⓐAO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

**APPEARANCE**

Case Number: 07 CIV 06811 (AKH)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant, Bridgestone Industrial Products America, Inc.

I certify that I am admitted to practice in this court.

| 9/19/2007 | s/Harold Donnelly | |
|---|---|---|
| Date | Signature | |
| | Harold Donnelly | TN 023603 |
| | Print Name | Bar Number |
| | 218 Third Avenue North, Suite 200 | |
| | Address | |
| | Nashville   TN | 37201 |
| | City   State | Zip Code |
| | (615) 369-3377 | (615) 369-3344 |
| | Phone Number | Fax Number |

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | | |
|---|---|---|
| WEEKS MARINE, INC., INDIVIDUALLY and on behalf of a class of all those similarly situated, | : | |
| | : | |
| Plaintiff, | : | 07 CIV 06811 AKH |
| -against- | : | |
| BRIDGESTONE CORPORATION; BRIDGESTONE INDUSTRIAL PRODUCTS AMERICA, INC.; TRELLEBROG INDUSTRIE S.A.; DUNLOP OIL & MARINE LTD.; PARKER ITR S.L.R.; MANULI RUBBER INDUSTRIES S.P.A.; MANULI OIL & MARINE (U.S.A.) INC.; YOKOHAMA RUBBER CO., LTD.; PW CONSULTING (OIL AND MARINE) LTD.; PETER WHITTLE; DAVID BRAMMAR; BRYAN ALLISON; JACQUES COGNARD; CHRISTIAN CALECA; MISAO HIOKI; FRANCEESCO SCAGLIA; and VANNI SCODEGGIO, | : | **CERTIFICATE OF SERVICE** |
| Defendants. | : | |

------------------------------------------------------------x

I HEREBY CERTIFY that the foregoing Notice of Appearance was filed today on the ECF system. A paper copy was served by delivering a true copy via first class mail on September 19, 2007, to the following parties:

    Robert G. Eisler
    Seth R. Gassman
    COHEN, MILSTEIN, HAUSFIELD & TOLL, PLLC
    150 East 52nd Street, 30th Floor
    New York, NY  10022

Michael D. Hausfield
COHEN, MILSTEIN, HAUSFIELD & TOLL, PLLC
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC  20005

Steven O. Sidener
Joseph M. Barton
GOLD BENNETT CERA & SIDENER LLP
595 Market Street, Suite 2300
San Francisco, CA  94105
*Attorneys for Plaintiff Weeks Marine, Inc.*

David Horowitz
777 South Figueroa Street
Los Angeles, CA  90017-5800
*Attorney for Defendant Misao Hioki*

Jeffrey A. Kimmel
MEISTER SEELIG & FEIN, LLP
140 East 45th Street, 19th Floor
New York, NY  10017
*Attorney for Defendant Bridgestone Industrial Products America, Inc.,*


Dated:  September 19, 2007


                                                  _s/Harold Donnelly_
                                                  Harold Donnelly
                                                  211 Union Street, Suite 200
                                                  Nashville, TN  37201
                                                  (615) 369-3377
                                                  *Attorney for Defendant*
                                                  *Bridgestone Industrial Products America, Inc.*