KING & SPALDING, LLP
Corey E. Delaney, CD6224
1185 Avenue of the Americas
New York, NY 10036-4003
(212) 556-2100

KING & SPALDING, LLP
James M. Griffin
Diana J. Pomeranz
1700 Pennsylvania Ave., Suite 200
Washington, D.C. 20006-2706
(202) 737-0500
*Attorneys for Defendant Vanni Scodeggio*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WEEKS MARINE, INC.,<br><br>                    Plaintiffs,<br><br>        v.<br><br>BRIDGESTONE CORP., et al.,<br><br>                    Defendant. | No.  1:07-cv-06811 (AKH)<br><br>**MOTION TO ADMIT COUNSEL**<br><br>**PRO HAC VICE** |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for

the Southern and Eastern Districts of New York, I, Corey E. Delaney, a member in good

standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice

of

|  |  |
|---|---|
| Applicant's Name: | James M. Griffin |
| Firm Name: | King & Spalding LLP |
| Address: | 1700 Pennsylvania Avenue, Suite 200 |
| City/State/Zip: | Washington, D.C. 20006-2706 |
| Phone Number: | (202) 737-0500 |
| Fax Number: | (202) 626-3737 |

James M. Griffin is a member in good standing of the Bar of the States of South Carolina,

Georgia and the District of Columbia.

There are no pending disciplinary proceeding against James M. Griffin in any State or Federal

court.

Dated: Sept. 18, 2007                    Respectfully submitted,

                                         Corey E. Delaney (CD6224)

                                         King & Spalding LLP
                                         1185 Avenue of the Americas
                                         New York, New York 10036
                                         Telephone: (212) 556-2100
                                         Facsimile: (212) 556-2222
                                         *Attorney for Defendant Vanni Scodeggio*

NOTICE OF MOTION TO ADMIT
JAMES M. GRIFFIN *PRO HAC VICE* - 2

KING & SPALDING, LLP
Corey E. Delaney, CD6224
1185 Avenue of the Americas
New York, NY 10036-4003
(212) 556-2100

KING & SPALDING, LLP
James M. Griffin
Diana J. Pomeranz
1700 Pennsylvania Ave., Suite 200
Washington, D.C. 20006-2706
(202) 737-0500
*Attorneys for Defendant Vanni Scodeggio*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

WEEKS MARINE, INC.,

                   Plaintiffs,

    v.

BRIDGESTONE CORP., et al.,

                   Defendant.

No. 1:07-cv-06811 (AKH)

**AFFIDAVIT OF COREY E. DELANEY
IN SUPPORT OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE**

State of New York  )
                 )    ss:
County of New York  )

Corey E. Delaney, being duly sworn, hereby deposes and says as follows:

1.    I am an associate at King & Spalding, LLP, counsel for Defendant Vanni Scodeggio

("Defendant") in the above captioned action. I am familiar with the proceedings in this

case. I make this statement based on my personal knowledge of the facts set forth herein

and in support of Defendant's motion to admit James M. Griffin, Esq. as counsel pro hac

vice to represent Defendant in this matter.

AFFIDAVIT OF COREY E. DELANEY IN SUPPORT OF
MOTION TO ADMIT COUNSEL *PRO HAC VICE* - 1

2.    I am a member in good standing of the bar of the State of New York, and was admitted to

      practice law in October 2006. I am also admitted to the bar of the United States District

      Court for the Southern District of New York, and am in good standing with this Court.

3.    I have known James M. Griffin since 2007.

4.    Mr. Griffin is a partner at King & Spalding, LLP in Washington, D.C.

5.    I have found Mr. Griffin to be a skilled attorney and a person of integrity.  He is

      experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.    Accordingly, I am pleased to move the admission of James M. Griffin, pro hac vice.

7.    I respectfully submit a proposed order granting the admission of James M. Griffin, pro

      hac vice, which is attached hereto.

      WHEREFORE it is respectfully requested that the motion to admit James M. Griffin, pro

hac vice, to represent Defendant in the above captioned matter, be granted.

Dated:        September 18      , 2007

City, State:    New York, New York

Notarized: Anne Marie Capuano

ANNE MARIE CAPUANO
Notary Public, State Of New York
No. 24-4923102
Qualified in Kings County
Commission Expires March 14, 20 10

Corey E. Delaney (CD6224)

King & Spalding LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
*Attorney for Defendant Vanni Scodeggio*

AFFIDAVIT OF COREY E. DELANEY IN SUPPORT OF
MOTION TO ADMIT COUNSEL *PRO HAC VICE* - 2



### District of Columbia Court of Appeals
#### Committee on Admissions
##### 500 Indiana Avenue, N.W. — Room 4200
##### Washington, D. C. 20001
##### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia
Court of Appeals, do hereby certify that

JAMES H. GRIFFIN

was on the    12TH    day of    JUNE, 2006

duly qualified and admitted as an attorney and counselor and
entitled to practice before this Court and is, on the date
indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have
hereunto subscribed my name
and affixed the seal of this
Court at the City of
Washington, D.C., on
September 11, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
            Deputy Clerk

# STATE BAR
## OF GEORGIA



*Lawyers Serving the Public and the Justice System*

Mr. James M. Griffin
King & Spalding LLP
1700 Pennsylvania Ave., N.W., Suite 200
Washington, DC 20006

**CURRENT STATUS:**    **Active Member-Good Standing**

**DATE OF ADMISSION TO PRACTICE:**    **10/18/1974**

**Attorney Bar Number:**    **311150**

Today's Date:    September 11, 2007

**Listed below are the public disciplinary actions, if any, which have been taken against this member:**

| State Disciplinary Board Docket # | Supreme Court Docket # | Disposition |
|---|---|---|
| N/A | N/A | N/A |

The prerequisites for practicing law in the State of Georgia are as follows:
    **-Must be certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).**
    **-Sworn in to the Superior Court in Georgia, which is the highest court needed for individuals to practice law**
    **in the State of Georgia.**
    **-Enrolled with the State Bar of Georgia, which is an arm of the Supreme Court of Georgia.**

Attorneys licensed in Georgia and whose membership is current are eligible to practice law in Superior Court. Attorneys may, upon application, apply for admission to the Supreme, District and State Court of Appeals.

Under the privacy/confidentiality provision of the Bar Rule 4-221(d), any complaint against a member resolved prior to the filing and docketing of a disciplinary case in the Supreme Court is not a matter of public record, and may not be revealed without a waiver from the member. It is the policy of the State Bar of Georgia to answer any inquiry about a member by disclosing only those complaints that have been docketed in the Supreme Court. With respect to matters that are currently pending as active, undocketed cases, when an inquiry is received, the State Bar of Georgia shall not disclose the existence of those complaints. Such non-disclosure should not be construed to confirm the existence of confidential complaints since the vast majority of members in good standing are not the subjects of such confidential complaints.

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.

### STATE BAR OF GEORGIA

Official Representative of the State Bar of Georgia

**HEADQUARTERS**
104 Marietta Street, Suite 100
Atlanta, Georgia 30303
(404) 527-8700 ∎ (800) 334-6865
FAX (404) 527-8717
www.gabar.org

**SOUTH GEORGIA**
244 E. Second Street (Zip 31794)
P.O. Box 1390
Tifton, Georgia 31793-1390
(229) 387-0446 ∎ (800) 330-0446
FAX (229) 382-7435

# The Supreme Court of South Carolina

## Certificate of Good Standing

I, Daniel E. Shearouse, Clerk of the Supreme Court of South Carolina, do hereby certify that James M. Griffin was duly sworn and admitted as an attorney in this state on November 3, 1973 and is currently an inactive member of the South Carolina Bar.

DANIEL E. SHEAROUSE, CLERK

BY _Gayle B. Watt_

DEPUTY CLERK FOR BAR ADMISSIONS

Columbia, South Carolina

September 11, 2007

KING & SPALDING, LLP
Corey E. Delaney, CD6224
1185 Avenue of the Americas
New York, NY  10036-4003
(212) 556-2100

KING & SPALDING, LLP
James M. Griffin
Diana J. Pomeranz
1700 Pennsylvania Ave., Suite 200
Washington, D.C. 20006-2706
(202) 737-0500
*Attorneys for Defendant Vanni Scodeggio*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WEEKS MARINE, INC., | |
| Plaintiffs, | No.  1:07-cv-06811 (AKH) |
| v. | |
| BRIDGESTONE CORP., et al., | |
| Defendant. | |

## PROOF OF SERVICE

This is to certify that I have this day served counsel for Plaintiff with a true and correct

copy of the (i) Motion To Admit Counsel Pro Hac Vice, (ii) Affidavit of Corey E. Delaney In

Support Of Motion To Admit Counsel Pro Hac Vice, (iii) Certificates of Good Standing for the

Supreme Court of South Carolina, the State Bar of Georgia and the District of Columbia Court of

Appeals, and (iv) Order For Admission Pro Hac Vice On Written Motion by electronic mail and

by causing the same to be deposited in the United States Mail in an envelope with adequate

postage affixed thereon to ensure delivery via first-class mail as follows:

Robert Gerard Eisler
Cohen, Milstein, Hausfeld & Toll, PLLC

150 East 52nd Street
30th Floor
New York, NY 10022
reisler@cmht.com

Seth Rich Gassman
Cohen, Milstein, Hausfeld & Toll, PLLC
150 East 52nd Street
13th Floor
New York, NY 10022
sgassman@cmht.com

Jeffrey A. Kimmel
Meister Seelig & Fein LLP (45th St.)
2 Grand Central Tower, 140 East 45th St.
19th Floor
New York, NY 10017
jkimmel@meisterseelig.com

Hal D. Hardin
Meister Seelig & Fein LLP (45th St.)
2 Grand Central Tower, 140 East 45th St.
19th Floor
New York, NY 10017

Harold R. Donnelly
Meister Seelig & Fein LLP (45th St.)
2 Grand Central Tower, 140 East 45th St.
19th Floor
New York, NY 10017

Christopher T. Casamassima
Kirkland & Ellis LLP
777 South Figueroa Street
Los Angeles, CA 90017-5800
ccasamassima@kirkland.com

David Ian Horowitz
Kirkland & Ellis LLP (NYC)
153 East 53rd Street
New York, NY 10022
dhorowitz@kirkland.com

James Howard Mutchnik
Kirkland & Ellis LLP (IL)
200 East Randolph Street
Chicago, IL 60601-6636

CERTIFICATE OF SERVICE - 2

jmutchnik@kirkland.com

Date: Sept. 18 , 2007

Corey E. Delaney (CD6224)