KING & SPALDING, LLP
Corey E. Delaney, CD6224
1185 Avenue of the Americas
New York, NY 10036-4003
(212) 556-2100

KING & SPALDING, LLP
James M. Griffin
Diana J. Pomeranz
1700 Pennsylvania Ave., Suite 200
Washington, D.C. 20006-2706
(202) 737-0500
*Attorneys for Defendant Vanni Scodeggio*



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WEEKS MARINE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BRIDGESTONE CORP., et al., <br><br> Defendant. | No. 1:07-cv-06811 (AKH) <br><br> **ORDER FOR ADMISSION** <br> **PRO HAC VICE** <br> **ON WRITTEN MOTION** |

Upon the motion of Corey E. Delaney, attorney for Defendant Vanni Scodeggio and said sponsor attorney's affidavit in support; **IT IS HEREBY ORDERED THAT**

| | |
|---|---|
| Applicant's Name: | James M. Griffin |
| Firm Name: | King & Spalding, LLP |
| Address: | 1700 Pennsylvania Avenue, Suite 200 |
| City/State/Zip: | Washington, D.C. 20006-2706 |
| Phone Number: | (202) 737-0500 |
| Fax Number: | (202) 626-3737 |

is admitted to practice pro hac vice as counsel for Vanni Scodeggio in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of all attorneys. If this action is assigned to the Electronic Case Filing

(ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: 9-21-07

City, State: NY

*[signature]*
United States District Judge