KING & SPALDING, LLP
Corey E. Delaney, CD6224
1185 Avenue of the Americas
New York, NY 10036-4003
(212) 556-2100

KING & SPALDING, LLP
James M. Griffin
Diana J. Pomeranz
1700 Pennsylvania Ave., NW Suite 200
Washington, DC 20006-2706
(202) 737-0500
*Attorneys for Defendant Vanni Scodeggio*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WEEKS MARINE, INC.,<br><br>                    Plaintiffs,<br><br>v.<br><br>BRIDGESTONE CORP., et al.,<br><br>                    Defendant. | No. 1:07-cv-06811 (AKH) |

## AMENDED CERTIFICATE OF SERVICE
## FOR MOTION TO ADMIT DIANA J. POMERANZ PRO HAC VICE

The undersigned hereby certifies that, on September 19, 2007, true and correct copies of (i) Motion To Admit Counsel Pro Hac Vice, (ii) Affidavit of Corey E. Delaney In Support Of Motion To Admit Counsel Pro Hac Vice, (iii) Certificates of Good Standing for Diana J. Pomeranz for the Appellate Division of the Supreme Court of the State of New York, the State Bar of Georgia and the District of Columbia Court of Appeals, and (iv) Order For Admission Pro Hac Vice On Written Motion were served by electronic mail and by causing the same to be

deposited in the United States mail in an envelope with adequate postage affixed thereon to ensure delivery via first-class mail upon:

>Robert Gerard Eisler
>Cohen, Milstein, Hausfeld & Toll, PLLC
>150 East 52nd Street
>30th Floor
>New York, NY 10022
>reisler@cmht.com
>
>Seth Rich Gassman
>Cohen, Milstein, Hausfeld & Toll, PLLC
>150 East 52nd Street
>13th Floor
>New York, NY 10022
>sgassman@cmht.com
>
>Jeffrey A. Kimmel
>Meister Seelig & Fein LLP (45th St.)
>2 Grand Central Tower, 140 East 45th St.
>19th Floor
>New York, NY 10017
>jkimmel@meisterseelig.com
>
>Hal D. Hardin
>Meister Seelig & Fein LLP (45th St.)
>2 Grand Central Tower, 140 East 45th St.
>19th Floor
>New York, NY 10017
>
>Harold R. Donnelly
>Meister Seelig & Fein LLP (45th St.)
>2 Grand Central Tower, 140 East 45th St.
>19th Floor
>New York, NY 10017
>
>Christopher T. Casamassima
>Kirkland & Ellis LLP
>777 South Figueroa Street
>Los Angeles, CA 90017-5800
>ccasamassima@kirkland.com

CERTIFICATE OF SERVICE - 2

David Ian Horowitz
Kirkland & Ellis LLP (NYC)
153 East 53rd Street
New York, NY 10022
dhorowitz@kirkland.com

James Howard Mutchnik
Kirkland & Ellis LLP (IL)
200 East Randolph Street
Chicago, IL 60601-6636
jmutchnik@kirkland.com

Date: September 21, 2007

_____
Corey E. Delaney (CD6224)