KING & SPALDING, LLP
Corey E. Delaney, CD6224
1185 Avenue of the Americas
New York, NY 10036-4003
(212) 556-2100

KING & SPALDING, LLP
James M. Griffin
Diana J. Pomeranz
1700 Pennsylvania Ave., NW Suite 200
Washington, DC 20006-2706
(202) 737-0500
*Attorneys for Defendant Vanni Scodeggio*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WEEKS MARINE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BRIDGESTONE CORP., et al., <br><br> Defendant. | No. 1:07-cv-06811 (AKH) |

## AMENDED CERTIFICATE OF SERVICE
## FOR MOTION TO ADMIT JAMES M. GRIFFIN PRO HAC VICE

The undersigned hereby certifies that, on September 19, 2007, true and correct copies of (i) Motion To Admit Counsel Pro Hac Vice, (ii) Affidavit of Corey E. Delaney In Support Of Motion To Admit Counsel Pro Hac Vice, (iii) Certificates of Good Standing for James M. Griffin for the Supreme Court of South Carolina, the State Bar of Georgia and the District of Columbia Court of Appeals, and (iv) Order For Admission Pro Hac Vice On Written Motion were served by electronic mail and by causing the same to be deposited in the United States mail in an envelope with adequate postage affixed thereon to ensure delivery via first-class mail upon:

CERTIFICATE OF SERVICE - 1

Robert Gerard Eisler
Cohen, Milstein, Hausfeld & Toll, PLLC
150 East 52nd Street
30th Floor
New York, NY 10022
reisler@cmht.com

Seth Rich Gassman
Cohen, Milstein, Hausfeld & Toll, PLLC
150 East 52nd Street
13th Floor
New York, NY 10022
sgassman@cmht.com

Jeffrey A. Kimmel
Meister Seelig & Fein LLP (45th St.)
2 Grand Central Tower, 140 East 45th St.
19th Floor
New York, NY 10017
jkimmel@meisterseelig.com

Hal D. Hardin
Meister Seelig & Fein LLP (45th St.)
2 Grand Central Tower, 140 East 45th St.
19th Floor
New York, NY 10017

Harold R. Donnelly
Meister Seelig & Fein LLP (45th St.)
2 Grand Central Tower, 140 East 45th St.
19th Floor
New York, NY 10017

Christopher T. Casamassima
Kirkland & Ellis LLP
777 South Figueroa Street
Los Angeles, CA 90017-5800
ccasamassima@kirkland.com

David Ian Horowitz
Kirkland & Ellis LLP (NYC)
153 East 53rd Street
New York, NY 10022
dhorowitz@kirkland.com

James Howard Mutchnik
Kirkland & Ellis LLP (IL)
200 East Randolph Street
Chicago, IL 60601-6636
jmutchnik@kirkland.com

Date: September 21, 2007

_____
Corey E. Delaney (CD6224)