⬣AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 09-17-2007/6:05 pm |
| NAME OF SERVER (PRINT) Brandon Snesko | TITLE Private Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 3000 S. Randolph St., #379 Arlington, VA 22206
Christian Caleca

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify): Sex: Male  Skin: White  Hair: Brown/Grey  Age: 45 yrs
Hgt: 6'3"  Wgt: 200 lbs.

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL | SERVICES | TOTAL | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  09-18-2007
             Date

Signature of Server
Brandon Snesko
1322 Maryland Ave NE
Washington DC 20002
Address of Server

District of Columbia : SS
Subscribed and Sworn to before me
this 18th day of Sep, 2007

B. Tony Snesko, Notary Public, D.C.
My commission expires December 14, 2011

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.