


**COHEN MILSTEIN
HAUSFELD & TOLL**[PLLC]

2007

Seth Gassman
(212) 838-7797
sgassman@cmht.com

September 24, 2007

**BY HAND DELIVERY**

Honorable Alvin K. Hellerstein
U.S. District Judge
Southern District of New York
United States Courthouse
500 Pearl St., Room 14D
New York, NY 10007

Re:   <u>Weeks Marine, Inc. v. Bridgestone Corp., et al., 07-cv-6811-AKH</u>

Dear Judge Hellerstein:

Plaintiff Weeks Marine, Inc. sent a waiver of service of summons dated September 18, 2007 to Defendant Yokohama Rubber Co. Ltd. ("Yokohama"), which Yokohama returned on September 20, 2007, and Plaintiff filed on September 21, 2007 (Docket number 33).

Defendant is located outside a judicial district of the United States, and is therefore entitled to 90 days in which to respond, pursuant to FRCP Rule 4(d)(3). When Plaintiff filed the waiver, however, a response date of November 19, 2007 (60-day answer date) was automatically entered in the ECF system.[1]

As such, Plaintiff Weeks Marine, Inc. respectfully requests that Your Honor direct Docketing to enter a return date of December 17, 2007 for docket number 33.

---

[1]   Pursuant to a telephone conversation with an ECF clerk for the Southern District of New York, Plaintiff was instructed that the only available means through which the docket can be amended to have the docket reflect the correct date is to request that the presiding judge contact Docketing. The clerk explained that the program does not account for different response times for parties located abroad, and that the problem will not be corrected until later this year.

150 East 52nd Street   Thirtieth Floor   New York, NY 10022   t: 212 838 7797   f: 212 838 7745   www.cmht.com
Washington D.C.   New York   Philadelphia   Chicago   London



Honorable Alvin K. Hellerstein
September 24, 2007
Page 2

      Please contact me if you have any questions.

                                          Sincerely,

                                          Seth R. Gassman

cc:    Ben Singer, Esq.
       Linklaters LLP
       1345 Avenue of the Americas
       New York, NY 10105

       *Attorney for Yokohama Rubber Co. Ltd.*