James H. Mutchnik. P.C. (admitted *pro hac vice*)
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois  60601
Telephone: (312) 861-2000
Facsimile:  (312) 861-2200

Christopher T. Casamassima (admitted *pro hac vice*)
David I. Horowitz  (DH 0921)
Kirkland & Ellis LLP
777 South Figueroa Street
Los Angeles, California  90017
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WEEKS MARINE, INC., individually and on behalf of a class of all those similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BRIDESTONE CORPORATION, BRIDGESTONE INDUSTRIAL PRODUCTS AMERICA, INC., TRELLEBORG INDUSTRIE S.A., DUNLOP OIL & MARINE LTD., PARKER ITR S.L.R., MANULI RUBBER INDUSTRIES S.P.A., MANULI OIL & MARINE (U.S.A) INC., YOKOHAMA RUBBER CO., LTD., PW CONSULTING (OIL AND MARINE) LTD., PETER WHITTLE, DAVID BRAMMAR, BRYAN ALLISON, JAQUES COGNARD, CHRISTIAN CALECA, MISAO HIOKI, FRANCESCO SCAGLIA, and VANNI SCODEGGIO,<br><br>　　　　　Defendants. | Case No.:   07 CIV 6811 (AKH)<br><br>ECF Case<br><br>**NOTICE OF MOTION** |

　　　　PLEASE TAKE NOTICE that upon this notice of motion and accompanying memorandum, the undersigned will move before the Honorable Alvin K. Hellerstein, Judge of the United States District Court for the Southern District of New York, at the United States District Courthouse, located at 500 Pearl Street, New York, NY 10007, at a time and place to be

-2-

scheduled by this Court, for an order to dismiss the complaint, pursuant to Civ. R. 12 (b)(6) of the Federal Rules of Civil Procedure.

|  |  |
|---|---|
| Dated: September 27, 2007 |    s/James H. Mutchnik, P.C.                <br>James H. Mutchnik. P.C. (admitted *pro hac vice*)<br>Kirkland & Ellis LLP<br>200 East Randolph Drive<br>Chicago, Illinois 60601<br>Telephone: (312) 861-2000<br>Facsimile: (312) 861-2200<br><br>***Attorney for Defendant Misao Hioki*** |