UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WEEKS MARINE, INC., on behalf of itself and all others similarly situated,<br><br>     Plaintiff,<br><br>  v.<br><br>BRIDGESTONE CORPORATION, BRIDGESTONE INDUSTRIAL PRODUCTS AMERICA, INC., TRELLEBORG INDUSTRIE S.A., DUNLOP OIL & MARINE LTD., PARKER ITR S.L.R., MANULI RUBBER INDUSTRIES S.P.A.; MANULI OIL & MARINE (U.S.A.) INC., YOKOHAMA RUBBER CO., LTD., PW CONSULTING INTERNATIONAL LTD., PETER WHITTLE, DAVID BRAMMAR, BRYAN ALLISON, JACQUES COGNARD, CHRISTIAN CALECA, MISAO HIOKI; FRANCESCO SCAGLIA and VANNI SCODEGGIO,<br><br>     Defendants. | Case No.: 07-CV-06811-AKH<br><br>ECF Case<br><br>**CERTIFICATE OF SERVICE** |

  I HEREBY CERTIFY that the foregoing <u>Notice of Motion and Misao Hioki's Memorandum of Law In Support of His Motion to Dismiss Plaintiff's Cause of Action</u> was filed today on the ECF system. A paper copy was served by delivering a true copy thereof via first class mail on September 27, 2007, addressed to the following parties:

  Hal D. Hardin
  Harold R. Donnelly
  MEISTER SEELIG & FEIN, LLP
  140 East 45th Street, 19th Floor
  New York, NY 10017

Dated: September 27, 2007

                  _/s/ Cara S. Malcolm_
                  Cara S. Malcolm