Hal Hardin (Admitted *Pro Hac Vice*)
Harold Donnelly (Admitted *Pro Hac Vice*)
211 Union Street, Suite 200
Nashville, TN 37201
(615) 369-3377

Jeffrey A. Kimmel (JK 0584)
**MEISTER SEELIG & FEIN LLP**
2 Grand Central Tower
140 East 45th Street
19th Floor
New York, NY 10017
(212) 655-3500

*Attorneys for Defendant*
*Bridgestone Industrial Products America, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
WEEKS MARINE, INC., individually and on behalf of itself and
all others similarly situated,

            Plaintiff      07 CIV 6811 (AKH)
                      ECF Case

 -against-

BRIDGESTONE CORPORATION; BRIDGESTONE  **BRIDGESTONE**
INDUSTRIAL PRODUCTS AMERICA, INC., TRELLEBORG **INDUSTRIAL**
INDUSTRIE S.S.; DUNLOP OIL & MARINE LTD.; PARKER **PRODUCTS**
ITR S.L.R.; MANULI RUBBER INDUSTRIES S.P.A.;  **OF AMERICA, INC.**
MANULI OIL & MARINE (U.S.A.) INC.; YOKOHOMA  **NOTICE OF MOTION**
RUBBER CO., LTD.; PW CONSULTING (OIL AND MARINE) **TO DISMISS**
LTD.; PETER WHITTLE; DAVID BRAMMER; BRYAN
ALLISON; JACQUES COGNARD; CHRISTIAN CALECA;
MISAO HIOKI; FRANCESCO SCAGLIA; and VANNI
SCODEGGIO,

            Defendants.
-----------------------------------------------------------------------X

  PLEASE TAKE NOTICE that upon the annexed Memorandum of Law submitted submitted herewith, and all pleadings and prior proceedings herein, Defendant Bridgestone Industrial Products of America, Inc. ("BIPA") will move this Court, before the Honorable Alvin K. Hellerstein in the United States District Court for the Southern District of New York, 500

Pearl Street, Courtroom 14D New York, NY 10007, on October 26, 2007 at 9:30 a.m., or as soon thereafter as counsel may be heard, for an Order granting Defendant BIPA's motion to dismiss the Complaint as against Defendant BIPA pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted and for failure to provide the Defendant BIPA with sufficient notice of the claim against it.

Dated: New York, New York
September 27, 2007

Respectfully submitted,

**MEISTER SEELIG & FEIN LLP**

s/ Jeffrey A. Kimmel
Jeffrey A. Kimmel (JK 0584)
2 Grand Central Tower
140 East 45th Street
19th Floor
New York, NY 10017
(212) 655-3500

-AND-

Hal Hardin (Admitted *Pro Hac Vice*)
Harold Donnelly (Admitted *Pro Hac Vice*)
211 Union Street, Suite 200
Nashville, TN 37201
(615) 369-3377

*Attorneys for Defendant*
*Bridgestone Industrial Products America, Inc.*