UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
WEEKS MARINE, INC., individually and on behalf of
itself and all others similarly situated,

                                            Plaintiff,        07 CIV 6811 (AKH)
                                                                    ECF Case

    -against-

BRIDGESTONE CORPORATION; BRIDGESTONE        **CERTIFICATE OF**
INDUSTRIAL PRODUCTS AMERICA, INC.,                **SERVICE**
TRELLEBORG INDUSTRIE S.S.; DUNLOP OIL &
MARINE LTD.; PARKER ITR S.L.R.; MANULI
RUBBER INDUSTRIES S.P.A.; MANULI OIL &
MARINE (U.S.A.) INC.; YOKOHOMA RUBBER CO.,
LTD.; PW CONSULTING (OIL AND MARINE) LTD.;
PETER WHITTLE; DAVID BRAMMER; BRYAN
ALLISON; JACQUES COGNARD; CHRISTIAN
CALECA; MISAO HIOKI; FRANCESCO SCAGLIA; and
VANNI SCODEGGIO,

                                                    Defendants.
------------------------------------------------------------------X

       I HEREBY CERTIFY that the foregoing <u>Notice of Motion To Dismiss, Memorandum of Law In Support of Its Motion To Dismiss</u>, of defendant Bridgestone Industrial Products of America, Inc., were filed today on the ECF system.


Dated: New York, New York
       September 27, 2007

                                                               Respectfully submitted,

                                                              **MEISTER SEELIG & FEIN LLP**


                                                              <u>s/ Jeffrey A. Kimmel</u>
                                                              Jeffrey A. Kimmel (JK 0584)
                                                              2 Grand Central Tower
                                                              140 East 45th Street
                                                              19th Floor
                                                              New York, NY 10017
                                                              (212) 655-3500

-AND-

Hal Hardin (Admitted *Pro Hac Vice*)
Harold Donnelly (Admitted *Pro Hac Vice*)
211 Union Street, Suite 200
Nashville, TN 37201
(615) 369-3377

*Attorneys for Defendant*
*Bridgestone Industrial Products America, Inc.*