UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
WEEKS MARINE, INC., individually and on behalf of
itself and all others similarly situated,

            Plaintiff,   07 CIV 6811 (AKH)
                  ECF Case

 -against-

BRIDGESTONE CORPORATION; BRIDGESTONE   **CERTIFICATE OF**
INDUSTRIAL PRODUCTS AMERICA, INC.,      **SERVICE**
TRELLEBORG INDUSTRIE S.S.; DUNLOP OIL &
MARINE LTD.; PARKER ITR S.L.R.; MANULI
RUBBER INDUSTRIES S.P.A.; MANULI OIL &
MARINE (U.S.A.) INC.; YOKOHOMA RUBBER CO.,
LTD.; PW CONSULTING (OIL AND MARINE) LTD.;
PETER WHITTLE; DAVID BRAMMER; BRYAN
ALLISON; JACQUES COGNARD; CHRISTIAN
CALECA; MISAO HIOKI; FRANCESCO SCAGLIA; and
VANNI SCODEGGIO,

            Defendants.
------------------------------------------------------------------X

  I HEREBY CERTIFY that the [Proposed] Order, of defendant Bridgestone Industrial Products of America, Inc., was served by email on all parties at the following email addresses:

Christopher T. Casamassima  ccasamassima@kirkland.com

Harold Richard Donnelly  donnelly77@comcast.net

Robert Gerard Eisler  reisler@cmht.com

Seth Rich Gassman  sgassman@cmht.com

James M. Griffin  JGriffin@KSLAW.com, aclarke@kslaw.com, blessem@kslaw.com,
         cmccullough@kslaw.com, sinman@kslaw.com

David Ian Horowitz  dhorowitz@kirkland.com

Jeffrey A. Kimmel  jkimmel@meisterseelig.com

Ann-Marie Luciano  lucianoa@dsmo.com, ajaoj@dsmo.com, witebskyd@dsmo.com

| | |
|---|---|
| James Howard Mutchnik | jmutchnik@kirkland.com, hfisher@kirkland.com |
| Diana J. Pomeranz | dpomeranz@kslaw.com, AClarke@KSLAW.com, BLessem@KSLAW.com, jcmccullough@kslaw.com, SInman@KSLAW.com |

As per the rules of the Southern District of New York, a copy was also emailed to the Clerk of the Court at orders_and_judgments@nysd.uscourts.gov.

Dated: New York, New York
September 27, 2007

Respectfully submitted,

**MEISTER SEELIG & FEIN LLP**

s/ Jeffrey A. Kimmel
Jeffrey A. Kimmel (JK 0584)
2 Grand Central Tower
140 East 45th Street
19th Floor
New York, NY 10017
(212) 655-3500

-AND-

Hal Hardin (Admitted *Pro Hac Vice*)
Harold Donnelly (Admitted *Pro Hac Vice*)
211 Union Street, Suite 200
Nashville, TN 37201
(615) 369-3377

*Attorneys for Defendant*
*Bridgestone Industrial Products America, Inc.*