KING & SPALDING LLP
James M. Griffin
Diana J. Pomeranz
1700 Pennsylvania Avenue, NW Suite 200
Washington, DC 20006
(202) 737-0500
(202) 626-3737

*Admitted Pro Hac Vice*
Attorneys for Defendant Vanni Scodeggio

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

WEEKS MARINE, INC., on behalf of itself and
all others similarly situated,

                        Plaintiff,

vs.

BRIDGESTONE CORPORATION;
BRIDGESTONE INDUSTRIAL PRODUCTS
AMERICA, INC.; TRELLEBORG INDUSTRIE
S.A.; DUNLOP OIL & MARINE LTD.; PARKER
ITR S.L.R.; MANULI RUBBER INDUSTRIES
S.P.A.; MANULI OIL & MARINE (U.S.A.) INC;
YOKOHAMA RUBBER CO., LTD.; PW
CONSULTING INTERNATIONAL LTD.;
PETER WHITTLE; DAVID BRAMMAR;
BRYAN ALLISON; JACQUES COGNARD;
CHRISTIAN CALECA; MISAO HIOKI;
FRANCESCO SCAGLIA; and VANNI
SCODEGGIO

                        Defendants.
-----------------------------------------------------------------x

No. 07-cv-06811-AKH

**NOTICE OF DEFENDANT VANNI SCODEGGIO'S MOTION TO DISMISS
PLAINTIFF'S CLASS ACTION COMPLAINT**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Defendant Vanni Scodeggio's Motion to Dismiss Plaintiff's Class Action Complaint,

Defendant Vanni Scodeggio, by his attorneys, King & Spalding LLP, hereby moves this Court before the Honorable Alvin K. Hellerstein, at the United States Courthouse, Room 1050, 500 Pearl Street, New York, New York 10007, heard on a date to be determined, for an order dismissing the Complaint in its entirety, with prejudice, as against himself, pursuant to the Federal Rules of Civil Procedure 12(b)(6) and 12(b)(1) on the grounds that the Complaint fails to state a claim upon which relief can be granted and does not establish subject matter jurisdiction, and for such other relief as the Court deems just and proper.

Dated: September 28, 2007

Respectfully submitted,

KING & SPALDING LLP

/s/ James M. Griffin

James M. Griffin
Diana J. Pomeranz
1700 Pennsylvania Ave., NW
Suite 200
Washington, DC 20006

*Attorneys for Defendant Vanni Scodeggio*