## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2007, true and correct copies of (1) the Notice of Defendant Vanni Scodeggio's Motion to Dismiss Plaintiff's Class Action Complaint, and (2) the Memorandum of Law in Support of Defendant Vanni Scodeggio's Motion to Dismiss Plaintiff's Class Action Complaint are being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Case Filing generated by CM/ECF, or by overnight mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Case Filing.

                                                       /s/ James M. Griffin
                                                      James M. Griffin

## SERVICE LIST

**Plaintiff**

**Robert G. Eisler**
**Seth R. Gassman**
Cohen, Milstein, Hausfeld & Toll, PLLC
150 East 52nd Street, 13th Floor
New York, NY 10012
212-838-7797
Fax: 212-838-7745
Email:  reisler@cmht.com
            sgassman@cmht.com

**Michael D. Hausfeld**
Cohen, Milstein, Hausfeld & Toll, PLLC
1100 New York Avenue, NW
Suite 500, West Tower
Washington, DC 20005
202-408-4600
Fax: 202-408-4699

**Steven O. Sidener**
**Joseph M. Barton**
Gold Bennett Cera & Sidener LLP
595 Market Street, Suite 2300
San Francisco, CA 94105
415-777-2230
Fax: 415-777-5189

*Counsel for Plaintiff Weeks Marine, Inc.*

**Defendants**

**Bridgestone Corporation**
10-1 Kyobashi 1-Chome
Chuo-Ku
Tokyo, 104-8340, Japan

**Jeffrey A. Kimmel**
Meister Seelig & Fein, LLP
2 Grand Central Tower
140 East 45th Street, 19th Floor
New York, NY 10017

212-655-3578
Fax: 212-655-3535
Email: jkimmel@meisterseelig.com

**Hal D. Hardin**
Hal Hardin
211 Union Street, Suite #200
Nashville, TN 37210
615-369-3377
Fax: 615-369-3344
Email:  halhardin@aol.com

**Harold R. Donnelly**
218 Third Avenue North
Nashville, TN 37201
Email: donnelly77@aol.com

*Counsel for Bridgestone Industrial Products America, Inc.*

**Roxann E. Henry**
Howrey
1299 Pennsylvania Avenue, NW
Washington, DC 20004
202-383-6503
Fax: 202-383-6610
Email: HenryR@howrey.com

*Counsel for Trelleborg Industrie S.A.*

**R. Bruce Holcomb**
**Ann-Marie Luciano**
Dickstein Shapiro
1825 Eye Street, NW
Washington, DC 20006
202-420-2242
Fax: 202-420-2201
Email: holcombb@docksteinshapiro.com
            lucianoa@dicksteinshapiro.com

*Counsel for Dunlop Oil & Marine, Ltd.*

**John M. Majoras**
Jones Day
51 Louisiana Avenue, NW
Washington, DC 20001
202-879-7652
Fax: 202-626-1700
Email: jmmajoras@jonesday.com

*Counsel for Parker ITR S.r.L*

**Alan G. Greer**
Richman Greer, P.A.
Miami Center, 10th Floor
201 South Biscayne Boulevard, Suite 1000
Miami, FL 33131
305-373-4010
Fax: 305-373-4099
Email: agreer@richmangreer.com

*Counsel for Manuli Oil & Marine (U.S.A.) Inc. and Manuli Rubber Co., Ltd.*

**Robert M. Osgood**
Sullivan & Cromwell, LLP
125 Broad Street
New York, NY 10004
212-558-4000
Fax: 212-558-3588
Email: osgoodr@sullcrom.com

*Counsel for Manuli Rubber Industries, SPA*

**Jennifer M. Driscoll**
Morgan Lewis
1111 Pennsylvania Avenue, NW
Washington, DC 20004
202-739-5356
Fax: 202-739-3001
Email: jdriscoll@morganlewis.com

*Counsel for Christian Caleca*

**Christopher T. Casamassima**
Kirkland & Ellis
777 South Figueroa Street
Los Angeles, CA 90017
213-680-8353
Fax: 213-680-8500
Email: ccasamassima@kirkland.com

**James H. Mutchnik, P.C.**
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601
312-861-2350
Fax: 312-861-2200
Email: jmutchnik@kirkland.com

**David I. Horowitz**
Kirkland & Ellis LLP
153 East 53rd Street
New York, NY 10022
212-446-4716
Fax: 212-446-6460
Email: dhorowitz@kirkland.com

*Counsel for Misao Hioki*

**PW (Oil and Marine) Ltd.**
107 Cleethorpe Road
Grimsby
Northeast Lincolnshire
DN31 3ER

**Peter Whittle PW (Oil and Marine) Ltd.**
107 Cleethorpe Road
Grimsby
Northeast Lincolnshire DN31 3ER

**David Brammar**
4 Wynden Oaks Drive
Houston, TX 77056

**Bryan Allison**
34 Wynden Oaks Drive
Houston, TX 77056

**Jacques Cognard**
Windsor Communities at Shirlington Village
3000 South Randolph Street, Apt. #468
Arlington, VA  22206


**Yokohama Rubber Co., Ltd.**
36-11 Shimbashi 5-chome
Minato-ku Tokyo, Japan 105-8685


**Francesco Scaglia**
401 North Pine Island Road #3-301
Sunrise, FL  33351