UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/2/07

WEEKS MARINE, INC., individually and on behalf of a class of all those similarly situated,

Plaintiff,

v.

BRIDGESTONE CORPORATION; BRIDGESTONE INDUSTRIAL PRODUCTS AMERICA, INC.; TRELLEBORG INDUSTRIE S.A.; DUNLOP OIL & MARINE LTD.; PARKER ITR S.L.R.; MANULI RUBBER INDUSTRIES S.P.A.; MANULI OIL & MARINE (U.S.A.) INC.; YOKOHAMA RUBBER CO., LTD.; PW CONSULTING (OIL AND MARINE) LTD.; PETER WHITTLE; DAVID BRAMMAR; BRYAN ALLISON; JACQUES COGNARD; CHRISTIAN CALECA; MISAO HIOKI; FRANCESCO SCAGLIA; and VANNI SCODEGGIO,

Defendants.

07 Civ. 6811 (AKH)

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties, through their respective counsel, that the time for Defendants Manuli Rubber Industries S.p.A. ("MRI") and Manuli Oil & Marine (U.S.A.) Inc. ("MOM") to move, answer or otherwise respond to the Complaint in this action shall be extended for a period of thirty (30) days, from October 2, 2007 through and including November 1, 2007; and

IT IS FURTHER STIPULATED AND AGREED that this stipulation is entered without waiver of any defenses by MRI or MOM, including but not limited to jurisdictional defenses.

Robert G. Eisler (RE 1398)
Seth R. Gassman (SG 8116)
COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC
150 East 52nd Street, Thirtieth Floor
New York, New York 10022
Phone: 212-838-7797
Fax: 212-838-7745

Counsel for Plaintiff Weeks Marine, Inc.

Robert M. Osgood (RO 9446)
Daniel A. Goldschmidt (DG 0672)
SULLIVAN & CROMWELL LLP
1 New Fetter Lane
London EC4A 1AN
England
Phone: +44-20-7979-8900
Fax: +44-20-7959-8950

-and-

125 Broad Street
New York, New York 10004
Phone: 212-558-4000
Fax: 212-558-3588

Counsel for Defendants Manuli Rubber Industries S.p.A. and Manuli Oil & Marine (U.S.A.) Inc.

SO ORDERED.

United States District Judge

New York, New York
October 2, 2007