%AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 9/19/07  1:33 PM |
| NAME OF SERVER (PRINT) Michael Glinski | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Manuli Oil & Marine (USA) Inc. 3000 N. Federal Hwy Bldg 2 Suite 200 Ft. Lauderdale, FL 33306

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Daniel M. Hughes (Managing Agent)

☐ Returned unexecuted:

☐ Other (specify): White, Male, 50-60 yrs 5'11, 200 lbs Balding with grey hair, Glasses.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9-19-07
Date

Signature of Server: Michael Glinski

Address of Server: 600 W Prospect Rd 1-D, Ft. Lauderdale, FL 33309

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.