UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X

WEEKS MARINE, INC., individually and on behalf of a class of all those similarly situated,

       Plaintiff,

  v.

BRIDGESTONE CORPORATION, BRIDGESTONE INDUSTRIAL PRODUCTS AMERICA, INC., TRELLEBORG INDUSTRIE S.A., DUNLOP OIL & MARINE LTD., PARKER ITR SRL, MANULI OIL & MARINE (U.S.A.) INC., YOKOHAMA RUBBER CO., LTD., PW CONSULTING (OIL AND MARINE) LTD., PETER WHITTLE, DAVID BRAMMAR, BRYAN ALLISON, JACQUES COGNARD, CHRISTIAN CALECA, MISAO HIOKI, FRANCESCO SCAGLIA, and VANNI SCODEGGIO,

Defendants.

------------------------------------------------------------------------ X

No. 1:07-cv-06811 (AKH)

ECF CASE

## NOTICE OF APPEARANCE

      Please enter my appearance for the following defendant only in the above-captioned matter: Parker ITR Srl.

Dated: New York, New York
       October 9, 2007

Respectfully submitted,

By: s/ Sacha A. Boegem
    Sacha A. Boegem (SB-2207)
    JONES DAY
    222 East 41st Street
    New York, New York 10017-6702
    Tel: (212) 326-3939
    Fax: (212) 755-7306

*Counsel for Defendant Parker ITR Srl*

## **CERTIFICATE OF SERVICE**

      This is to certify that a copy of the foregoing was filed electronically on October 9, 2007. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                        s/Sacha A. Boegem
                                        Sacha A. Boegem