## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| WEEKS MARINE, INC., individually and on behalf of a class of all those similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 1:07-CIV-6811 |
| v. | ) ) | |
| BRIDGESTONE CORPORATION, BRIDGESTONE INDUSTRIAL PRODUCTS AMERICA, INC., TRELLEBORG INDUSTRIE S.A., DUNLOP OIL & MARINE LTD., PARKER ITR SRL, MANULI RUBBER INDUSTRIES S.P.A., MANULI OIL & MARINE (U.S.A.) INC., YOKOHAMA RUBBER CO., LTD., PW CONSULTING (OIL AND MARINE) LTD., PETER WHITTLE, DAVID BRAMMAR, BRYAN ALLISON, JACQUES COGNARD, CHRISTIAN CALECA, MISAO HIOKI, FRANCESCO SCAGLIA, and VANNI SCODEGGIO, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | ECF CASE<br><br>**DEFENDANT PARKER ITR SRL'S RULE 7.1 DISCLOSURE STATEMENT** |
| Defendants. | | |

## RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT PARKER ITR SRL

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for

Defendant Parker ITR Srl certifies as follows:

1.   Parker ITR Srl's parent corporation is Parker Italy Holding Srl.

2.   No publicly held corporation owns 10% or more of Parker Italy Holding Srl.

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY certify that on October 9, 2007 I electronically filed the foregoing

document with the Clerk of Court using CM/ECF.  I also certify that the foregoing

document is being served this day on counsel of record or *pro se* parties identified on the

Mailing Information for Case  1:07-CIV-6811.  Counsel of record currently identified on

the Mailing Information System list to receive e-mail notices for this case are served via

Notices of Electronic filing generated by CM/ECF.  Counsel of record who are not on the

Mailing Information list to receive e-mail notices for this case have been served via U.S.

mail.


<u>/s/ Sacha A. Boegem</u>
Sacha A. Boegem