**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

WEEKS MARINE, INC., individually and
on behalf of a class of all those similarly
situated,

        Plaintiff,

    v.

BRIDGESTONE CORPORATION,
BRIDGESTONE INDUSTRIAL
PRODUCTS AMERICA, INC.,
TRELLEBORG INDUSTRIE S.A.,
DUNLOP OIL & MARINE LTD.,
PARKER ITR SRL, MANULI RUBBER
INDUSTRIES S.P.A., MANULI OIL &
MARINE (U.S.A.) INC., YOKOHAMA
RUBBER CO., LTD., PW CONSULTING
(OIL AND MARINE) LTD., PETER
WHITTLE, DAVID BRAMMAR, BRYAN
ALLISON, JACQUES COGNARD,
CHRISTIAN CALECA, MISAO HIOKI,
FRANCESCO SCAGLIA, and VANNI
SCODEGGIO,

        Defendants.

Civil Action No. 1:07-CIV-6811
(AKH)


ECF CASE


**NOTICE OF MOTION**

---

## NOTICE OF MOTION

Pursuant to Federal Rules of Civil Procedure 8(a) and 12(b)(6), and upon its Memorandum of

Law in Support of Defendant Parker ITR Srl's Motion to Dismiss, Defendant Parker ITR Srl moves

this Court to dismiss Weeks Marine, Inc.'s Complaint as it pertains to Defendant Parker ITR Srl.  The

reasons for this motion are more fully described in the accompanying memorandum filed in support of

the motion.

Dated: October 9, 2007

Respectfully submitted,

  /s/ Sacha A. Boegem
Sacha A. Boegem, Esquire
JONES DAY
222 E. 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
saboegem@jonesday.com
Counsel for Defendant Parker ITR Srl

Additonal Counsel:

John M. Majoras, Esquire
Carmen G. McLean, Esquire
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
jmmajoras@jonesday.com
cgmclean@jonesday.com

## CERTIFICATE OF SERVICE

I HEREBY certify that on October 9, 2007 I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on counsel of record or *pro se* parties identified on the Mailing Information for Case  1:07-CIV-6811.  Counsel of record currently identified on the Mailing Information System list to receive e-mail notices for this case are served via Notices of Electronic filing generated by CM/ECF.  Counsel of record who are not on the Mailing Information list to receive e-mail notices for this case have been served via U.S. mail.


/s/ Sacha A. Boegem
Sacha A. Boegem