UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

WEEKS MARINE, INC., on behalf of itself and
all others similarly situated,

                            Plaintiff,

   v.

BRIDGESTONE CORPORATION;
BRIDGESTONE INDUSTRIAL PRODUCTS
AMERICA, INC.; TRELLEBORG INDUSTRIE
S.A.; DUNLOP OIL & MARINE LTD.; PARKER
ITR S.L.R.; MANULI RUBBER INDUSTRIES
S.P.A.; MANULI OIL & MARINE (U.S.A.) INC;
YOKOHAMA RUBBER CO., LTD.; PW
CONSULTING INTERNATIONAL LTD.;
PETER WHITTLE; DAVID BRAMMAR;
BRYAN ALLISON; JACQUES COGNARD;
CHRISTIAN CALECA; MISAO HIOKI;
FRANCESCO SCAGLIA; and
VANNI SCODEGGIO

                            Defendants.
------------------------------------------------------------x

ECF Case

No. 07-cv-06811-AKH

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Defendant Christian Caleca.

I certify that I am admitted to practice in this Court.

Dated: October 9, 2007

                                                 Respectfully submitted,

                                               MAYER BROWN LLP

                                               /s/ Richard M. Steuer

                                             Richard M. Steuer
                                             1675 Broadway
                                             New York, NY  10019
                                             Telephone: 212.506.2500
                                             Fax: 212.262.1910

                                             *Attorneys for Defendant Christian Caleca*