Richard M. Steuer
**MAYER BROWN, LLP**
1675 Broadway
New York, NY  10019
Telephone: 212.506.2500
Fax: 212.262.1910

Jennifer M. Driscoll
Donald C. Klawiter
**MAYER BROWN, LLP**
1909 K Street, N.W.
Washington, DC 20006-1101
Telephone: 202.263.3000
Fax: 202.263.3300

Attorneys for Defendant Christian Caleca

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

| | |
|---|---|
| WEEKS MARINE, INC., on behalf of itself and all others similarly situated,<br><br>                       Plaintiff,<br><br>v.<br><br>BRIDGESTONE CORPORATION; BRIDGESTONE INDUSTRIAL PRODUCTS AMERICA, INC.; TRELLEBORG INDUSTRIE S.A.; DUNLOP OIL & MARINE LTD.; PARKER ITR S.L.R.; MANULI RUBBER INDUSTRIES S.P.A.; MANULI OIL & MARINE (U.S.A.) INC; YOKOHAMA RUBBER CO., LTD.; PW CONSULTING INTERNATIONAL LTD.; PETER WHITTLE; DAVID BRAMMAR; BRYAN ALLISON; JACQUES COGNARD; CHRISTIAN CALECA; MISAO HIOKI; FRANCESCO SCAGLIA; and VANNI SCODEGGIO<br><br>                       Defendants. | ECF Case<br><br><br><br><br><br><br><br>No. 07-cv-06811-AKH |

-----------------------------------------------------------x

20872042.1 42014673

## NOTICE OF DEFENDANT CHRISTIAN CALECA'S MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Defendant Christian Caleca's Motion to Dismiss Plaintiff's Class Action Complaint, Defendant Christian Caleca, by his attorneys, Mayer Brown LLP, hereby moves this Court before the Honorable Alvin K. Hellerstein, at the United States Courthouse, Room 1050, 500 Pearl Street, New York, New York 10007, heard on a date to be determined, for an order dismissing the Complaint in its entirety, with prejudice, as against himself, pursuant to the Federal Rules of Civil Procedure 12(b)(6) and 12(b)(1) on the grounds that the Complaint fails to state a claim upon which relief can be granted and does not establish subject matter jurisdiction, and for such other relief as the Court deems just and proper.

Dated: October 9, 2007

Respectfully submitted,

MAYER BROWN LLP

/s/ Richard M. Steuer

Richard M. Steuer
1675 Broadway
New York, NY  10019
Telephone: 212.506.2500
Fax: 212.262.1910

*Attorneys for Defendant Christian Caleca*