IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WEEKS MARINE, INC., individually and on behalf of a class of all those similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BRIDGESTONE CORPORATION;<br>BRIDGESTONE INDUSTRIAL PRODUCTS AMERICA, INC.;<br>TRELLEBORG INDUSTRIE S.A.;<br>DUNLOP OIL & MARINE LTD.;<br>PARKER ITR S.L.R.;<br>MANULI RUBBER INDUSTRIES S.P.A.;<br>MANULI OIL & MARINE (U.S.A.) INC.;<br>YOKOHAMA RUBBER CO., LTD.;<br>PW CONSULTING (OIL AND MARINE) LTD.;<br>PETER WHITTLE;<br>DAVID BRAMMAR;<br>BRYAN ALLISON;<br>JACQUES COGNARD;<br>CHRISTIAN CALECA;<br>MISAO HIOKI;<br>FRANCESCO SCAGLIA; and<br>VANNI SCODEGGIO,<br><br>　　　　　Defendants. | Civil Action No. 07-CIV-6811<br><br><br><br>**RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT TRELLEBORG INDUSTRIE S.A.** |

**TRELLEBORG INDUSTRIE S.A.'S RULE 7.1 DISCLOSURE STATEMENT**

　　　　Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Trelleborg Industrie S.A. ("TISA"), certifies as follows:

　　　　1.　　Trelleborg Industrie S.A. (TISA) was a French corporation with its principal place of business in Clermont-Ferrand, France and was generally engaged in the marine hose industry. TISA was lawfully dissolved under French law. At the time of the Complaint through the

present, Trelleborg Industrie S.A.S. ("TISAS") is and has been a French corporation with its principal place of business in Clermont-Ferrand. For purposes of its Answer and its Disclosure Statement, TISA assumes that the Plaintiff's allegations are meant to cover both entities, and that the Plaintiff will make appropriate changes in its amended complaint. TISAS is a wholly-owned subsidiary of Trelleborg Holding France SAS, and an indirect subsidiary of Trelleborg AB. Trelleborg AB is a publicly traded company under the laws of Sweden and traded on the OMX Nordic Exchange.

2.  Trelleborg AB, either directly or through Trelleborg Holding France SAS, owns or controls more than 10% of TISAS' stock.

Respectfully submitted,

/S/ Christina Guerola Sarchio, Esq.

---

**Christina Guerola Sarchio, Esq.**
Registration # CS0620
**Roxann E. Henry, Esq.**
**James G. Kress, Esq.**
**Walter Berger, Esq.**
**Richard E. DiZinno, Esq.**
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
202.783.0800 Phone
202.383.6610 Fax
sarchioc@howrey.com
henryr@howrey.com
kressj@howrey.com
bergerw@howrey.com
dizinnor@howrey.com

*Attorneys for Defendant Trelleborg Industrie S.A.*

Dated: October 11, 2007

- 3 -

## CERTIFICATE OF SERVICE

      I certify that on the 10th day of October, 2007, I electronically filed the foregoing Rule 7.1 Disclosure Statement with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

 

**Christina Guerola Sarchio, Esq.**
Registration # CS0620
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
202.783.0800 Phone
202.383.6610 Fax
sarchioc@howrey.com

*Attorney for Defendant Trelleborg Industrie S.A.*