**CERTIFICATE OF SERVICE**

I hereby certify that on October 12, 2007, true and correct copies of Plaintiff's Memorandum of Law in Opposition to the Motions to Dismiss by Defendants Misao Hioki and Vanni Scodeggio are being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Case Filing generated by CM/ECF, or by U.S. mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Case Filings.

      /s/ Seth R. Gassman
      Seth R. Gassman

## SERVICE LIST

Ann-Marie Luciano
Dickstein Shapiro LLP (DC)
1825 Eye Street, N.W.
Washington, DC 20006-5403
(202) 572-2200 x2703
(202) 887-0689 (fax)
lucianoa@dsmo.com

*Attorney for Defendants Bryan Allison, David Brammar, and Dunlop Oil & Marine Ltd.*

Bridgestone Corporation
10-1 Kyobashi 1-Chome
Chuo-Ku
Tokyo, 104-8340, Japan

*Defendant*

Harold R. Donnelly
Hal Hardin
Jeffrey A. Kimmel
Meister Seelig & Fein LLP
2 Grand Central Tower
140 East 45th Street
19th Floor
New York, NY 10017
(212) 655-3500

*Attorneys for Defendant Bridgestone Industrial Products America, Inc.*

Jacques Cognard
Windsor Communities at Shirlington Village
3000 South Randolph Street, Apt. #468
Arlington, VA 22206

*Defendant*

Christopher T. Casamassima
David Ian Horowitz
James Howard Mutchnik
Kirkland & Ellis LLP
777 South Figueroa Street
Los Angeles, CA 90017-5800
(213) 680-8353
(213) 680-8500 (fax)
ccasamassima@kirkland.com

*Attorneys for Defendant Misao Hioki*

PW Consulting (Oil and Marine) Ltd.
107 Cleethorpe Road
Grimsby
Northeast Lincolnshire
DN31 3ER

*Defendant*

Robert M. Osgood
Daniel A. Goldschmidt
Sullivan & Cromwell LLP
1 New Fetter Lane
London, England
EC4A 1AN

*Attorneys for Defendants Manuli Oil & Marine (U.S.A.), Inc. and Manuli Rubber Industries S.P.A.*

Peter Whittle
c/o PW Consulting (Oil and Marine) Ltd.
107 Cleethorpe Road
Grimsby
Northeast Lincolnshire
DN31 3ER

*Defendant*

Sacha Aaron Boegem
Jones Day (NYC)
222 East 41st Street
New York, NY 10017
(212) 326-3892
(212) 755-7306 (fax)
saboegem@jonesday.com

*Attorney for Defendant Parker ITR S.L.R.*

Paul Alfieri
Joseph P. Armao
Ben Singer
Linklaters LLP
1345 Avenue of the Americas
New York, NY 10105

*Attorneys for Defendant Yokohama Rubber Co., Ltd*

Francesco Scaglia
4001 North Pine Island Road #3-301
Sunrise, FL 33351

*Defendant*

James M. Griffin
Diana J. Pomeranz
King & Spalding, L.L.P.
1700 Pennsylvania Avenue
Suite 200
Washington, DC 20006
(202) 661-7971
(202) 626-3737 (fax)
JGriffin@KSLAW.com

*Attorneys for Defendant Vanni Scodeggio*

Christina Guerola Sarchio
Howrey LLP
1299 Pennsylvania Ave. N.W.
Washington, DC 20004
(202) 383-6517
(202) 383-6610 (fax)
sarchiochristina@howrey.com

*Attorney for Defendant Trelleborg Industrie S.A.*

Richard Marc Steuer
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820
(212) 506-2500
(212) 262-1910 (fax)
rsteuer@mayerbrown.com

*Attorney for Defendant Christian Caleca*