UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
WEEKS MARINE, INC., et al.,      :    **ORDER DENYING MOTION TO**
                                    :    **DISMISS**
                Plaintiff,       :
    -against-                          :    07 Civ. 6811 (AKH)
                                    :
BRIDGESTONE CORPORATION, et al.,   :
               Defendant.   :
------------------------------------------------------------ x
ALVIN K. HELLERSTEIN, U.S.D.J.:

        Defendant Bridgestone Corp. has moved for dismissal of the Complaint in this case, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, on the ground that the Plaintiffs have failed to state a cause of action for which relief can be granted. Defendant alleges that the Complaint fails to meet the heightened pleading standards for antitrust litigation that were recently adopted by the United States Supreme Court in Bell Atlantic v. Twombly, 127 S.Ct. 1955, 1965-1966 (2007). I find that the claims put forth in the Complaint piggyback from a government antitrust complaint and are legally sufficient, even under the new framework established by Twombly.

        Accordingly I deny Defendant's Motion to Dismiss per Fed. R. Civ. P. 12(b)(6).

        SO ORDERED.

Dated:     October 15, 2007
              New York, New York

                                                     ALVIN K. HELLERSTEIN
                                                     United States District Judge