**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

WEEKS MARINE, INC., on behalf of itself and
all others similarly situated,

                              Plaintiff,                      ECF Case

    v.

BRIDGESTONE CORPORATION;
BRIDGESTONE INDUSTRIAL PRODUCTS
AMERICA, INC.; TRELLEBORG INDUSTRIE
S.A.; DUNLOP OIL & MARINE LTD.; PARKER             No. 07-cv-06811-AKH
ITR S.L.R.; MANULI RUBBER INDUSTRIES
S.P.A.; MANULI OIL & MARINE (U.S.A.) INC;
YOKOHAMA RUBBER CO., LTD.; PW
CONSULTING INTERNATIONAL LTD.;
PETER WHITTLE; DAVID BRAMMAR;
BRYAN ALLISON; JACQUES COGNARD;
CHRISTIAN CALECA; MISAO HIOKI;
FRANCESCO SCAGLIA; and
VANNI SCODEGGIO

                            Defendants.
-----------------------------------------------------------x

## NOTICE OF APPEARANCE

    To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for Defendant Christian Caleca.

    I certify that I am admitted to practice in this Court.

Dated: October 9, 2007             Respectfully submitted,

                              MAYER BROWN LLP

                               /s/ Jennifer M. Driscoll

                              Jennifer M. Driscoll
                              1909 K Street, NW
                              Washington, DC  20006
                              Telephone: 202.263.3000
                              Fax: 202.263.3330

                              *Attorneys for Defendant Christian Caleca*