UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- X
WEEKS MARINE, INC., individually and on behalf of a   :
class of all those similarly situated,                :
                                                      :
       Plaintiff,                                     :
                                                      :   No. 1:07-cv-06811 (AKH)
       v.                                             :
                                                      :
BRIDGESTONE CORPORATION, BRIDGESTONE                  :
INDUSTRIAL PRODUCTS AMERICA, INC.,                    :
TRELLEBORG INDUSTRIE S.A., DUNLOP OIL &               :
MARINE LTD., PARKER ITR SRL, MANULI OIL &             :
MARINE (U.S.A.) INC., YOKOHAMA RUBBER CO.,            :
LTD., PW CONSULTING (OIL AND MARINE) LTD.,            :
PETER WHITTLE, DAVID BRAMMAR, BRYAN                   :
ALLISON, JACQUES COGNARD, CHRISTIAN                   :
CALECA, MISAO HIOKI, FRANCESCO SCAGLIA,               :
and VANNI SCODEGGIO,                                  :
                                                      :
       Defendants.                                    :
                                                      :
---------------------------------------------------------------------- X

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

      PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern District of New York, and upon my Declaration, dated October 8, 2007, and the exhibits attached thereto, I, Sacha A. Boegem, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

      John M. Majoras, Esq.
      Jones Day
      51 Louisiana Ave., N.W.
      Washington, D.C. 20001
      Tel. (202) 879-3939
      Fax. (202) 626-1700
      jmmajoras@jonesday.com

Mr. Majoras is a member in good standing of the bars of the state of Ohio (inactive) and the District of Columbia. There are no pending disciplinary actions against Mr. Majoras in any State or Federal court.

Dated: New York, New York
October 9, 2007

Respectfully submitted,

By: *[signature]*
Sacha A. Boegem (SB-2207)
JONES DAY
222 East 41st Street
New York, New York 10017-6702
Tel: (212) 326-3939
Fax: (212) 755-7306

*Counsel for Defendant Parker ITR Srl*

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2007, a true and correct copy of the foregoing

MOTION TO ADMIT COUNSEL *PRO HAC VICE* was sent via regular mail to:

Robert G. Eisler, Esq.
Seth R. Gassman, Esq.
COHEN, MILSTEIN, HAUSFIELD & TOLL, PLLC
150 East 52nd Street
Thirtieth Floor
New York, NY 10022
Phone: (212) 838-7797
Fax: (212) 838-7745

Michael D. Hausfield, Esq.
COHEN, MILSTEIN, HAUSFIELD & TOLL, PLLC
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
Phone: (202) 408-4600
Fax: (202) 408-4699

Steven O Sidener, Esq.
Joseph M. Barton, Esq.
GOLD BENNETT CERA & SIDENER LLP
595 Market Street, Suite 2300
San Francisco, CA 94105
Phone: (415) 777-2230
Fax: (415) 777-5189

Sacha A. Boegem

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
WEEKS MARINE, INC., individually and on behalf of a :
class of all those similarly situated, :
 :
       Plaintiff, :
 :   No. 1:07-cv-06811 (AKH)
   v. :
 :
BRIDGESTONE CORPORATION, BRIDGESTONE :
INDUSTRIAL PRODUCTS AMERICA, INC., :
TRELLEBORG INDUSTRIE S.A., DUNLOP OIL & :
MARINE LTD., PARKER ITR SRL, MANULI OIL & :
MARINE (U.S.A.) INC., YOKOHAMA RUBBER CO., :
LTD., PW CONSULTING (OIL AND MARINE) LTD., :
PETER WHITTLE, DAVID BRAMMAR, BRYAN :
ALLISON, JACQUES COGNARD, CHRISTIAN :
CALECA, MISAO HIOKI, FRANCESCO SCAGLIA, :
and VANNI SCODEGGIO, :
 :
       Defendants.
------------------------------------------------------------------------ X

### DECLARATION OF SACHA A. BOEGEM IN SUPPORT OF
### MOTION TO ADMIT COUNSEL *PRO HAC VICE*

    I, SACHA A. BOEGEM, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

    1.    I am an Associate with Jones Day, 222 East 41st Street, New York, New York, 10017, counsel for defendant Parker ITR Srl in the above-captioned matter. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of defendant's motion to admit John M. Majoras as counsel *pro hac vice* to represent defendant Parker ITR Srl in this matter.

    2.    I am a member in good standing of the bars of the states of New York, Connecticut, Florida, and the District of Columbia, and was first admitted to practice law October 31, 2005. I am also admitted to the bar of the United States District Courts for the Southern, Northern, Eastern and Western District of New York, and am in good standing with these Courts.

3.  Mr. Majoras is an Associate with Jones Day in Washington, D.C., and is professionally associated with me in this matter.

4.  Mr. Majoras is admitted to practice in the State of Oregon and in the District of Columbia, and is admitted to the bar of the United States District Court for the District of Columbia and U.S. Court of Appeals, D.C. Circuit.

5.  Mr. Majoras is in good standing with the bars of State of Oregon and the District of Columbia, and has not been disciplined in any jurisdiction. (*See* Exhibit A).

6.  Mr. Majoras is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

7.  Mr. Majoras agrees to comply with all laws, rules, and regulations of the State of New York and the United States District Court for the Southern District of New York.

8.  Accordingly, I am pleased to move the admission of Mr. Majoras, *pro hac vice*.

9.  I respectfully submit a proposed order granting the admission of Mr. Majoras, pro hac vice, which is attached hereto as Exhibit B.

WHEREFORE it is respectfully requested that the motion to admit John M. Majoras, *pro hac vice*, to represent defendant Parker ITR Srl in the above-captioned matter, be granted.

Dated: New York, New York
October 8, 2007

Respectfully submitted,

_____
SACHA A. BOEGEL (SB-2207)



# District of Columbia Court of Appeals
### Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

CARMEN GUERRICAGOITIA MCLEAN

was on the  8TH  day of  APRIL, 2002  duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

> In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on October 4, 2007.
>
> GARLAND PINKSTON, JR., CLERK
>
> By: _____
> Deputy Clerk



# Oregon State Bar
## CERTIFICATE

State of Oregon       )
                      ) ss.
County of Clackamas   )

I, Linn D. Davis, do hereby certify that I am an Assistant Disciplinary Counsel of the Oregon State Bar, and have access to the official files and records of the Oregon State Bar.

The official files and records of the Oregon State Bar indicate:

**CARMEN G. MCLEAN**

was admitted to practice law in the State of Oregon by examination and became an active member of the Oregon State Bar on October 24, 2001.

There are no complaints, grievances or disciplinary proceedings presently pending against this member.

No disciplinary action has been taken against this member in the past by the Oregon Supreme Court or the Oregon Disciplinary Board.

Ms. McLean is an active member of the Oregon State Bar in good standing, licensed and entitled to practice law in all the courts of the State of Oregon.

DATED this 24th day of September, 2007.

Linn D. Davis
Assistant Disciplinary Counsel
Oregon State Bar

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2007, true and correct copies of the foregoing (1) Motion to Admit Counsel Pro Hac Vice and (2) Declaration of Sacha A. Boegem in Support of Motion to Admit Counsel Pro Hac Vice and attached exhibits are being served this day on all counsel of record or pro se parties identified on the attached Service List by overnight mail.

Dated: October 10, 2007
New York, New York

Respectfully submitted,

*[signature]*
Sacha A. Boegem (SB-2207)
JONES DAY
222 E. 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
E-mail: saboegem@jonesday.com

*Counsel for Defendant Parker ITR Srl*

Additonal Counsel:

John M. Majoras, Esquire
Carmen G. McLean, Esquire
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
jmmajoras@jonesday.com
cgmclean@jonesday.com

NYI-4030985v1

- 2 -

## SERVICE LIST

**Plaintiff**

**Robert G. Eisler**
**Seth R. Gassman**
Cohen, Milstein, Hausfeld & Toll, PLLC
150 East 52nd Street, 13th Floor
New York, NY 10012
Tel: (21) 838-7797
Fax: (212) 838-7745
E-mail: reisler@cmht.com
sgassman@cmht.com

**Michael D. Hausfeld**
Cohen, Milstein, Hausfeld & Toll, PLLC
1100 New York Avenue, NW
Suite 500, West Tower
Washington, DC 20005
Tel.: (202) 408-4600
Fax: (202) 408-4699

**Steven O. Sidener**
**Joseph M. Barton**
Gold Bennett Cera & Sidener LLP
595 Market Street, Suite 2300
San Francisco, CA 94105
Tel.: (415) 777-2230
Fax: (415) 777-5189

*Counsel for Plaintiff Weeks Marine, Inc.*

**Defendants**

**Bridgestone Corporation**
10-1 Kyibasgu 1-Chome
Chuo-Ku
Tokyo, 104-8340, Japan

**Jeffrey A. Kimmel**
Meister Seelig & Fein, LLP
2 Grand Central Tower
140 East 45th Street, 19th Floor
New York, NY 10017
Tel.: (212) 655-3578

Fax: (212) 655-3535
E-mail: jkimmel@meisterseelig.com

**Hal D. Hardin**
Hal Hardin
211 Union Street, Suite #200
Nashville, TN 37210
Tel.: (615) 369-3377
Fax: (615) 369-3344
E-mail: halhardin@aol.com

**Harold R. Donnelly**
218 Third Avenue North
Nashville, TN 37201
E-mail: donnelly77@aol.com

*Counsel for Bridgestone Industrial Products America, Inc.*

**Roxann E. Henry**
Howrey
1299 Pennsylvania Avenue, NW
Washington, DC 20004
Tel.: (202) 383-6503
Fax: (202) 383-6610
E-mail: HenryR@howrey.com

*Counsel for Trelleborg Industrie S.A.*

**R. Bruce Holcomb**
**Ann-Marie Luciano**
Dickstein Shapiro
1825 Eye Street, NW
Washington, DC 20006
Tel.: (202) 420-2242
Fax: (202) 420-2201
E-mail: holcombb@disksteinshapiro.com
lucianoa@disksteinshapiro.com

*Counsel for Dunlop Oil & Marine, Ltd.*

**Shelli Marks**
**Carmen G. McClean**
**John M. Majoras**
Jones Day

51 Louisiana Avenue, NW
Washington, DC 20001
Tel.: (202) 879-7652
Fax: (202) 626-1700
E-mail:   smarks@JonesDay.com
          cgmclean@jonesday.com
          jmmajoras@JonesDay.com

*Counsel for Parker ITR S.r.L.*

**Alan G. Greer**
Richman Greer, P.A.
Miami Center, 10th Floor
201 South Biscayne Boulevard, Suite 1000
Miami, FL 33131
Tel.: (305) 373-4010
Fax: (305) 373-4099
E-mail: agreer@richmangreer.com

*Counsel for Manuli Oil & Marine (U.S.A.) Inc. and Manuli Rubber Co., Ltd.*

**Robert M. Osgood**
Sullivan & Cromwell, LLP
125 Broad Street
New York, NY 10004
Tel.: (212) 558-4000
Fax: (212) 558-3588
E-mail: osgoodr@sullcrom.com

*Counsel for Manuli Rubber Industries, SPA*

**James M. Griffin**
**Diana J. Pomeranz**
King & Spalding LLP
1700 Pennsylvania Avenue, NW, Suite 200
Washington, DC 20006
Tel.: (202) 737-0500
Fax: (202) 626-3737

*Counsel for Vanni Scodeggio*

**Christopher T. Casamassima**
Kirkland & Ellis
777 South Figueroa Street
Los Angeles, CA 90017
Tel.: (213) 680-8353

Fax: (213) 680-8500
E-mail: ccasamassima@kirkland.com

**James H. Mutchnik, P.C.**
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601
Tel.: (312) 861-2350
Fax: (312) 861-2200
E-mail: jmutchnik@kirkland.com

**David I. Horowitz**
Kirkland & Ellis
153 East 53rd Street
New York, NY 10022
Tel.:   (212) 446-4716
Fax:   (212) 446-6460
E-mail: dhorowitz@kirkland.com

*Counsel for Misao Hioki*

**PW (Oil and Marine) Ltd.**
107 Cleethorpe Road
Grimsby
Northeast Lincolnshire
DN31 3ER

**Peter Whittle PW (Oil and Marine) Ltd.**
107 Cleethorpe Road
Grimsby
Northeast Lincolnshire DN31 3ER

**David Brammar**
4 Wynden Oaks Drive
Houston, TX 77056

**Bryan Allison**
4 Wynden Oaks Drive
Houston, TX 77056

**Jacques Cognard**
Windsor Communities at Hirlington Village
3000 South Randolph Street
Apt. #468
Arlington, VA 22206

- 3 -

- 4 -

**Yokohama Rubber Co., Ltd.**
36-11 Shimbashi 5-Chome
Minato-ku Tokyo, Japan 105-8685

**Francesco Scaglia**
401 North Pine Island Road #3-301
Sunrise, FL  33351

**Harold R. Donnelly**
Meister Seelig & Fein, LLP
2 Grand Central Tower
140 East 45th Street, 19th Floor
New York, NY  10017

**Hal D. Hardin**
Meister Seelig & Fein, LLP
2 Grand Central Tower
140 East 45th Street, 19th Floor
New York, NY  10017