UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

WEEKS MARINE, INC., individually and on behalf of a class of all those similarly situated,

   Plaintiff,

 v.

BRIDGESTONE CORPORATION, BRIDGESTONE INDUSTRIAL PRODUCTS AMERICA, INC., TRELLEBORG INDUSTRIE S.A., DUNLOP OIL & MARINE LTD., PARKER ITR SRL, MANULI OIL & MARINE (U.S.A.) INC., YOKOHAMA RUBBER CO., LTD., PW CONSULTING (OIL AND MARINE) LTD., PETER WHITTLE, DAVID BRAMMAR, BRYAN ALLISON, JACQUES COGNARD, CHRISTIAN CALECA, MISAO HIOKI, FRANCESCO SCAGLIA, and VANNI SCODEGGIO,

   Defendants.

------------------------------------------------------------------ X

No. 1:07-cv-06811 (AKH)



## ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

Upon the motion of Sacha A. Boegem, counsel for defendant Parker ITR Srl, and said sponsor attorney's declaration in support;

IT IS HEREBY ORDERED that:

  Carmen G. McLean, Esq.
  Jones Day
  51 Louisiana Ave., N.W.
  Washington, D.C. 20001
  Tel. (202) 879-3939
  Fax. (202) 626-1700
  cgmclean@jonesday.com

is admitted to practice pro hac vice as counsel for Parker ITR Srl in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys

NYI-4029950v1

- 2 -

appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately register for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: New York, New York
       October 17, 2007

                                                                                       UNITED STATES DISTRICT JUDGE