Hollerstein, J

OCT 1 2007

ALV...

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| WEEKS MARINE, INC., individually and on behalf of a class of all those similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>BRIDGESTONE CORPORATION; BRIDGESTONE INDUSTRIAL PRODUCTS AMERICA, INC.; TRELLEBORG INDUSTRIE S.A.; DUNLOP OIL & MARINE LTD.; PARKER ITR S.L.R.; MANULI RUBBER INDUSTRIES S.P.A.; MANULI OIL & MARINE (U.S.A.) INC.; YOKOHAMA RUBBER CO., LTD.; PW CONSULTING (OIL AND MARINE) LTD.; PETER WHITTLE; DAVID BRAMMAR; BRYAN ALLISON; JACQUES COGNARD; CHRISTIAN CALECA; MISAO HIOKI; FRANCESCO SCAGLIA; and VANNI SCODEGGIO,<br><br>        Defendants. | 07 Civ. 6811 (AKH) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties, through their respective counsel, that the time for Defendant Francesco Scaglia to move, answer or otherwise respond to the Complaint in this action shall be extended up through and including November 15, 2007; and

IT IS FURTHER STIPULATED AND AGREED that this stipulation is entered without waiver of any defenses by Francesco Scaglia, including but not limited to jurisdictional defenses.

_____
Robert G. Eisler (RE 1398)
Seth R. Gassman (SG 8116)
COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC
150 East 52nd Street, Thirtieth Floor
New York, New York 10022
Phone: 212-838-7797
Fax: 212-838-7745

Counsel for Plaintiff Weeks Marine, Inc.

_____
Gordon M. Mead, Jr. (GM 6192)
STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.
150 West Flagler Street
Suite 2500
Miami, Florida 33130
Phone: 305-789-3200

Temporary Counsel for Defendant Francesco Scaglia (for purposes of this stipulation only)

New York, New York
October __, 2007

SO ORDERED.

_____
United States District Judge