Case Name: Weeks Marine, Inc. v. Bridgestone Corporation
Defendant: Trelleborg Industrie S.A.
Court Case No.: 07 CIV 6811

# CERTIFICATE

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,

1) that the request has been executed*

- the (date) _09/19/2007_

- at (place, street, number) _SA TRELLEBORG Industrie, ZI la Combaude, Rue de Chantemerle, 63000 CLERMONT-FERRAND_

- in one of the following methods authorised by article 5-

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.

[ ] (b) in accordance with the following particular method*: ___

[ ] (c) by delivery to the addressee, who accepted it voluntarily.*

The documents referred to in the request have been delivered to:

- (identity and description of person) _Mr. André BEYRAND, director of Human Resources_

- relationship to the addressee (family, business or other):

2) that the document has not been served, by reason of the following facts*:

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action, Class Action Complaint, Individual Rules of the Honorable Alvin K. Hellerstein Southern District of New York, 3rd Amended Instructions for Filing an Electronic Case or Appeal, Procedures for Electronic Case Filing, Guidelines for Electronic Case Filing, Procedures Applicable to Cases Referred for Settlement to Magistrate Judge Kevin Nathaniel Fox, Consent to Proceed Before United States Magistrate Judge, Right to Proceed Before a United States Magistrate Judge, Rule 7.1 Disclosure, Translations

Annexes

Documents returned:

_____
_____
_____

In appropriate cases, documents establishing the service:

_____
_____

Done at _Clermont-Ferrand_ the _09/24/2007_

Signature and/or stamp.

*[Huissier's signature and stamp]*

2

* Delete if inappropriate.

*MD 16984-6*

Suzy BERTHERAT
Guy BERTHERAT
Associated Huissiers
*Successors of A. Bertherat, Esq.*
43, avenue Julien – B.P. 276
63008 CLERMONT-FERRAND CEDEX 1
Telephone 04.73.93.30.82
Fax 04.73.35.44.31
CDC 40031 00001 000033305M 22
VAT N° INTRA. FR 21315067546
RC Clermont-Fd N° 315067546
email: scp.bertherat.huissiers@wanadoo.fr

SECOND ORIGINAL          SERVICE OF FOREIGN PROCESS

In the year two thousand seven and on SEPTEMBER Nineteenth *at 10:00 a.m.*

**At the request of**

Diane K. Myers, APS INTERNATIONAL, LTD., APS International Plaza, 7800 Glenroy Road, MINNEAPOLIS, Minnesota 55439-3122, U.S.A.

I                              Civil-Law Professional Partnership
                               Suzy BERTHERAT and Guy BERTHERAT
                                       Associated Huissiers
[*Signature*]                *Successors of André Bertherat, Esq.*
                  Residing in CLERMONT-FERRAND, 43, avenue Julien
                         Through one of them, the undersigned

**UPON**

TRELLEBORG INDUSTRIES SA – OIL & Marine Product Area – ZI de la Combaude – Rue de Chantemerle, 63050 CLERMONT-FERRAND CEDEX 2, FRANCE
where I was and spoke to: as stated in the attached affidavit of service.

**Served and delivered together with this writ a COPY**

Of a writ from the United States including
- A Summons to appear in a civil case
- A Class Action Complaint – Jury trial demanded
- Individual Rule of the Honorable Alvain K. HELLERSTEIN – Southern District of New York
- 3rd Amended Instructions for Filing an Electronic Case or Appeal
- Procedures for Electronic Case Filing
- Guidelines for Electronic Case Filing
- Procedures applicable to Cases Referred for Settlement to Magistrate Judge Kevin NATHANIEL FOX
- Consent to Proceed before United States Magistrate Judge

In accordance with the following method: Article 5, § 1, letter b, The Hague Convention dated 11/15/1965

**COST: 89.00 EUROS**          GUY BERTHERAT    *[Huissiers' Stamp and signature]*

S.C.P.
BERTHERAT Suzy
BERTHERAT Guy
Associated Huissiers
43, avenue Julien – B.P. 276
63008
CLERMONT-FERRAND

Tel. 04.73.93.30.82
Fax 04.73.35.44.31
VAT N° FR 21315067546
CAISSE DES DEPOTS ET
CONSIGNATIONS: 40031
00001 000033305M 22
scp.bertherat.huissiers@wanadoo.fr
PAYMENT BY BANK CARD
(and by phone)

## AFFIDAVIT of SERVICE

Writ number: **MD16984 6**

Office Reference: **MD16984**

Date of service: **September 19, 2007**

Writ Addressee: **S.A. TRELLEBORG INDUSTRIE**

The writ was delivered by a sworn clerk, under the conditions stated below, and per the statements made to him. We went to the address indicated as the address of the person being served: the main office address appears confirmed by the following elements: Company name

On site, we met:

Mr. BEYRAND André, Director of Human Resources

per his statements, who stated that he was authorized to receive the copy and who signed on my original.

The letter specified by Article 658 in the New Code of Civil Procedure, containing the same statements as the notice of visit and a copy of the writ of service, was sent on the first working day following the date of this writ.

This writ includes 4 pages, including the writ of service.

Final cost: **89.00 Euros**

Certification by the Huissier of all statements related to service.

BERTHERAT SUZY            BERTHERAT GUY

*[Huissier's signature and stamp]*

| | |
|---|---|
| Final cost of writ | 0.00 |
| V.A.T. @ 19.60% | 89.00 |
| Fixed fees, art. 6, 7 | 89.00 |
| Total w/Tax in Euros | |
| Or in French Francs | 583.80 |

Case Name: Weeks Marine, Inc. v. Bridgestone Corporation
Defendant: Trelleborg Industrie S.A.
Court Case No.: 07 CIV 6811

## CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
1. *que la demande a été exécutée*
   - the (date)
   - *le (date)* 15/05/2007
   - at (place, street, number)
   - *à (localité, rue numéro)* SA TRELLEBORG Industrie, 21 le Cambarde, Rue de Chantemerle, 63000 CLERMONT-FERRAND

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
     [X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
         *a) selon les formes légales (article 5, alinéa premier, lettre a).*
     [ ] (b) in accordance with the following particular method*:
         *b) selon la forme particulière suivante:* _____
     [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
         *c) par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* M. André BEYRAND, directeur des Ressources Humaines
   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*
_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action, Class Action Complaint, Individual Rules of the Honorable Alvin K. Hellerstein Southern District of New York, 3rd Amended Instructions for Filing an Electronic Case or Appeal, Procedures for Electronic Case Filing, Guidelines for Electronic Case Filing, Procedures Applicable to Cases Referred for Settlement to Magistrate Judge Kevin Nathaniel Fox, Consent to Proceed Before United States Magistrate Judge, Right to Proceed Before a United States Magistrate Judge, Rule 7.1 Disclosure, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*
_____
_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*
_____
_____

Done at Clermont-Ferrand, the 24/05/07
*Fait à*                    *le*

Signature and/or stamp.
*Signature et/ou cachet.*

[signature and seal]

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: New York

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

### DEMANDE
### AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER
### D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile
ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Diane K. Myers<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776    Fax: 952.831.8150<br>Email: DMyers@CivilActionGroup.com | MINISTERE DE LA JUSTICE<br>(Bureau de l'Entraide judiciare int'l)<br>13, place Vendôme<br>Paris Cedex 01<br><br>75042<br>France |

REÇU LE 0 5 SEP. 2007 D3

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
    (identity and address)

*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
    *(identité et adresse)*   Trelleborg Industrie S.A.
        ZI La Combaude, Rue de chantemerle, FR 63050, Clermont-Ferrand Cedex 02, France
            Tel:

[ ] (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    *a) selon les formes légales (article 5, alinéa premier, lettre a).*
[X] (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    *b) selon la forme particuliére suivante (article 5, alinéa premier, lettre b):* En remettant les documents à un huissier, qui se chargera de les signifier à un cadre administratif, un agent gérant ou tout autre agent autorisé à accepter des documents légaux pour le compte du Défendeur. Le Défendeur ne doit pas avoir l'option de refuser la signification. Un chèque d'un montant de 89.00 euro pour couvrir les honoraires de l'huissier est inclus.
[ ] (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    *c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.

*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents  *(See complete list on reverse)
*Enumération des pièces*

- Summons in a Civil Action
- Class Action Complaint
- Individual Rules of the Honorable Alvin K. Hellerstein Southern District of New York
- 3rd Amended Instructions for Filing an Electronic Case or Appeal
- Procedures for Electronic Case Filing
- Guidelines for Electronic Case Filing
- Procedures Applicable to Cases Referred for Settlement to Magistrate Judge Kevin Nathaniel Fox
- Consent to Proceed Before United States Magistrate Judge

Done at APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
*Fait à* Minneapolis, MN 55439 , the
Minneapolis, Minnesota, U.S.A.        , *le* 8-31-07

Signature and/or stamp.
*Signature et/ou cachet.*

*(signature)*

(Formerly OBD-116 which was formerly LAA-116,    USM-94
both of which may still be used)        (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

Suzy BERTHERAT
Guy BERTHERAT
Huissiers de Justice Associés
*Successeurs de Me A. Bertherat*
43, avenue Julien – B.P. 276
63008 CLERMONT-FERRAND CEDEX 1
téléphone 04.73.93.30.82
télécopie 04.73.35.44.31
CDC 40031 00001 0000333305 M 22
N° TVA INTRA. FR 21315067546
RC Clermont-Fd n° 315067546
e-mail : scp.bertherat.huissiers@wanadoo.fr

**SECOND ORIGINAL**

# SIGNIFICATION
## D'UN ACTE EN PROVENANCE DE L'ETRANGER

L'an deux mil sept et le  **Dix Neuf SEPTEMBRE**

### A la requête de

Diane K.MYERS APS INTERNATIONAL, LTD, APS International Plaza 7800 Glenroy Road, MINNEAPOLIS, Minnesota 55439-3122 U.S.A.

### J'ai

Société Civile Professionnelle
Suzy BERTHERAT et Guy BERTHERAT
Huissiers de Justice Associés
*Successeurs de Me André Bertherat*
Résidant à CLERMONT-FERRAND, 43, avenue Julien
Par l'un d'eux soussigné

### A

TRELLEBORG INDUSTRIE SA - OIL & Marine Product Area - ZI de la Combaude - Rue de Chantemerle, 63050 CLERMONT-FERRAND CEDEX 2, FRANCE
Où étant et parlant à : comme il est dit au procès-verbal de signification.

### Signifie et laisse en tête des présentes COPIE

D'un acte en provenance des Etats-Unis comprenant
- Une citation à comparaitre dans une action civile
- Une plainte en recours collectif-demande de procés devant un jury
- Règles Individuelles de l'honorable Alvain K.HELLERSTEIN-District Sud de l'Etat de New York.
- 3 é instructions amandées pour le dépôt électronique du dossier d'une affaire ou d'un appel
- Procédures pour le dépôt électronique du dossier d'une affaire
- Directives pour le dépôt électronique du dossier d'une affaire
- Procédures applicables aux affaires renvoyées en vue d'un règlement au juge magistrat Kevin NATHANIEL FOX
- Consentement à poursuivre devant un juge magistrat des ETATS-UNIS

**Selon la forme suivante : article 5, alinéa premier, lettre b de la Convention de la Haye du 15/11/1965**

COUT : 89.00 EUROS



| | |
|---|---|
| **S.C.P. BERTHERAT SUZY BERTHERAT GUY Huissiers de justice associés** 43, Avenue Julien, B.P. 276, 63008 CLERMONT-FERRAND Tél 04.73.93.30.82 Fax 04.73.35.44.31 N° TVA FR 21315067546 CAISSE DES DEPOTS ET CONSIGNATIONS:40031 00001 0000333305M 22 scp.bertherat.huissiers@wanadoo.fr PAIEMENTS PAR C.B.(et par téléphone) | **PROCES VERBAL de SIGNIFICATION** |

Numéro de l'acte :   MD16984  6

Référence étude :   MD16984

| Date de signification  :    **19 Septembre 2007** |
|---|

| Destinataire de l'acte : **S.A. TRELLEBORG INDUSTRIE** |
|---|

Cet acte a été remis par clerc assermenté dans les conditions indiquées ci aprés, suivant les déclarations qui lui ont été faites
Nous nous sommes rendus à l'adresse indiquée comme étant celle du signifié;la réalité du siège (établissement) parait concrétisée par les éléments suivants: Enseigne
Nous avons rencontré sur place:

| MR BEYRAND André, D.R.H. |
|---|

ainsi déclaré, habilité à recevoir la copie et qui a visé ma minute.

La lettre prévue par l'article 658 du Nouveau Code de Procédure Civile contenant les memes mentions que l'avis de passage et copie de l'acte de signification,a été adréssée le premier jour ouvrable suivant la date des présentes.



Le présent acte comporte **4** feuille(s) y compris annexe(s) de signification.

Coût définitif : **89.00** Euros

Visa par l'Huissier de Justice, conformément à la loi, des mentions relatives à la signification.

BERTHERAT SUZY

```
Coût définitif de l'acte
T.V.A. 19.60 %           0.00
Droit fixe art.6.7      89.00
Total T.T.C. Euros      89.00
Soit en Frs            583.80
```