UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WEEKS MARINE, INC., on behalf of itself and all others similarly situated,<br><br>                Plaintiff,<br><br>  v.<br><br>BRIDGESTONE CORPORATION, BRIDGESTONE INDUSTRIAL PRODUCTS AMERICA, INC., TRELLEBORG INDUSTRIE S.A., DUNLOP OIL & MARINE LTD., PARKER ITR S.L.R., MANULI RUBBER INDUSTRIES S.P.A.; MANULI OIL & MARINE (U.S.A.) INC., YOKOHAMA RUBBER CO., LTD., PW CONSULTING INTERNATIONAL LTD., PETER WHITTLE, DAVID BRAMMAR, BRYAN ALLISON, JACQUES COGNARD, CHRISTIAN CALECA, MISAO HIOKI; FRANCESCO SCAGLIA and VANNI SCODEGGIO,<br><br>                Defendants. | Case No.:    07-CV-06811-AKH<br><br>ECF Case<br><br>**CERTIFICATE OF SERVICE** |

      I HEREBY CERTIFY that the foregoing <u>Misao Hioki's Reply In Support of His Motion to Dismiss Plaintiff's Cause of Action</u> was filed today on the CM/ECF system and served electronically to all registered parties. A paper copy was served by delivering a true copy thereof via first class mail on October 22, 2007, addressed to the following parties, not electronically registered on the CM/ECF system:

      Hal D. Hardin
      Harold R. Donnelly
      MEISTER SEELIG & FEIN, LLP
      140 East 45th Street, 19th Floor
      New York, NY 10017

      *Attorneys for Defendant Bridgestone Industrial Products America, Inc.*

Dated: October 22, 2007

                                                               s/ James H. Mutchnik, P.C.
                                                                James H. Mutchnik, P.C.