UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- x
WEEKS MARINE, INC., et al.,                : **ORDER STAYING ALL**
                                           : **PROCEEDINGS UNTIL MDL**
          Plaintiff,       : **PANEL DECISION**
   -against-                           :
                                           : 07 Civ. 6811 (AKH)
BRIDGESTONE CORPORATION, et al.,           :
                                           :
          Defendant.       :
--------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

    Except in case of an emergency, all motions and scheduled conferences in this case are hereby stayed, pending a hearing held by the Judicial Panel on Multidistrict Litigation, scheduled for November 29, 2007. The status conference scheduled for October 26, 2007 at 9:30 a.m. is thereby canceled.

    SO ORDERED.

Dated:    October 23, 2007
               New York, New York

                                      ALVIN K. HELLERSTEIN
                                      United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/23/07

1