

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

**WEEKS MARINE, INC.**, individually
and on behalf of a class of all those similarly
situated,

                Plaintiff,

v.

**BRIDGESTONE CORPORATION**, et al.,

                Defendants.

---

Civil Action No. 07-CIV-06811 (AKH)

**MOTION TO ADMIT COUNSEL
PRO HAC VICE**

    Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Seth R. Gassman, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

        Richard A. Koffman
        Cohen, Milstein, Hausfeld & Toll, PLLC
        West Tower, Suite 500
        1100 New York Avenue, NW
        Washington, DC 20005
        Tel: 202-408-4600
        Fax: 202-408-4699
        rkoffman@cmht.com

    Richard A. Koffman is a member in good standing of the Bar of the District of Columbia, and there are no pending disciplinary proceedings against him in any State or Federal court.

Dated: October 18, 2007

                                  Respectfully submitted,

                                  _/s/_____
                                  Seth R. Gassman (SG-8116)
                                  Cohen, Milstein, Hausfeld & Toll, PLLC
                                  150 East 52nd Street
                                  Thirtieth Floor
                                  New York, NY 10022
                                  Tel: 212-838-7797
                                  Fax: 212-838-7745

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

WEEKS MARINE, INC., individually
and on behalf of a class of all those similarly
situated,

                Plaintiff,

v.

BRIDGESTONE CORPORATION, et al.,

                Defendants.

Civil Action No. 07-CIV-06811 (AKH)

**AFFIDAVIT OF SETH R. GASSMAN IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

State of New York  )
                       )  ss:
County of New York )

Seth R. Gassman, being duly sworn, hereby deposes and says as follows:

1. I am an associate at Cohen, Milstein, Hausfeld & Toll, PLLC, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Richard A. Koffman as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in April 2004. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Richard A. Koffman since March 2007.

4. Mr. Koffman is a partner at Cohen, Milstein, Hausfeld & Toll, PLLC, in Washington, DC.

5. I have found Mr. Koffman to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am please to move the admission of Richard A. Koffman, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Richard A. Koffman, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Richard A. Koffman, pro hac vice, to represent Plaintiff in the above captioned matter be granted.

Dated: October 18, 2007
New York, NY

Respectfully submitted,

Notarized: *[signature: Theresa A. Graham]*

_____
Seth R. Gassman (SG-8116)

THERESA A. GRAHAM
Notary Public, State of New York
No. 01GR5054854
Qualified in Bronx County
Commission Expires Jan. 29, 2010

# EXHIBIT A

Case 1:07-cv-06811-AKH  Document 79  Filed 10/18/2007  Page 4 of 9

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WEEKS MARINE, INC., individually and on behalf of a class of all those similarly situated,<br><br>                    Plaintiff,<br><br>v.<br><br>BRIDGESTONE CORPORATION, et al.,<br><br>                    Defendants. | Civil Action No. 07-CIV-06811 (AKH)<br><br>**[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE** |

      Upon the motion of Seth R. Gassman, counsel for Plaintiff in the above captioned case, and said sponsor attorney's affidavit in support,

**IT IS HEREBY ORDERED** that

        Richard A. Koffman
        Cohen, Milstein, Hausfeld & Toll, PLLC
        West Tower, Suite 500
        1100 New York Avenue, NW
        Washington, DC 20005
        Tel: 202-408-4600
        Fax: 202-408-4699
        rkoffman@cmht.com

is admitted to practice pro hac vice as counsel for Plaintiff in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the clerk of the Court.

Dated: _____, 2007          _____
                                                        Alvin K. Hellerstein
                                                        United States District Judge



# District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

RICHARD A. KOFFMAN

was on the 7TH day of DECEMBER, 1998, duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on October 17, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
           Deputy Clerk

**CERTIFICATE OF SERVICE**

I hereby certify that on October 18, 2007, true and correct copies of Plaintiff's Motion to Admit Counsel Pro Hac Vice are being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Case Filing generated by CM/ECF, or by U.S. mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Case Filings.

Seth R. Gassman

## SERVICE LIST

Ann-Marie Luciano
Dickstein Shapiro LLP (DC)
1825 Eye Street, N.W.
Washington, DC 20006-5403
(202) 572-2200 x2703
(202) 887-0689 (fax)
lucianoa@dsmo.com

*Attorney for Defendants Bryan Allison, David Brammar, and Dunlop Oil & Marine Ltd.*

Bridgestone Corporation
10-1 Kyobashi 1-Chome
Chuo-Ku
Tokyo, 104-8340, Japan

*Defendant*

Harold R. Donnelly
Hal Hardin
Jeffrey A. Kimmel
Meister Seelig & Fein LLP
2 Grand Central Tower
140 East 45th Street
19th Floor
New York, NY 10017
(212) 655-3500

*Attorneys for Defendant Bridgestone Industrial Products America, Inc.*

Jacques Cognard
Windsor Communities at Shirlington Village
3000 South Randolph Street, Apt. #468
Arlington, VA 22206

*Defendant*

Christopher T. Casamassima
David Ian Horowitz
James Howard Mutchnik
Kirkland & Ellis LLP
777 South Figueroa Street
Los Angeles, CA 90017-5800
(213) 680-8353
(213) 680-8500 (fax)
ccasamassima@kirkland.com

*Attorneys for Defendant Misao Hioki*

PW Consulting (Oil and Marine) Ltd.
107 Cleethorpe Road
Grimsby
Northeast Lincolnshire
DN31 3ER

*Defendant*

Robert M. Osgood
Daniel A. Goldschmidt
Sullivan & Cromwell LLP
1 New Fetter Lane
London, England
EC4A 1AN

*Attorneys for Defendants Manuli Oil & Marine (U.S.A.), Inc. and Manuli Rubber Industries S.P.A.*

Peter Whittle
c/o PW Consulting (Oil and Marine) Ltd.
107 Cleethorpe Road
Grimsby
Northeast Lincolnshire
DN31 3ER

*Defendant*

Sacha Aaron Boegem
Jones Day (NYC)
222 East 41st Street
New York, NY 10017
(212) 326-3892
(212) 755-7306 (fax)
saboegem@jonesday.com

*Attorney for Defendant Parker ITR S.L.R.*

Paul Alfieri
Joseph P. Armao
Ben Singer
Linklaters LLP
1345 Avenue of the Americas
New York, NY 10105

*Attorneys for Defendant Yokohama Rubber Co., Ltd*

Francesco Scaglia
4001 North Pine Island Road #3-301
Sunrise, FL 33351

*Defendant*

James M. Griffin
Diana J. Pomeranz
King & Spalding, L.L.P.
1700 Pennsylvania Avenue
Suite 200
Washington, DC 20006
(202) 661-7971
(202) 626-3737 (fax)
JGriffin@KSLAW.com

*Attorneys for Defendant Vanni Scodeggio*

Christina Guerola Sarchio
Howrey LLP
1299 Pennsylvania Ave. N.W.
Washington, DC 20004
(202) 383-6517
(202) 383-6610 (fax)
sarchiochristina@howrey.com

*Attorney for Defendant Trelleborg Industrie S.A.*

Richard Marc Steuer
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820
(212) 506-2500
(212) 262-1910 (fax)
rsteuer@mayerbrown.com

*Attorney for Defendant Christian Caleca*