IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

WEEKS MARINE, INC., individually
and on behalf of a class of all those similarly
situated,

                    Plaintiff,

v.

BRIDGESTONE CORPORATION, et al.,

                    Defendants.



Civil Action No. 07-CIV-06811 (AKH)

[~~PROPOSED~~] ORDER FOR
ADMISSION PRO HAC VICE

    Upon the motion of Seth R. Gassman, counsel for Plaintiff in the above captioned case, and said sponsor attorney's affidavit in support,

**IT IS HEREBY ORDERED** that

        Richard A. Koffman
        Cohen, Milstein, Hausfeld & Toll, PLLC
        West Tower, Suite 500
        1100 New York Avenue, NW
        Washington, DC 20005
        Tel: 202-408-4600
        Fax: 202-408-4699
        rkoffman@cmht.com

is admitted to practice pro hac vice as counsel for Plaintiff in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the clerk of the Court.

Dated: ____10/26____, 2007           _____
                                                    Alvin K. Hellerstein
                                                    United States District Judge