| **Attestation** | CERTIFICATE | *Zustellungszeugnis* | Attestazione |

L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,
THE UNDERSIGNED AUTHORITY HAS THE HONOUR TO CERTIFY, IN CONFORMITY WITH ARTICLE 6 OF THE CONVENTION,
*Die unterzeichnete Behörde beehrt sich, nach Artikel 6 des Übereinkommens zu bescheinigen,*
L'autorità sottoscritta si pregia attestare in conformità all'art. 6 di detta Convenzione,

1. que la demande a été exécutée[1])    THAT THE DOCUMENT HAS BEEN SERVED[1])
   *dass das Ersuchen erledigt worden ist*[1])    che la domanda è stata eseguita[1])
   - le (date)   THE (DATE)   - am (Datum)   - il (data)    12/09/2007
   - à (localité, rue, numéro)   - AT (PLACE, STREET, NUMBER)    Milano
   - in (Ort, Strasse, Nummer)   - a (località, via, numero)    P.zza della Repubblica 14
   - dans une des formes suivantes prévues à l'article 5:   - IN ONE OF THE FOLLOWING METHODS AUTHORISED BY ARTICLE 5:
   - *in einer der folgenden Formen nach Artikel 5:*   - in una delle seguenti forme previste dall'articolo 5:

   a) - selon les formes légales (article 5, alinéa premier, lettre a)[1]).
      - IN ACCORDANCE WITH THE PROVISIONS OF SUB-PARAGRAPH (A) OF THE FIRST PARAGRAPH OF ARTICLE 5 OF THE CONVENTION[1]).
      - *in einer der gesetzlichen Formen (Art. 5 Abs. 1 Bst. a)*[1]).
      - secondo le forme di legge (art. 5 comma 1 lett. a)[1]).

   b) - selon la forme particulière suivante[1]):
      - IN ACCORDANCE WITH THE FOLLOWING PARTICULAR METHOD[1]):
      - *in der folgenden besonderen Form*[1]):
      - secondo la forma particolare seguente[1]):

   c) - par remise simple[1]).   - BY DELIVERY TO THE ADDRESSEE, WHO ACCEPTED IT VOLUNTARILY[1])
      - *durch einfache Übergabe*[1]).   - mediante semplice consegna[1]).

Les documents mentionnés dans la demande ont été remis à: CDP 06 144532 K
THE DOCUMENTS REFERRED TO IN THE REQUEST HAVE BEEN DELIVERED TO:
*Die in dem Ersuchen erwähnten Schriftstücke sind übergeben worden an:*
I documenti di cui alla domanda sono stati consegnati a:

- (Identité et qualité de la personne):   (IDENTITY AND DESCRIPTION OF PERSON):    A. Mori di Raffaelia
- (Name und Stellung der Person):   - (identità e qualità della persona):    impiegato addetto alla sede
- liens de parenté, de subordination ou autres, avec le destinataire de l'acte:
- RELATIONSHIP TO THE ADDRESSEE (FAMILY, BUSINESS OR OTHER):
- *Verwandtschafts-, Arbeits- oder sonstiges Verhältnis zum Zustellungsempfänger:*
- rapporto di parentela, di subordinazione od altro, con il destinatario dell'atto:

2. que la demande n'a pas été exécutée, en raison des faits suivants[1]):
   THAT THE DOCUMENT HAS NOT BEEN SERVED, BY REASON OF THE FOLLOWING FACTS[1]):
   *dass das Ersuchen aus folgenden Gründen nicht erledigt werden konnte*[1]):
   che la domanda non è stata eseguita, per i seguenti motivi[1]):

Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint[1]).
IN CONFORMITY WITH THE SECOND PARAGRAPH OF ARTICLE 12 OF THE CONVENTION, THE APPLICANT IS REQUESTED TO PAY OR REIMBURSE THE EXPENSES DETAILED IN THE ATTACHED STATEMENT[1]).
*Nach Artikel 12 Absatz 2 des Übereinkommens wird die ersuchende Stelle gebeten, die Auslagen, die in der beiliegenden Aufstellung im einzelnen angegeben sind, zu zahlen oder zu erstatten*[1]).
In conformità all'articolo 12 comma 2 di detta Convenzione, il richiedente è pregato di pagare o rimborsare le spese indicate dettagliatamente nella memoria allegata[1]).

**Annexes:** ANNEXES: *Beilagen:* Allegati:
**Pièces renvoyées:** DOCUMENTS RETURNED:
*Zurückgesandte Schriftstücke:* Atti restituiti:
Le cas échéant, les documents justificatifs de l'exécution:   IN APPROPRIATE CASES, DOCUMENTS ESTABLISHING THE SERVICE:
*Gegebenenfalls Erledigungsstücke:*   Se del caso, gli atti che ne comprovano l'esecuzione:

**Fait à** DONE AT *Ausgefertigt in* Fatto a    Milano    le THE am il    12/09/07
**Signature et/ou cachet**    SIGNATURE AND/OR STAMP
*Unterschrift und/oder Stempel*    Firma e/o timbro

1) Rayer les mentions inutiles  DELETE IF INAPPROPRIATE  *Unzutreffendes streichen*  Cancellare le annotazioni inutili

CORTE APPELLO MILANO
UFFICIALE GIUDIZIARIO

## CERTIFICATE

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,

1) that the document has been served*

    - the (date) _____September 12, 2007_____

    - at (place, street, number) _____Milan_____
    _____Piazza Della Repubblica 14_____

    - in one of the following methods authorised by article 5-

        [ ] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.

        [ ] (b) in accordance with the following particular method*:_____

        [ ] (c) by delivery to the addressee, who accepted it voluntarily.*

The documents referred to in the request have been delivered to:

    - (identity and description of person))_____Into the hands of Raffain_____
    _____company employee_____
    - relationship to the addressee (family, business or other):_____

2) that the document has not been served, by reason of the following facts*:_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

Annexes _____

Documents returned: _____

*Fait à* _____, *le* _____

In appropriate cases, documents establishing the service:
_____
_____

Done at_____Milano_____ , the _____September 12, 2007_____

**Signature and/or Stamp**

**Delete if inappropriate**

        *(signature) (stamp)*

PROOF OF SERVICE

In compliance with the request, I the undersigned Judicial Clerk assigned at the Court of Appeals of Milan have served the foregoing document to the addressee by hand delivery to MANULI RUBBER INDUSTRIES

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: New York

5529

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

ORIGINALE DA RESTITUIR
ORIGINAL TO RETURN
ORIGINAL À RETOURNER

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Glenda E. Fichtner<br>APS INTERNATIONAL, LTD/<br>CIVIL ACTION GROUP<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122 U.S.A.<br>Tel. 952.831.7776   Fax: 952.831.8150<br>Email: GEF@CivilActionGroup.com | UFFICIO DEGLI UFFICIALI GIUDIZIARI<br>Viale Giulio Cesare, 52<br>Rome 00192<br>Italy |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
   (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
   *(identité et adresse)*   Manuli Rubber Industries S.p.A.
                Piazza della Republica, 14/16, 20124 Milan, Italy
                Tel:

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    *a) selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    *b) selon la forme particulière suivante (article 5, alinéa premier, lettre b):*
[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    *c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Summary of the Documents to be Served
Summons in a Civil Action with Attachment
Class Action Complaint
Individual Rules of the Honorable Alvin K. Hellerstein Southern District of New York
3rd Amended Instructions for Filing an Electronic Case or Appeal
Procedures for Electronic Case Filing
Guidelines for Electronic Case Filing
Procedures Applicable to Cases Referred for Settlement to Magistrate Judge Kevin Nathaniel Fox
Consent to Proceed Before United States Magistrate Judge
Rule 7.1 Disclosure
Translations



Done at     Minneapolis, Minnesota, U.S.A.     le   8/24/2007
*Fait à*

Civil Action Group
7800 Glenroy Road
Minneapolis, MN 55439-3122

Signature and/or stamp.
*Signature et/ou cachet.*

Glenda Fichtner

(Formerly OBD-116 which was formerly LAA-116,
both of which may still be used)

USM-94
(Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

Case Name:   Weeks Marine, Inc. v. Bridgestone Corporation, et al
Defendant:   Manuli Rubber Industries S.p.A.
Court Case No.:   07 CIV 6811

# CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
1. *que la demande a été exécutée*
   - the (date)
   - *le (date)* _____
   - at (place, street, number)
   - *à (localité, rue numéro)* _____

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
      [ ] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
          a) *selon les formes légales (article 5, alinéa premier, lettre a).*
      [ ] (b) in accordance with the following particular method*:
          b) *selon la forme particulière suivante:* _____

      [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
          c) *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* _____

   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*
_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action with Attachment, Class Action Complaint, Individual Rules of the Honorable Alvin K. Hellerstein Southern District of New York, 3rd Amended Instructions for Filing an Electronic Case or Appeal, Procedures for Electronic Case Filing, Guidelines for Electronic Case Filing, Procedures Applicable to Cases Referred for Settlement to Magistrate Judge Kevin Nathaniel Fox, Consent to Proceed Before United States Magistrate Judge, Rule 7.1 Disclosure, Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

_____
_____
_____

Done at _____ , the
*Fait à* _____ , *le* _____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Signature and/or stamp.
*Signature et/ou cachet.*

_____
_____

Delete if inappropriate.                                                 2
*Rayer les mentions inutiles.*