Case Name: Weeks Marine, Inc. v. Bridgestone Corporation, et al
Defendant: Parker ITR S.r.l.
Court Case No.: 07 CIV 6811

## CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)  that the document has been served*
1.  *que la demande a été exécutée*
    - the (date)
    - *le (date)* _____September 18, 2007_____
    - at (place, street, number)
    - *à (localité, rue numéro)* _____Veniano, Via Pirelli, 4_____

    - in one of the following methods authorised by article 5-
    - *dans une des formes suivantes prévues à l'article 5:*
        [ ] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
            *a) selon les formes légales (article 5, alinéa premier, lettre a).*
        [ ] (b) in accordance with the following particular method*:
            *b) selon la forme particulière suivante:* _____
        [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
            *c) par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
    - (identity and description of person)
    - *(identité et qualité de la personne)* _____PASINI CARLA_____

    - relationship to the addressee (family, business or other):
    - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____COMPANY EMPLOYEE_____

2)  that the document has not been served, by reason of the following facts*:
2.  *que la demande n'a pas été exécutée, en raison des faits suivants:*
    _____
    _____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action with Attachment, Class Action Complaint, Individual Rules of the Honorable Alvin K. Hellerstein Southern District of New York, 3rd Amended Instructions for Filing an Electronic Case or Appeal, Procedures for Electronic Case Filing, Guidelines for Electronic Case Filing, Procedures Applicable to Cases Referred for Settlement to Magistrate Judge Kevin Nathaniel Fox, Consent to Proceed Before United States Magistrate Judge, Rule 7.1 Disclosure, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Piéces renvoyées:*

*X (signature)*

_____
_____
**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*
_____

**Done at** _____, **the**
*Fait à* _____VENIANO_____, *le* _____September 18, 2007_____

**Signature and/or stamp.**
*Signature et/ou cachet.*

*(signature)   (stamp)*
_____

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

250524/04

## OFFICE FOR SERVICE OF PROCESS OF COMO

PROOF OF SERVICE

Chronology: 289/1  Form A/ter 1 2007
Date of Request: 9/13/2007   Ud.
Requesting Party: Office Attorney General c/o the Court of Como

**Original**

Foreign Division
Expiration   Number R.G. 82/07

I the undersigned Judicial Clerk have served the foregoing document to
PARKER ITR SRL
in VENIANO – VIA G.B. PIRELLI, 4

by hand delivery to Carla Pasini
who shall forward the document in
a sealed envelope to the
proper addressee.

Today: 9/18/2007

| | |
|---|---|
| Transfer fee | 5.70 euros |
| Postal fee 000 | |
| Total | 5.70 |

THE JUDICIAL CLERK
Dr. Cristiano Ragni

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: New York

5528

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

ORIGINALE DA RESTITUIRE
ORIGINAL TO RETURN
ORIGINAL A RETOURNER

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Glenda E. Fichtner<br>APS INTERNATIONAL, LTD/<br>CIVIL ACTION GROUP<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota  55439-3122  U.S.A.<br>Tel. 952.831.7776     Fax: 952.831.8150<br>Email: GEF@CivilActionGroup.com | UFFICIO DEGLI UFFICIALI GIUDIZIARI<br>Viale Giulio Cesare, 52<br>Rome  00192<br>Italy |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
    (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
    *(identité et adresse)*    Parker ITR S.r.l.
_____Via G.B. Pirelli, 4,  22070 Veniano  (CO),  Italy_____
                             Tel:

[X] (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    *a)  selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    *b)  selon la forme particulière suivante (article 5, alinéa premier, lettre b);*_____
[ ] (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    *c)  le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Summary of the Documents to be Served
Summons in a Civil Action with Attachment
Class Action Complaint
Individual Rules of the Honorable Alvin K.
 Hellerstein Southern District of New York
3rd Amended Instructions for Filing an Electronic
 Case or Appeal
Procedures for Electronic Case Filing
Guidelines for Electronic Case Filing
Procedures Applicable to Cases Referred for
 Settlement to Magistrate Judge Kevin Nathaniel Fox
Consent to Proceed Before United States Magistrate
 Judge
Rule 7.1 Disclosure
Translations

Civil Action Group
7800 Glenroy Road
Minneapolis, MN 55439-3122

Done at                                                    , the   8/24/2007
*Fait à*     Minneapolis, Minnesota, U.S.A.        , *le*

Signature and/or stamp.
*Signature et/ou cachet.*

*Glenda Fichtner* [signature]

(Formerly OBD-116 which was formerly LAA-116,             USM-94
both of which may still be used)                          (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

22/00 - CO

se Name:   Weeks Marine, Inc. v. Bridgestone Corporation, et al
fendant:   Parker ITR S.r.l.
urt Case No.:   07 CIV 6811

## CERTIFICATE
## *ATTESTATION*

ie undersigned authority has the honour to certify, in conformity with article 6 of the Convention,

*autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

that the document has been served*
*que la demande a été exécutée*
- the (date)    1 8 SET. 2007
- *le (date)*
- at (place, street, number)    Venuano Via Pirelli, 4
- *à (localité, rue numéro)*

- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*
    [ ]  (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
        *a) selon les formes légales (article 5, alinéa premier, lettre a).*
    [ ]  (b) in accordance with the following particular method*:
        *b) selon la forme particulière suivante:* _____
    [X]  (c) by delivery to the addressee, who accepted it voluntarily.*
        *c) par remise simple*

he documents referred to in the request have been delivered to:
*es documents mentionnés dans la demande ont été remis à:*
- (identity and description of person)   PASINI CARLA
- *(identité et qualité de la personne)*

- relationship to the addressee (family, business or other):   IMPIEGATA ADDETTA ALLA SEDE
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:*

) that the document has not been served, by reason of the following facts*:
*que la demande n'a pas été exécutée, en raison des faits suivants:*

_____

n conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached tatement*.

*onformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

IST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action with Attachment, Class Action Complaint, Individual Rules of the Honorable Alvin K. lellerstein Southern District of New York, 3rd Amended Instructions for Filing an Electronic Case or Appeal, Procedures for Electronic Case Filing, Guidelines for Electronic Case iling, Procedures Applicable to Cases Referred for Settlement to Magistrate Judge Kevin Nathaniel Fox, Consent to Proceed Before United States Magistrate Judge, Rule 7.1 isclosure, Translations

nnexes
*Annexes*
ocuments returned:
*Pièces renvoyées:*

x  Pasini Carla

Done at   VENIANO    , the   1 8 SET. 2007
*Fait à*                  , *le*

n appropriate cases, documents establishing the service:
*e cas échéant, les documents justificatifs de l'exécution:*

Signature and/or stamp.
*Signature et/ou cachet.*

TRIBUNALE DI COMO
UFFICIALE GIUDIZIARIO
Dr. Cristiano Ragni

Delete if inappropriate.
*Rayer les mentions inutiles.*

2