**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

63462 #25 11-13-07 MG

WEEKS MARINE, INC., individually and on behalf of a class of all those similarly situated,

Plaintiff,

v.

BRIDGESTONE CORPORATION;
BRIDGESTONE INDUSTRIAL PRODUCTS AMERICA, INC.;
TRELLEBORG INDUSTRIE S.A.;
DUNLOP OIL & MARINE LTD.;
PARKER ITR S.L.R.;
MANULI RUBBER INDUSTRIES S.P.A.;
MANULI OIL & MARINE (U.S.A.) INC.;
YOKOHAMA RUBBER CO., LTD.;
PW CONSULTING (OIL AND MARINE) LTD.;
PETER WHITTLE;
DAVID BRAMMAR;
BRYAN ALLISON;
JACQUES COGNARD;
CHRISTIAN CALECA;
MISAO HIOKI;
FRANCESCO SCAGLIA; and
VANNI SCODEGGIO,

Defendants.

Civil Action No. 07-CIV-6811

**MOTION TO ADMIT COUNSEL *PRO HAC VICE***




**TRELLEBORG INDUSTRIE S.A.'S MOTION TO ADMIT COUNSEL *PRO HAC VICE***

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Christina Guerola Sarchio, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

| | |
|---|---|
| Applicant's Name: | **Roxann E. Henry** |
| Firm Name: | **Howrey LLP** |
| Address: | **1299 Pennsylvania Avenue, N.W.** |
| City/State/Zip: | **Washington, D.C. 20004-2402** |
| Phone Number: | **202.783.0800** |
| Fax Number: | **202.383.6610** |

**Ms. Roxann E. Henry** is a member in good standing of the Bar of the States of New Jersey and Pennsylvania, and of the District of Columbia.

There are no pending disciplinary proceedings against **Roxann E. Henry** in any State or Federal court.

Dated: November 9, 2007
City, State: Washington, D.C.

Respectfully submitted,

**Christina Guerola Sarchio, Esq.**
Registration # CS0620
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
202.783.0800 Phone
202.383.6610 Fax
sarchioc@howrey.com

*Attorneys for Defendant Trelleborg Industrie S.A.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

WEEKS MARINE, INC., individually and on behalf of a class of all those similarly situated,

Plaintiff,

v.

BRIDGESTONE CORPORATION;
BRIDGESTONE INDUSTRIAL PRODUCTS AMERICA, INC.;
TRELLEBORG INDUSTRIE S.A.;
DUNLOP OIL & MARINE LTD.;
PARKER ITR S.L.R.;
MANULI RUBBER INDUSTRIES S.P.A.;
MANULI OIL & MARINE (U.S.A.) INC.;
YOKOHAMA RUBBER CO., LTD.;
PW CONSULTING (OIL AND MARINE) LTD.;
PETER WHITTLE;
DAVID BRAMMAR;
BRYAN ALLISON;
JACQUES COGNARD;
CHRISTIAN CALECA;
MISAO HIOKI;
FRANCESCO SCAGLIA; and
VANNI SCODEGGIO,

Defendants.

Civil Action No. 07-CIV-6811

**AFFIDAVIT OF CHRISTINA G. SARCHIO IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

Christina Guerola Sarchio, being duly sworn, hereby deposes and says as follows:

1. I am a partner at Howrey LLP, counsel for Trelleborg Industrie S.A. ("TISA") in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of TISA's Motion to Admit **Roxann E. Henry** as counsel pro hac vice to represent TISA in this matter.

2. I am a member of good standing of the bar of the State of New York, and was admitted to practice law on November 26, 1996. I am also admitted to the bar of the United

States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known **Roxann E. Henry** since 2000.

4. I have found **Roxann E. Henry** to be a skilled attorney and a person of integrity. SHe is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

5. Accordingly, I am pleased to move the admission of **Roxann E. Henry**, pro hac vice.

6. I respectfully submit a proposed order granting the admission of **Roxann E. Henry**, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit **Roxann E. Henry**, pro hac vice, to represent TISA in the above captioned matter, be granted.

Dated: November 9, 2007
City, State: Washington, D.C.

Sworn to me this 9th day

of November, 2006

Notary Public

Mary T. Jackson
Notary Public, District of Columbia
My Commission Expires 2-14-2008

Respectfully submitted,

**Christina Guerola Sarchio, Esq.**
Registration # CS0620
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
202.783.0800 Phone
202.383.6610 Fax
sarchioc@howrey.com
*Attorneys for Defendant Trelleborg Industrie S.A.*

**CERTIFICATE OF SERVICE**

I hereby certify that copies of the foregoing Motion to Admit Counsel Pro Hac Vice were served today by First Class mail, postage prepaid, upon each of the parties listed below:

**Robert Gerard Eisler**
**Seth Rich Gassman**
COHEN, MILSTEIN,
HAUSFELD & TOLL, P.L.L.C.
150 East 52nd Street
New York, NY 10022
(212) 838-7797 (Phone)
(212) 838-7745 (Fax)
Email: reisler@cmht.com
sgassman@cmht.com

*Attorneys for Plaintiff Weeks Marine, Inc.*

**Hal Hardin**
HARDIN LAW OFFICE
211 Union Street
Suite 200
Nashville, TN 37201
(615)-369-3377
Fax: (615)-369-3344
Email: halhardin@aol.com

**Jeffrey A. Kimmel**
MEISTER SEELIG & FEIN LLP
2 Grand Central Tower
140 East 45th Street, 19th floor
New York, NY 10017
(212) 655-3578 (Phone)
(212) 655-3535 (Fax)
Email: jkimmel@meisterseelig.com

**Harold Richard Donnelly**
HAROLD DONNELLY,
ATTORNEY AT LAW
211 Union Street, Suite 200
Nashville, TN 37201
(615) 369-3377 (Phone)
(615) 369-3344 (Fax)
Email: donnelly77@comcast.net

*Attorneys for Defendant Bridgestone Industrial Products America, Inc.*

**Ann-Marie Luciano**
DICKSTEIN SHAPIRO LLP
1825 Eye Street, N.W.
Washington, DC 20006-5403
(202) 572-2200 x2703 (Phone)
(202) 887-0689 (Fax)
Email: lucianoa@dsmo.com

*Attorneys for Defendants Dunlop Oil & Marine Ltd., David Brammar, and Byran Allison*

**Carmen Guerricagoitia McLean**
**John Michael Majoras**
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001
(202) 879-3939 (Phone)
(202) 626-1700 (fax)
Email: cgmclean@jonesday.com
jmmajoras@jonesday.com

**Sacha Aaron Boegem**
JONES DAY
222 East 41st Street
New York, NY 10017
(212) 326-3892 (Phone)
(212) 755-7306 (Fax)
Email: saboegem@jonesday.com

*Attorneys for Defendant Parker ITR S.L.R.*

**Jennifer Marie Driscoll**
MAYER BROWN LLP
1909 K Street, N.W.
8th Floor, Suite 804
Washington, DC 20006-1101
(202) 263-3860 (Phone)
(202)-263-3001 (Fax)
Email: jdriscoll@mayerbrown.com

**Richard Marc Steuer**
MAYER BROWN LLP
1675 Broadway
New York, NY 10019-5820
(212) 506-2500 (Phone)
(212) 262-1910 (fax)
Email: rsteuer@mayerbrown.com

*Attorneys for Defendant Christian Caleca*

**Christopher T. Casamassima**
KIRKLAND & ELLIS LLP
777 South Figueroa Street
Los Angeles, CA 90017-5800
(213) 680-8353 (Phone)
(213) 680-8500 (Fax)
Email: ccasamassima@kirkland.com

**David Ian Horowitz**
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, NY 10022
(212) 446-4729 (Phone)
(212) 446-6460 (Fax)
Email: dhorowitz@kirkland.com

**James Howard Mutchnik**
KIRKLAND & ELLIS LLP
200 East Randolph Street
Chicago, IL 60601-6636
(312) 861-2350 (Phone)

(312) 861-2200 (Fax)
Email: jmutchnik@kirkland.com

*Attorneys for Defendant Misao Hioki*

**Diana J. Pomeranz**
**James M. Griffin**
KING & SPALDING LLP
1700 Pennsylvania Avenue, Suite 200
Washington, DC 20006-2706
(202) 737-0500 (Phone)
(202) 626-3737 (Fax)
Email: dpomeranz@kslaw.com
jgriffin@kslaw.com

*Attorneys for Vanni Scodeggio*

Dated: November 9, 2007

**Christina Guerola Sarchio, Esq.**
Registration # CS0620
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
202.783.0800 Phone
202.383.6610 Fax
sarchioc@howrey.com

*Attorney for Defendant Trelleborg Industrie S.A.*

# EXHIBIT A




District of Columbia Court of Appeals
Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

ROXANN E. HENRY

was on the 19TH day of JUNE, 1981 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on November 7, 2007.

GARLAND PINKSTON, JR., CLERK

By: [signature]
Deputy Clerk

# Supreme Court of New Jersey




# Certificate of Good Standing

This is to certify that **ROXANN E HENRY** (No. **013361978**) was constituted and appointed an Attorney at Law of New Jersey on **January 21, 1980** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

*Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.*



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **23RD** day of **October**, 20 **07**

Clerk of the Supreme Court

-453a-



Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

***Roxann E. Henry, Esq.***

**DATE OF ADMISSION**

***January 8, 1979***

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.




**Witness my hand and official seal**
**Dated: October 23, 2007**

Patricia A. Johnson
Chief Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

WEEKS MARINE, INC., individually and on behalf of a class of all those similarly situated,

Plaintiff,

v.

BRIDGESTONE CORPORATION;
BRIDGESTONE INDUSTRIAL PRODUCTS AMERICA, INC.;
TRELLEBORG INDUSTRIE S.A.;
DUNLOP OIL & MARINE LTD.;
PARKER ITR S.L.R.;
MANULI RUBBER INDUSTRIES S.P.A.;
MANULI OIL & MARINE (U.S.A.) INC.;
YOKOHAMA RUBBER CO., LTD.;
PW CONSULTING (OIL AND MARINE) LTD.;
PETER WHITTLE;
DAVID BRAMMAR;
BRYAN ALLISON;
JACQUES COGNARD;
CHRISTIAN CALECA;
MISAO HIOKI;
FRANCESCO SCAGLIA; and
VANNI SCODEGGIO,

Defendants.

Civil Action No. 07-CIV-6811

**ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION**

Upon the Motion of Christina G. Sarchio, attorney for Trelleborg Industrie S.A., and said sponsor attorney's affidavit in support:

**IT IS HEREBY ORDERED** that:

| | |
|---|---|
| Applicant's Name: | **Roxann E. Henry** |
| Firm Name: | **Howrey LLP** |
| Address: | **1299 Pennsylvania Avenue, N.W.** |
| City/State/Zip: | **Washington, D.C. 20004-2402** |
| Phone Number: | **202.783.0800** |
| Fax Number: | **202.383.6610** |

is admitted to practice pro hac vice as counsel for Trelleborg Industrie S.A. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

______________________________________
**United States District/Magistrate Judge**