**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WEEKS MARINE, INC., individually and on behalf of a class of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BRIDGESTONE CORPORATION;<br>BRIDGESTONE INDUSTRIAL PRODUCTS AMERICA, INC.;<br>TRELLEBORG INDUSTRIE S.A.;<br>DUNLOP OIL & MARINE LTD.;<br>PARKER ITR S.L.R.;<br>MANULI RUBBER INDUSTRIES S.P.A.;<br>MANULI OIL & MARINE (U.S.A.) INC.;<br>YOKOHAMA RUBBER CO., LTD.;<br>PW CONSULTING (OIL AND MARINE) LTD.;<br>PETER WHITTLE;<br>DAVID BRAMMAR;<br>BRYAN ALLISON;<br>JACQUES COGNARD;<br>CHRISTIAN CALECA;<br>MISAO HIOKI;<br>FRANCESCO SCAGLIA; and<br>VANNI SCODEGGIO,<br><br>Defendants. | Civil Action No. 07-CIV-6811<br><br><br><br>**MOTION TO ADMIT COUNSEL**<br>*PRO HAC VICE* |

**TRELLEBORG INDUSTRIE S.A.'S MOTION TO ADMIT COUNSEL *PRO HAC VICE***

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Christina Guerola Sarchio, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

| | |
|---|---|
| Applicant's Name: | **Walter M. Berger** |
| Firm Name: | **Howrey LLP** |
| Address: | **1111 Louisiana, 25th Floor** |
| City/State/Zip: | **Houston, TX 77002-5242** |
| Phone Number: | **713.787.1400** |
| Fax Number: | **713.787.1440** |

- 1 -

- 2 -

**Mr. Walter M. Berger** is a member in good standing of the Bar of the State of Texas.

There are no pending disciplinary proceedings against **Walter M. Berger** in any State or Federal court.

Dated:         November 9, 2007
City, State:   Washington, D.C.

Respectfully submitted,

Christina Guerola Sarchio, Esq.
Registration # CS0620
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
202.783.0800 Phone
202.383.6610 Fax
sarchioc@howrey.com

*Attorneys for Defendant Trelleborg Industrie S.A.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WEEKS MARINE, INC., individually and on behalf of a class of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BRIDGESTONE CORPORATION;<br>BRIDGESTONE INDUSTRIAL PRODUCTS AMERICA, INC.;<br>TRELLEBORG INDUSTRIE S.A.;<br>DUNLOP OIL & MARINE LTD.;<br>PARKER ITR S.L.R.;<br>MANULI RUBBER INDUSTRIES S.P.A.;<br>MANULI OIL & MARINE (U.S.A.) INC.;<br>YOKOHAMA RUBBER CO., LTD.;<br>PW CONSULTING (OIL AND MARINE) LTD.;<br>PETER WHITTLE;<br>DAVID BRAMMAR;<br>BRYAN ALLISON;<br>JACQUES COGNARD;<br>CHRISTIAN CALECA;<br>MISAO HIOKI;<br>FRANCESCO SCAGLIA; and<br>VANNI SCODEGGIO,<br><br>Defendants. | Civil Action No. 07-CIV-6811<br><br><br><br>**AFFIDAVIT OF CHRISTINA G. SARCHIO IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

### AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Christina Guerola Sarchio, being duly sworn, hereby deposes and says as follows:

1.      I am a partner at Howrey LLP, counsel for Trelleborg Industrie S.A. ("TISA") in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of TISA's Motion to Admit **Walter M. Berger** as counsel pro hac vice to represent TISA in this matter.

2.      I am a member of good standing of the bar of the State of New York, and was admitted to practice law on November 26, 1996. I am also admitted to the bar of the United

States District Court for the Southern District of New York, and am in good standing with this Court.

      3.      I have known **Walter M. Berger** since 2006.

      4.      I have found **Walter M. Berger** to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

      5.      Accordingly, I am pleased to move the admission of **Walter M. Berger**, pro hac vice.

      6.      I respectfully submit a proposed order granting the admission of **Walter M. Berger**, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit **Walter M. Berger**, pro hac vice, to represent TISA in the above captioned matter, be granted.

Dated:         November 9, 2007
City, State:    Washington, D.C.

Sworn to me this 9th day

of November , 2007

*Mary J. Jackson*
Notary Public

**Mary T. Jackson**
Notary Public, District of Columbia
My Commission Expires 2-14-2008

Respectfully submitted,

*Christina Sarchio*
**Christina Guerola Sarchio, Esq.**
Registration # CS0620
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
202.783.0800 Phone
202.383.6610 Fax
sarchioc@howrey.com
*Attorneys for Defendant Trelleborg Industrie S.A.*

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing Motion to Admit Counsel Pro Hac Vice were served today by First Class mail, postage prepaid, upon each of the parties listed below:

**Robert Gerard Eisler**
**Seth Rich Gassman**
COHEN, MILSTEIN,
HAUSFELD & TOLL, P.L.L.C.
150 East 52nd Street
New York, NY 10022
(212) 838-7797 (Phone)
(212) 838-7745 (Fax)
Email: reisler@cmht.com
sgassman@cmht.com

*Attorneys for Plaintiff Weeks Marine, Inc.*

**Hal Hardin**
HARDIN LAW OFFICE
211 Union Street
Suite 200
Nashville, TN 37201
(615) 369-3377 (Phone)
(615) 369-3344 (Fax)
Email: halhardin@aol.com

**Jeffrey A. Kimmel**
MEISTER SEELIG & FEIN LLP
2 Grand Central Tower
140 East 45th Street, 19th floor
New York, NY 10017
(212) 655-3578 (Phone)
(212) 655-3535 (Fax)
Email: jkimmel@meisterseelig.com

**Harold Richard Donnelly**
HAROLD DONNELLY,
ATTORNEY AT LAW
211 Union Street, Suite 200
Nashville, TN 37201
(615) 369-3377 (Phone)
(615) 369-3344 (Fax)
Email: donnelly77@comcast.net

*Attorneys for Defendant Bridgestone Industrial Products America, Inc.*

**Ann-Marie Luciano**
DICKSTEIN SHAPIRO LLP
1825 Eye Street, N.W.
Washington, DC 20006-5403
(202) 572-2200 x2703 (Phone)
(202) 887-0689 (Fax)
Email: lucianoa@dsmo.com

*Attorneys for Defendants Dunlop Oil & Marine Ltd., David Brammar, and Byran Allison*

| | |
|---|---|
| **Carmen Guerricagoitia McLean** | **Sacha Aaron Boegem** |
| **John Michael Majoras** | JONES DAY |
| JONES DAY | 222 East 41st Street |
| 51 Louisiana Avenue, NW | New York, NY 10017 |
| Washington, DC 20001 | (212) 326-3892 (Phone) |
| (202) 879-3939 (Phone) | (212) 755-7306 (Fax) |
| (202) 626-1700 (fax) | Email: saboegem@jonesday.com |
| Email: cgmclean@jonesday.com | |
| jmmajoras@jonesday.com | |

*Attorneys for Defendant Parker ITR S.L.R.*

| | |
|---|---|
| **Jennifer Marie Driscoll** | **Richard Marc Steuer** |
| MAYER BROWN LLP | MAYER BROWN LLP |
| 1909 K Street, N.W. | 1675 Broadway |
| 8th Floor, Suite 804 | New York, NY 10019-5820 |
| Washington, DC 20006-1101 | (212) 506-2500 (Phone) |
| (202) 263-3860 (Phone) | (212) 262-1910 (Fax) |
| (202)-263-3001 (Fax) | Email: rsteuer@mayerbrown.com |
| Email: jdriscoll@mayerbrown.com | |

*Attorneys for Defendant Christian Caleca*

| | |
|---|---|
| **Christopher T. Casamassima** | **David Ian Horowitz** |
| KIRKLAND & ELLIS LLP | KIRKLAND & ELLIS LLP |
| 777 South Figueroa Street | 153 East 53rd Street |
| Los Angeles, CA 90017-5800 | New York, NY 10022 |
| (213) 680-8353 (Phone) | (212) 446-4729 (Phone) |
| (213) 680-8500 (Fax) | (212) 446-6460 (Fax) |
| Email: ccasamassima@kirkland.com | Email: dhorowitz@kirkland.com |

**James Howard Mutchnik**
KIRKLAND & ELLIS LLP
200 East Randolph Street
Chicago, IL 60601-6636
(312) 861-2350 (Phone)

(312) 861-2200 (Fax)
Email: jmutchnik@kirkland.com

*Attorneys for Defendant Misao Hioki*

**Diana J. Pomeranz**
**James M. Griffin**
KING & SPALDING LLP
1700 Pennsylvania Avenue, Suite 200
Washington, DC 20006-2706
(202) 737-0500 (Phone)
(202) 626-3737 (Fax)
Email: dpomeranz@kslaw.com
jgriffin@kslaw.com

*Attorneys for Vanni Scodeggio*

Dated: November 9, 2007

**Christina Guerola Sarchio, Esq.**
Registration # CS0620
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
202.783.0800 Phone
202.383.6610 Fax
sarchioc@howrey.com

*Attorney for Defendant Trelleborg Industrie S.A.*

# The Supreme Court of Texas

AUSTIN

---
CLERK'S OFFICE
---

I, **BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

## WALTER MOREAU BERGER

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 2nd day of May, 1997.

I further certify that the records of this office show that, as of this date

## WALTER MOREAU BERGER

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my hand and the seal of the Supreme Court of Texas at the City of Austin, this 19th day of October, 2007.

BLAKE HAWTHORNE, Clerk

by _Brad Sonego_
    Brad Sonego, Deputy Clerk

No. 4675

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

WEEKS MARINE, INC., individually and on
behalf of a class of all those similarly situated,

         Plaintiff,

       v.

BRIDGESTONE CORPORATION;
BRIDGESTONE INDUSTRIAL PRODUCTS
AMERICA, INC.;
TRELLEBORG INDUSTRIE S.A.;
DUNLOP OIL & MARINE LTD.;
PARKER ITR S.L.R.;
MANULI RUBBER INDUSTRIES S.P.A.;
MANULI OIL & MARINE (U.S.A.) INC.;
YOKOHAMA RUBBER CO., LTD.;
PW CONSULTING (OIL AND MARINE) LTD.;
PETER WHITTLE;
DAVID BRAMMAR;
BRYAN ALLISON;
JACQUES COGNARD;
CHRISTIAN CALECA;
MISAO HIOKI;
FRANCESCO SCAGLIA; and
VANNI SCODEGGIO,

         Defendants.

Civil Action No. 07-CIV-6811

**ORDER FOR ADMISSION *PRO HAC VICE*
ON WRITTEN MOTION**

Upon the Motion of Christina G. Sarchio, attorney for Trelleborg Industrie S.A., and said sponsor attorney's affidavit in support:

**IT IS HEREBY ORDERED** that:

| | |
|---|---|
| Applicant's Name: | **Walter M. Berger** |
| Firm Name: | **Howrey LLP** |
| Address: | **1111 Louisiana, 25th Floor** |
| City/State/Zip: | **Houston, TX 77002-5242** |
| Phone Number: | **713.787.1400** |
| Fax Number: | **713.787.1440** |

- 1 -

- 2 -

is admitted to practice pro hac vice as counsel for Trelleborg Industrie S.A. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

_____
**United States District/Magistrate Judge**