IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WEEKS MARINE, INC., individually and on behalf of a class of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BRIDGESTONE CORPORATION;<br>BRIDGESTONE INDUSTRIAL PRODUCTS AMERICA, INC.;<br>TRELLEBORG INDUSTRIE S.A.;<br>DUNLOP OIL & MARINE LTD.;<br>PARKER ITR S.L.R.;<br>MANULI RUBBER INDUSTRIES S.P.A.;<br>MANULI OIL & MARINE (U.S.A.) INC.;<br>YOKOHAMA RUBBER CO., LTD.;<br>PW CONSULTING (OIL AND MARINE) LTD.;<br>PETER WHITTLE;<br>DAVID BRAMMAR;<br>BRYAN ALLISON;<br>JACQUES COGNARD;<br>CHRISTIAN CALECA;<br>MISAO HIOKI;<br>FRANCESCO SCAGLIA; and<br>VANNI SCODEGGIO,<br><br>Defendants. | Civil Action No. 07-CIV-6811<br><br>**ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION** |

Upon the Motion of Christina G. Sarchio, attorney for Trelleborg Industrie S.A., and said sponsor attorney's affidavit in support:

**IT IS HEREBY ORDERED** that:

Applicant's Name: **James G. Kress**
Firm Name: **Howrey LLP**
Address: **1299 Pennsylvania Avenue, N.W.**
City/State/Zip: **Washington, D.C. 20004-2402**
Phone Number: **202.783.0800**
Fax Number: **202.383.6610**

- 1 -

- 2 -

is admitted to practice pro hac vice as counsel for Trelleborg Industrie S.A. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 11/20/07
City, State:

_____
United States District/Magistrate Judge