

# COHEN MILSTEIN
## HAUSFELD & TOLL PLLC



Seth Gassman
(212) 838-7797
sgassman@cmht.com

November 21, 2007



Time to serve the two Def'ts is enlarged to Feb. 1, 2008
11-26-07
/s/ AKH

**BY HAND DELIVERY**

Honorable Alvin K. Hellerstein
U.S. District Judge
Southern District of New York
United States Courthouse
500 Pearl St., Room 1050
New York, NY 10007

Re: <u>Weeks Marine, Inc. v. Bridgestone Corp., et al., 07-cv-6811 (AKH)</u>

Dear Judge Hellerstein:

This action was initially filed on July 27, 2007 against 17 Defendants, including several foreign corporations and eight individuals. On October 23, 2007, all proceedings in this matter were stayed pending the decision of the Multidistrict Litigation Panel, which is scheduled to hear oral argument on November 29, 2007. Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiffs have 120 days after the filing of the Complaint – or until November 26, 2007 – to effect service of the Summons and Complaint on Defendants within a judicial district of the United States. As of November 20, 2007, all but two of the Defendants within a judicial district of the United States have been served with the Summons and Complaint. The two Defendants who have yet to be served are Peter Whittle and Jacques Cognard.[1]

---

[1] Other than Mr. Whittle and Mr. Cognard, the only remaining Defendant to be served is Bridgestone Corporation, service for which is currently proceeding through the Japanese Ministry of Foreign Affairs.

150 East 52nd Street   Thirtieth Floor   New York, NY 10022   t: 212 838 7797   f: 212 838 7745   www.cmht.com
Washington D.C.   New York   Philadelphia   Chicago   London

Plaintiffs have made myriad attempts to serve each Defendant, and continue to make all efforts to serve both Mr. Whittle and Mr. Cognard in as timely a manner as possible. Plaintiffs thus hereby request that the Court extend the time permitted to serve Mr. Whittle and Mr. Cognard with the Summons and Complaint until February 1, 2008.

Respectfully,

Seth R. Gassman

cc:   All Counsel of Record (via U.S. Mail)