USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
WEEKS MARINE, INC., et al.,

                              Plaintiff,

-against-

BRIDGESTONE CORPORATION, et al.,

                             Defendants.
------------------------------------------------------------- x

**ORDER AMENDING ORDER
DENYING MOTION TO DISMISS**

07 Civ. 6811 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

        This order amends the October 15, 2007 Order denying defendant's motion to dismiss. In that order, the defendant filing the motion to dismiss was incorrectly identified as Bridgestone Corporation. The motion was filed on behalf of Bridgestone Industrial Products America, Inc. ("BIPA"), a subsidiary of Bridgestone Corporation, and the record should so reflect.

        SO ORDERED.

Dated:    December **6**, 2007
               New York, New York

                                                   ALVIN K. HELLERSTEIN
                                                   United States District Judge

1