UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

WEEKS MARINE, INC., individually and on
behalf of a class of all those similarly situated,

Plaintiff,

v.

BRIDGESTONE CORPORATION; BRIDGESTONE
INDUSTRIAL PRODUCTS AMERICA, INC;
TRELLEBORG INDUSTRIE S.A.; DUNLOP OIL &
MARINE LTD.; PARKER ITR S.L.R.; MANULI
RUBBER INDUSTRIES S.P.A.; MANULI OIL &
MARINE (U.S.A.) INC; YOKOHAMA RUBBER CO.,
LTD.; PW CONSULTING (OIL AND MARINE) LTD.;
PETER WHITTLE; DAVID BRAMMAR; BRYAN
ALLISON; JACQUES COGNARD; CHRISTIAN
CALECA; MISAO HIOKI; FRANCESCO SCAGLIA;
and VANNI SCODEGGIO,

Defendants.

------------------------------------------------------------

No. 07-CV-6811

Judge Hellerstein

## NOTICE OF APPEARANCE OF
## DEFENDANT THE YOKOHAMA RUBBER CO., LTD.

Defendant The Yokohama Rubber Co., Ltd. ("YRC"), through undersigned counsel,

hereby notices its limited appearance in this action without waiver of any defenses or objections

it may have.

Pursuant to the Order of this Court dated October 23, 2007 staying this action, YRC will

defer filing a response to the Complaint (which response was otherwise due December 17, 2007)

or taking other action until after the stay is lifted, or it is otherwise ordered by the Court.

A08755653/0.0/14 Dec 2007

YRC expressly reserves its right to raise all defenses in response to either the current

Complaint or any amended complaint that may subsequently be filed relating to this action.


Dated:    New York, New York
          December 14, 2007

                                    Respectfully submitted,

                                    LINKLATERS LLP

                                    By:    /s/ Joseph P. Armao
                                           Joseph P. Armao
                                           Paul Alfieri
                                           Benjamin D. Singer
                                           Robert H. Bell
                                           Danielle Randazzo

                                    1345 Avenue of the Americas
                                    New York, NY 10105
                                    (212) 903 9000 (telephone)
                                    (212) 903 9100 (facsimile)

                                    Attorneys for Defendant
                                    The Yokohama Rubber Co., Ltd.