**CERTIFICATE OF SERVICE**

        The undersigned hereby certifies that on December 14, 2007, a true and correct copy of the Notice of Appearance of Defendant The Yokohama Rubber Co., Ltd. was served via the Court's ECF system upon all counsel registered for ECF in this case.

        /s/ Robert H. Bell\_\_\_\_\_
        Robert H. Bell