| | |
|---|---|
| 1 | Cohen, Milstein, Hausfeld & Toll P.L.L.C. |
| | Michael P. Lehmann |
| 2 | mlehmann@cmht.com |
| | One Embarcadero Center, Suite 2440 |
| 3 | San Francisco, CA 94111 |
| | Telephone: (415) 229-2080 |
| 4 | Facsimile:  (415) 986-3643 |
| 5 | Attorneys for Plaintiff |

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WEEKS MARINE, INC. individually and on behalf of a class of all those similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>BRIDGESTONE CORPORATION, et al.,<br><br>    Defendants. | Civil Action No. 07-CIV-06811 (AKH) |

### NOTICE OF CHANGE OF ADDRESS

To:   THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE THAT, effective immediately, the office of Michael P. Lehmann at Cohen, Milstein, Hausfeld & Toll, P.L.L.C., One Embarcadero Center, Suite 526, San Francisco, CA 94111 will relocate to a different address. Service should be made as follows:

> Michael P. Lehmann
> Cohen Milstein Hausfeld & Toll, P.L.L.C.
> One Embarcadero Center, Suite 2440
> San Francisco, CA 94111
> Tel: (415) 229-2080
> Fax: (415) 986-3643
> Email: mlehmann@cmht.com

| | | |
|---|---|---|
| 1 | Dated: January 10, 2008 | COHEN, MILSTEIN, HAUSFELD & TOLL P.L.L.C. |
| 2 | | |
| 3 | | |
| 4 | | By: /s/ Michael P. Lehmann |
| 5 | | Attorneys for Plaintiff |
| 6 | | Cohen Milstein Hausfeld & Toll, P.L.L.C. |
| 7 | | One Embarcadero Center, Suite 2440<br>San Francisco, CA 94111 |
| 8 | | Tel: (415) 229-2080<br>Fax: (415) 986-3643 |